Dated: December 19, 2006



IT IS SO ORDERED
Judge Maxine M. Chesney

| | |
|---|---|
| 1 | Mark L. Pettinari (Cal. Bar No.: 119293) |
|   | LAW OFFICES OF MARK L. PETTINARI |
| 2 | Stock Exchange Tower |
|   | 155 Sansome Street, Suite 400 |
| 3 | San Francisco, CA  94104 |
|   | Telephone:  415-240-4200 |
| 4 | Facsimile:  415-240-4202 |
|   | mlpettinari@mlplawoffices.com |
| 5 | |
|   | Attorneys for Plaintiff |
| 6 | MMCA GROUP, LTD. |
| 7 | |
|   | BINGHAM McCUTCHEN LLP |
| 8 | WILLIAM F. ABRAMS (SBN 88805) |
|   | KRISTEN A. PALUMBO (SBN 215875) |
| 9 | JENNIFER LYNCH (SBN 240701) |
|   | 1900 University Avenue |
| 10 | East Palo Alto, California  94303-2223 |
|    | Telephone:  (650) 849-4400 |
| 11 | Facsimile:  (650) 849-4800 |
|    | william.abrams@bingham.com |
| 12 | kristen.palumbo@bingham.com |
| 13 | Attorneys for Defendants |
|    | HEWLETT-PACKARD COMPANY, ROBERT |
| 14 | COZZOLINA and WARREN ROTHER |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 18 | MMCA GROUP LTD., a Virginia corporation, | No. C 06 7067 (MMC) |
| 19 | Plaintiff, | **STIPULATION EXTENDING TIME OF DEFENDANTS HEWLETT-PACKARD COMPANY, ROBERT COZZOLINA AND WARREN ROTHER TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT** ; ORDER THEREON |
| 20 | v. | |
| 21 | HEWLETT-PACKARD COMPANY, a Delaware corporation, PINKERTON CONSULTING & INVESTIGATIONS EUROPE, a foreign corporation, PICA, an Ohio corporation, RODOLFO DIAZ, an individual, LUIS ORTEGA, an individual, WARREN ROTHER, an individual alien, ROBERT COZZOLINA, an individual, KEVIN HUNSAKER, an individual, Defendants. | |

Civil Action No. C 06 7067

STIPULATION EXTENDING TIME OF HEWLETT PACKARD COMPANY, ROBERT COZZOLINA AND
WARREN ROTHER TO RESPOND TO COMPLAINT

SF/21696414.1

1    IT IS HEREBY STIPULATED by Plaintiff MMCA Group Ltd. ("MMCA") and Defendants Hewlett Packard Company ("HP"), Robert Cozzolina ("Cozzolina") and Warren Rother ("Rother"), by and through their respective counsel, pursuant to Civil Local Rule 6-1(a) of the United States District Court for the Northern District of California, that HP, Cozzolina and Rother shall have up to and including January 29, 2007 in which to file and serve a response to the Complaint, filed November 14, 2006.

DATED:  December 18, 2006           BINGHAM McCUTCHEN LLP

By:_____/s/ William F. Abrams_____
William F. Abrams

Attorneys for Defendants Hewlett Packard Company, Robert Cozzolina and Warren Rother

DATED:  December 18, 2006           LAW OFFICES OF MARK L. PETTINARI

By:_____/s/ Mark L. Pettinari_____
Mark L. Pettinari

Attorneys for Plaintiff MMCA Group Ltd.
.

Civil Action No. C 06 7067                    2
STIPULATION EXTENDING TIME OF HEWLETT PACKARD COMPANY, ROBERT COZZOLINA AND WARREN ROTHER TO RESPOND TO COMPLAINT
SF/21696414.1