Dated: January 3, 2007

```
 1  Mark L. Pettinari (Cal. Bar No.119293)
    LAW OFFICES OF MARK L. PETTINARI
 2  Stock Exchange Tower
    155 Sansome Street, Suite 400
 3  San Francisco, CA 94104
    Telephone: 415-240-4200
 4  Facsimile: 415-240-4202
 5
    Attorneys for Plaintiff MMCA Group, Ltd.
 6

 7  Michael N. Pancer (Cal. Bar No. 43602)
    Law Offices of Michael Pancer
 8  105 West F Street, 4th Floor
    San Diego, CA 92101-6036
 9  Telephone: 619-236-1826
10  Facsimile: 619-233-3221

11  Attorneys for Defendant Kevin Hunsaker
12
```



IT IS SO ORDERED
Judge Maxine M. Chesney

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| MMCA GROUP, LTD., a Virginia corporation,<br><br>Plaintiff<br><br>v.<br><br>HEWLETT-PACKARD COMPANY, a Delaware corporation, PINKERTON CONSULTING & INVESTIGATIONS EUROPE, a foreign corporation, PICA, an Ohio corporation, RODOLFO DIAZ, an individual, LUIS ORTEGA, an individual, WARREN ROTHER, an individual alien, ROBERT COZZOLINA, an individual, KEVIN HUNSAKER, an individual,<br><br>Defendants. | Civil Action No. CV 06-07067-MMC<br><br>**STIPULATION EXTENDING TIME OF DEFENDANT KEVIN HUNSAKER TO RESPOND TO THE COMPLAINT** |

CIVIL ACTION NO.: CV 06-07067-MMC                                                       1
**STIPULATION EXTENDING TIME OF DEFENDANT KEVIN HUNSAKER
TO RESPOND TO THE COMPLAINT**

1808 6675616        KAANAPALI BEACH HO                              15:41:47   01-02-2007        2 /2

1  IT IS HEREBY STIPULATED by Plaintiff MMCA GROUP, LTD. and Defendant
2  KEVIN HUNSAKER, by and through their respective counsel, pursuant to Civil Local Rule 6-
3  1(a) of the United States District Court for the Northern District of California, that KEVIN
4  HUNSAKER shall have up to and including January 29, 2007 in which to file and serve a
5  response to the Complaint, filed November 14, 2006.

6  DATED: January 2, 2007

LAW OFFICES OF MARK L. PETTINARI

By: /s/ Mark L. Pettinari
   Mark L. Pettinari

*Attorneys for Plaintiff MMCA Group, Ltd*

14  DATED: January 2, 2007

LAW OFFICES OF MICHAEL PANCER

By: /s/ Michael Pancer
   Michael N. Pancer

*Attorneys for Defendant Kevin Hunsaker*

---

CIVIL ACTION NO.: CV 06-07067-MMC
STIPULATION EXTENDING TIME OF DEFENDANT KEVIN HUNSAKER
TO RESPOND TO THE COMPLAINT

2