ROBERT T. SULLWOLD (Bar No. 88139)
JAMES A. HUGHES (Bar No. 88380)
SULLWOLD & HUGHES
235 Montgomery Street, Suite 730
San Francisco, CA 94104
(415) 263-1850
(415) 989-9798 FAX

Attorneys for Defendant
RODOLFO DIAZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MMCA GROUP LTD., a Virginia corporation,<br><br>Plaintiff<br><br>v.<br><br>HEWLETT-PACKARD COMPANY, a Delaware corporation, PINKERTON CONSULTING & INVESTIGATIONS EUROPE, a foreign corporation, PICA, an Ohio corporation, RODOLFO DIAZ, an individual, LUIS ORTEGA, an individual, WARREN ROTHER, an individual alien, ROBERT COZZOLINA, an individual, KEVIN HUNSAKER, an individual,<br><br>Defendants. | No. C 06 7067 (MMC)<br><br>APPLICATION FOR SUBSTITUTION OF ATTORNEY AND [PROPOSED] ORDER |

  PLEASE TAKE NOTICE that Defendant RODOLFO DIAZ hereby applies to substitute James A. Hughes and Sullwold & Hughes, 235 Montgomery Street, San Francisco, California 94104, (415) 263-1850 as his attorneys in place of and in stead of Donald S. Simon and Wendel, Rosen, Black & Dean, LLP, 1111 Broadway, 24th Floor, Oakland, California 94607 (510) 834-6600.

  Donald S. Simon and Wendel, Rosen, Black & Dean, LLP shall remain as attorneys of record for defendant PICA Corporation.

1

1  **I CONSENT TO THIS SUBSTITUTION:**

2  Date:  January 25, 2007.

3  _____

4  Rodolfo Diaz

5  **WE CONSENT TO THIS SUBSTITUTION:**

6  Date:  January 25, 2007.

7  WENDEL, ROSEN, BLACK & DEAN, LLP

9  By:  _____

10  Donald S. Simon
    Attorneys for PICA Corporation

12  **WE ACCEPT THIS SUBSTITUTION:**

13  Date:  January 29, 2007.    SULLWOLD & HUGHES

15  By:  _____/S/ James A. Hughes_____

16  James A. Hughes
    Attorneys for Rodolfo Diaz

18  **ORDER**

20  IT IS SO ORDERED.

22  Dated:  _____

23  _____

24  UNITED STATES DISTRICT JUDGE

2

APPLICATION FOR SUBSTITUTION OF ATTORNEY AND [PROPOSED] ORDER          No. C 06 7067 (MMC)

**I CONSENT TO THIS SUBSTITUTION:**

Date: January 25, 2007.

_____
Rodolfo Diaz

**WE CONSENT TO THIS SUBSTITUTION:**

Date: January 25, 2007.

WENDEL, ROSEN, BLACK & DEAN, LLP

By: _____
Donald S. Simon
Attorneys for PICA Corporation

**WE ACCEPT THIS SUBSTITUTION:**

Date: January 25, 2007.

SULLWOLD & HUGHES

By:     /S/ James A. Hughes
James A. Hughes
Attorneys for Rodolfo Diaz

## ORDER

IT IS SO ORDERED.

Dated: _____

_____
UNITED STATES DISTRICT JUDGE

1  I CONSENT TO THIS SUBSTITUTION:

2  Date: January 25, 2007.

4                                                    Rodolfo Diaz

5  WE CONSENT TO THIS SUBSTITUTION:

6  Date: January 25, 2007.

7                              WENDEL, ROSEN, BLACK & DEAN, LLP

9                              By: _____

10                             Donald S. Simon
                               Attorneys for PICA Corporation

12  WE ACCEPT THIS SUBSTITUTION:

13  Date: January 25, 2007.       SULLWOLD & HUGHES

15                             By:      /S/ James A. Hughes

16                                    James A. Hughes
                                   Attorneys for Rodolfo Diaz

18                              **ORDER**

20          IT IS SO ORDERED.

22  Dated:  January 30, 2007

23                             _____
24                             UNITED STATES DISTRICT JUDGE