United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MMCA GROUP, LTD., <br><br> Plaintiff, <br><br> v. <br><br> HEWLETT-PACKARD COMPANY, et al., <br><br> Defendants | No. C-06-7067 MMC <br><br> **ORDER CONTINUING HEARING DATE ON MOTIONS TO DISMISS FOR LACK OF PERSONAL JURISDICTION FILED BY WARREN ROTHER, ROBERT COZZOLINA, LUIS ORTEGA AND RODOLFO DIAZ** <br><br> (Docket Nos. 38, 42, 46, 50) |

Pursuant to the stipulation of the parties and the February 9, 2007 recommendation of Magistrate Judge Edward M. Chen,

1. The March 16, 2007 hearing on the motions to dismiss filed, respectively, by defendants Warren Rother, Robert Cozzolina, and Rodolfo Diaz is hereby CONTINUED to April 20, 2007 at 9:00 a.m.

2. The March 16, 2007 hearing on the motion to dismiss filed by defendant Luis Ortega is hereby CONTINUED to May 11, 2007 at 9:00 a.m.

**IT IS SO ORDERED**.

Dated: February 9, 2007

MAXINE M. CHESNEY
United States District Judge