IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MMCA GROUP, LTD.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>HEWLETT-PACKARD COMPANY, et al.,<br><br>　　　　Defendants.<br>_____/ | No. C-06-7067 MMC<br><br>**ORDER DENYING MOTION FOR SECTION 1292(b) CERTIFICATION, TO STAY ACTION PENDING APPEAL, AND TO VACATE CURRENT DEADLINES; VACATING HEARING**<br><br>(Docket No. 115) |

　　　　Before the Court is plaintiff MMCA Group, Ltd.'s ("MMCA") motion to certify for interlocutory appeal, pursuant to 28 U.S.C. § 1292(b), the Court's February 23, 2007 order disqualifying MMCA's prior counsel, to stay the instant action pending appeal, and to vacate all current deadlines. Defendants Hewlett-Packard Company, Warren Rother, and Robert Cozzolina (collectively, "HP") have filed a single opposition. Defendants Pica Corporation, Rodolfo Diaz, Kevin Hunsaker, and Luis Ortega each have filed separate joinders in HP's opposition. MMCA has filed a reply. Having considered the papers filed in support of and in opposition to the motion, the Court finds the matter appropriate for resolution without oral argument, see Civil L.R. 7-1(b), hereby VACATES the April 27, 2007 hearing, and finds as follows:

　　　　For the reasons set forth in HP's opposition, the Court's order of disqualification does not "involve[ ] a controlling question of law as to which there is substantial ground for

difference of opinion," see 28 U.S.C. § 1292(b), and an immediate appeal therefrom will not "materially advance the ultimate termination of the litigation," see id.

Accordingly, MMCA's motion is hereby DENIED.

This order terminates Docket No. 115.

**IT IS SO ORDERED.**

Dated: April 18, 2007

MAXINE M. CHESNEY
United States District Judge