Frederick J. Geonetta (SBN 114824)
Thomas Marc Litton (SBN 119985)
LITTON & GEONETTA, LLP
120 Montgomery Street, Suite 1600
San Francisco, CA 94104
Telephone:   (415) 421-4770
Facsimile:   (415) 421-4785

Attorneys for Plaintiff
MMCA Group, Ltd.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MMCA GROUP, LTD., a Virginia Corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>HEWLETT-PACKARD COMPANY, a Delaware Corporation, et al.,<br><br>  Defendants. | NO. 06CV 7067-MMC (EMC)<br><br>STIPULATION AND [PR~~OPOSED~~]<br>ORDER RE: PLAINTIFF'S MOTION<br>FOR DISCOVERY TO OPPOSE<br>MOTIONS TO DISMISS FOR LACK<br>OF PERSONAL JURISDICTION<br>( Docket Number 63)<br><br>Date:   May 2, 2007<br>Time:   10:30 am<br>Place:  Courtroom C, 15th Floor<br>Judge: Honorable Magistrate Judge<br>            Edward M. Chen |

TO THE CLERK OF THE ABOVE-ENTITLED COURT, TO EACH PARTY,

AND TO THE ATTORNEYS FOR EACH PARTY IN THIS ACTION:

PLEASE TAKE NOTICE that the parties hereby stipulate to the following and request that

the Court approve said stipulation.

---

1

Stipulation and Proposed Order Re: Hearing on Discovery Motion  Case No. 06 CV 7067-MMC

STIPULATION

Whereas on February 20, 2007, Plaintiff MMCA filed a motion seeking discovery from defendants to oppose motions to dismiss certain defendants for lack of personal jurisdiction (Docket Number 63), which has been opposed by Defendants, and

Whereas the hearing on said motion had been vacated by the Court in an order disqualifying Plaintiff's previous counsel, but should now be re-noticed,

IT IS HEREBY AGREED:

1. The hearing on Plaintiff's motion for discovery (Docket Number 63) is to be heard on May 2, 2007 at 10:30 am in Courtroom C, 15th floor, before Honorable Magistrate Judge Edward M. Chen; and

2. Plaintiff's Reply brief in support of said motion should be filed on or before April 18, 2007.

DATED: April 10, 2007         By: *Thomas M. Litton*
                                  Thomas Marc Litton, Esq.
                                  Litton & Geonetta, LLP
                                  Attorneys for Plaintiff, MMCA Group, Ltd.

DATED: April 11, 2007         By:_____/S/_____
                                  William F. Abrams, Esq.
                                  Bingham McCutchen LLP
                                  Attorneys for Hewlett-Packard Company, Warren Rother, and Robert Cozzolina

DATED: April 11, 2007         By:_____/S/_____
                                  Donald S. Simon, Esq.
                                  Wendel, Rosen, Black & Dean LLP
                                  1111 Broadway, 24th Floor

|   |   |
|---|---|
|   | Oakland, California 94607 |
|   | Telephone:  (510) 834-6600 |
|   | Facsimile:  (510) 291-2843 |
|   | Attorneys for Defendant |
|   | PICA Corporation |

DATED: April 11, 2007         By:_____/S/_____
                                             James A Hughes, Esq.
                                     Sullwold & Hughes
                                     235 Montgomery Street, Suite 730
                                     San Francisco, California 94104
                                     Telephone:  (415) 263-1850
                                     Facsimile:  (415) 989-9798

                                     Attorneys for Defendant
                                     Rodolfo Diaz

DATED: April 11, 2007         By:_____/S/_____
                                             Thomas P. Klein, Esq.
                                     Tklein Associates, Inc.
                                     One Kaiser Plaza, Suite 470
                                     Oakland, California 94612
                                     Telephone:  (510) 268-0020
                                     Facsimile:  (510) 268-0022

                                     Attorneys for Defendant Luis Ortega

DATED: April 11, 2007         By:_____/S/_____
                                             Michael Pancer, Esq.
                                     Law Offices of Michael Pancer
                                     105 W. F. Street, 4th Floor
                                     San Diego, California  92101
                                     Telephone:  (619) 236-1826
                                     Facsimile:  (619) 233-3221

                                     Attorneys for Defendant
                                     Kevin Hunsaker

//

//

//

1 [~~PROPOSED~~] ORDER

2 PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that the hearing date on Plaintiff

3 MMCA Group, Ltd.'s motion for discovery to oppose motions to dismiss for lack of personal

4 jurisdiction is moved to May 2, 2007, at 10:30 a.m. MMCA Group, Ltd.'s reply shall be due on April 18,

5

6 2007.

8 DATED: April 18, 2007

*IT IS SO ORDERED AS MODIFIED*
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

---

4

Stipulation and Proposed Order Re: Hearing on Discovery Motion   Case No. 06 CV 7067-MMC