Frederick J. Geonetta (SBN 114824)
Thomas Marc Litton (SBN 119985)
LITTON & GEONETTA, LLP
120 Montgomery Street, Suite 1600
San Francisco, CA 94104
Telephone:     (415) 421-4770
Facsimile:     (415) 421-4785

Attorneys for Plaintiff
MMCA Group, Ltd.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MMCA GROUP, LTD., a Virginia Corporation,   ) | NO. 06CV 7067-MMC (EMC) |
|                                ) | [~~PROPOS~~ED] ORDER  ON |
|         Plaintiff,           ) | Plaintiff's Administrative Motion to File |
|                            ) | Portions of The Declaration of Thomas |
|     v.                       ) | Byrne Under Seal and Declaration of |
|                            ) | Thomas Marc Litton in Support Thereof |
| HEWLETT-PACKARD COMPANY, a Delaware ) | ( Docket Numbers 63, 137, 139) |
| Corporation, et al.,               ) | (Local Rules 7-11 and 79-5) |
|                            ) | |
|         Defendants.        ) | Date:   May 2, 2007 |
|                            ) | Time:  10:30 am |
| _____ ) | Place:  Courtroom C, 15th Floor |
| | Judge:  Honorable Magistrate Judge |
| |            Edward M. Chen |

**[~~PROPOSED~~] ORDER**

The Court having considered Plaintiff MMCA's Request pursuant to Local Rules 7-11 and 79-5 to

have Exhibits A through H attached to the Declaration of Thomas Byrne in Support of Plaintiff's

1

Order on Plaintiff's Admin. Motion To File Under Seal     Case No. 06 CV 7067-MMC (EMC)

Motion for Jurisdictional Discovery filed with Plaintiff's Reply Brief and the papers submitted

therewith and arguments raised therein, and good cause appearing,

IT IS HEREBY ORDERED THAT the Plaintiff's Motion to file the declaration exhibits A through

H under seal is HEREBY GRANTED.


DATED: _____   April 25, 2007

                              _____

                              Honorable Magist...

IT IS SO ORDERED

Judge Edward M. Chen

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

Order on Plaintiff's Admin. Motion To File Under Seal    Case No. 06 CV 7067-MMC (EMC)