IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MMCA GROUP, LTD.,

    Plaintiff,

v.

HEWLETT-PACKARD COMPANY, et al.,

    Defendants
_____/

No. C-06-7067 MMC

**ORDER AMENDING BRIEFING SCHEDULE ON MOTIONS TO DISMISS FOR LACK OF JURISDICTION**

    Before the Court is a letter dated May 11, 2007, in which plaintiff states the parties have agreed to a one-week extension, to May 18, 2007, of the deadline for plaintiff to file opposition to the pending motions to dismiss for lack of personal jurisdiction. Plaintiff is hereby advised that the Court ordinarily does not act on letters to the Court; in the future, plaintiff must file either a stipulation or a motion in accordance with the Civil Local Rules and the Federal Rules of Civil Procedure.

    In this instance, however, the Court finds plaintiff has shown good cause for the requested continuance. Accordingly, the deadline for plaintiff to oppose the pending motions to dismiss for lack of personal jurisdiction is hereby EXTENDED from May 11, 2007 to May 18, 2007. The deadline for defendants to file their replies remains May 25, 2007, and the motions will be heard on June 8, 2007, as previously scheduled.

    **IT IS SO ORDERED**.

Dated: May 16, 2007

                                      MAXINE M. CHESNEY
                                      United States District Judge