**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8                     IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  MMCA GROUP, LTD.,                          No. C-06-7067 MMC

12            Plaintiff,                       **ORDER GRANTING MOTIONS TO**
                                               **DISMISS DEFENDANTS RODOLFO**
13     v.                                      **DIAZ, WARREN ROTHER, ROBERT**
                                               **COZZOLINA, AND LUIS ORTEGA FOR**
14                                             **LACK OF PERSONAL JURISDICTION;**
    HEWLETT-PACKARD COMPANY, et al.,           **VACATING HEARING**
15
              Defendants.
16  _____/         (Docket Nos. 38, 42, 46, 50)

17

18          Before the Court are four separate motions, each filed January 29, 2007, to dismiss,

19  respectively, defendants Rodolfo Diaz, Warren Rother, Robert Cozzolina, and Luis Ortega,

20  for lack of personal jurisdiction.  Plaintiff MMCA Group, Ltd. has filed a single consolidated

21  opposition to the motions; the moving defendants have filed separate replies.  Having

22  considered the papers filed in support of and in opposition to the motions, the Court finds

23  the matters appropriate for resolution without oral argument, hereby VACATES the June 8,

24  2007 hearing, and rules as follows.

25          For the reasons set forth by defendants, and for the reasons set forth by Magistrate

26  Judge Edward Chen in his order of May 8, 2007 denying plaintiff's motion for leave to take

27  jurisdictional discovery, plaintiff has failed to set forth a prima facie case of personal

28  jurisdiction with respect to any of the moving defendants.  See Schwarzenegger v. Fred

    Martin Motor Co., 374 F.3d 797, 800 (9th Cir. 2004) (internal quotation and citation omitted)

1   (holding where "motion is based on written materials rather than an evidentiary hearing, the

2   plaintiff need only make a prima facie showing of jurisdictional facts").

3         Accordingly, the motions to dismiss are hereby GRANTED, and all claims asserted

4   against defendants Rodolfo Diaz, Warren Rother, Robert Cozzolina, and Luis Ortega, are

5   hereby DISMISSED.

6         Plaintiff's request, in its opposition, for leave to amend its claims against such

7   defendants is hereby DENIED, as plaintiff has not set forth any facts, with respect to any of

8   such defendants, that would cure the above-noted deficiency.

9         This order terminates Docket Nos. 38, 42, 46, and 50.

10         **IT IS SO ORDERED.**

11   Dated: June 4, 2007                          _____
                                                    MAXINE M. CHESNEY
12                                                  United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28