1  Frederick J. Geonetta (Cal. Bar No. 114824)
2  Thomas Marc Litton (Cal. Bar No. 119985)
   LITTON & GEONETTA, LLP
3  120 Montgomery Street, Suite 1600
   San Francisco, CA  94104
4  Telephone:  415-421-4770
   Facsimile:  415-421-4785
5
6  *Attorneys for Plaintiff*
   *MMCA Group, Ltd.*
7

8               IN THE UNITED STATES DISTRICT COURT

9             FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                     SAN FRANCISCO DIVISION

11

12 

| MMCA GROUP, LTD., a Virginia corporation, | Civil Action No.  CV 06-07067-MMC (EMC) |
|---|---|
| Plaintiff | [PROPOSED] ORDER ON PLAINTIFF'S REQUEST FOR ADDITIONAL TIME TO SERVE DEFENDANT BUSINESS RISKS INTERNATIONAL, LTD. |
| v. | |
| HEWLETT-PACKARD COMPANY, a Delaware corporation, PINKERTON'S, INC., a Delaware corporation, d/b/a PINKERTON CONSULTING & INVESTIGATIONS – EUROPE, BUSINESS RISKS INTERNATIONAL, LIMITED, a United Kingdom corporation d/b/a PINKERTON CONSULTING & INVESTIGATIONS – EUROPE, PICA, an Ohio corporation, RODOLFO DIAZ, an individual, LUIS ORTEGA, an individual, WARREN ROTHER, an individual alien, ROBERT COZZOLINA, an individual, KEVIN HUNSAKER, an individual, | |
| Defendants. | |

(Note: "[PROPOSED]" is shown with strikethrough)

Good cause appearing, this court grants Plaintiff MMCA's request for an additional six weeks, to and including August 6, 2007, to serve Defendant Business Risks International, Limited, a United Kingdom company.

Dated:   July 3, 2007

_____
Maxine M. Chesney, Judge
United States District Court,
Northern District of California