IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MMCA GROUP, LTD., | No. C-06-7067 MMC |
| Plaintiff, | **ORDER VACATING JULY 27, 2007 HEARING** |
| v. | |
| HEWLETT-PACKARD COMPANY, et al., | |
| Defendants | |

    Before the Court is defendant Kevin Hunsaker's motion for judgment on the pleadings, filed June 22, 2007, and noticed for hearing July 27, 2007. Pursuant to the Civil Local Rules of this District, opposition was due no later than July 6, 2007. See Civil L. R. 7-3(a) (providing opposition to motion must be filed no later than 21 days before hearing date). To date, no opposition has been filed.

    Accordingly, the Court deems the matter submitted on the moving papers and hereby VACATES the hearing scheduled for July 27, 2007.

    **IT IS SO ORDERED.**

Dated: July 10, 2007

MAXINE M. CHESNEY
United States District Judge