| | |
|---|---|
| 1 | MICHAEL PANCER |
| | California State Bar No. 043602 |
| 2 | 105 W. F St., 4th Fl. |
| | San Diego, CA 92101 |
| 3 | Telephone: (619) 236-1826 |
| | Facsimile: (619) 233-3221 |
| 4 | Email: mpancer@hotmail.com |
| 5 | DAVID A. SCHLESINGER |
| | California State Bar No. 224701 |
| 6 | Guerrero Jacobs & Schlesinger LLP |
| | The Spreckels Building |
| 7 | 121 Broadway, Suite 573 |
| | San Diego, CA 92101 |
| 8 | Telephone: (619) 230-0012 |
| | Facsimile: (619) 230-0044 |
| 9 | Email: david@gjslaw.net |
| 10 | Attorneys for Defendant |
| | KEVIN HUNSAKER |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| MMCA GROUP, LTD., a Virginia corporation | Civil Action No. CV 06-7067 MMC (EMC) |
| Plaintiff, | |
| v. | [~~PROPOSED~~] ORDER GRANTING DEFENDANT KEVIN HUNSAKER'S MOTION FOR JUDGMENT ON THE PLEADINGS |
| HEWLETT-PACKARD COMPANY, a Delaware corporation, PINKERTON'S, INC., a Delaware corporation, d/b/a PINKERTON CONSULTING & INVESTIGATIONS – EUROPE, BUSINESS RISKS INTERNATIONAL LIMITED, an United Kingdom corporation, d/b/a PINKERTON CONSULTING & INVESTIGATIONS – EUROPE, PICA, an Ohio corporation, and KEVIN HUNSAKER, an individual, | Date: July 27, 2007 Time: 9:00 a.m. Place: Courtroom 7, 19th Fl. Judge: Hon. Maxine Chesney |
| Defendants. | |

Before the Court is defendant Kevin Hunsaker's ("Hunsaker") Motion for

Civil Action No. CV 06-0767 MMC
[PROPOSED] ORDER GRANTING DEFENDANT KEVIN HUNSAKER'S
MOTION FOR JUDGMENT ON THE PLEADINGS                    1

1  Judgment on the Pleadings pursuant to Rules 12(c) and 12(h)(2) of the Federal Rules of
2  Civil Procedure.  No opposition has been filed.
3      Having considered the papers filed by Hunsaker, as well as the Corrected First
4  Amended Complaint filed by plaintiff MMCA Group Ltd. and the answer thereto filed by
5  Hunsaker, and good cause appearing, the motion is hereby GRANTED and all claims
6  asserted against Hunsaker are hereby DISMISSED.
7
8  Dated: July 23, 2007
9                                                               Honorable Maxine M. Chesney
10                                                               United States District Judge