1    Bingham McCutchen LLP
     WILLIAM F. ABRAMS (SBN 88805)
2    KRISTEN A. PALUMBO (SBN 215857)
     ERIN A. SMART (SBN 246288)
3    1900 University Avenue
     East Palo Alto, CA  94303-2223
4    Telephone:  650.849.4400
     Facsimile:  650.849.4800
5    william.abrams@bingham.com

6    Attorneys for Defendant
     Hewlett-Packard Company
7

8                      UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                      SAN FRANCISCO DIVISION

11

12   MMCA GROUP LTD., a Virginia corporation,        No. C-06-7067 MMC (EMC)

13                  Plaintiff,                        STIPULATION AND [PROPOSED]
                                                      ORDER CHANGING ADR DEADLINE
14          v.
                                                      [Fed. R. Civ. Proc. 6(b), Civil L.R. 6-1,
15   HEWLETT-PACKARD COMPANY, a                       6-2, 7-1, ADR L.R. 6-5]
     Delaware corporation, BUSINESS RISKS
16   INTERNATIONAL, LIMITED, a foreign               [No Hearing Required]
     corporation, PICA CORPORATION, an Ohio
17   corporation,                                     Judge:        Hon. Maxine M. Chesney

18                  Defendants.

19

20   I.      INTRODUCTION

21          Hewlett-Packard Company ("HP"), PICA Corporation ("PICA"), Business Risks

22   International Ltd. ("BRI"), and MMCA Group Ltd. ("MMCA"), respectfully submit this

23   stipulation and [proposed] order pursuant to Federal Rule of Civil Procedure 6(b), Civil Local

24   Rules 6-1, 6-2, 7-1 and ADR Local Rule 6-5 requesting the Court extend the deadline for ADR

25   to November 30, 2007.

26   II.     BACKGROUND FACTS

27          On July 27, 2007, the Court signed the parties' [Proposed] Order Selecting ADR

28   Process with an October 1, 2007 deadline for mediation. *Docket* 178.  The parties subsequently

1  agreed to use Retired Magistrate Judge Edward A. Infante as a mediator.  Unfortunately, the

2  parties could not schedule a mediation date with Magistrate Judge Infante before October 1,

3  2007.

4  III.    GOOD CAUSE EXISTS TO GRANT THE REQUESTED
        ENLARGEMENT OF TIME
5
6          The parties cannot schedule a mediation with Magistrate Judge Infante by the

   current deadline.  Using a mediator who is agreeable to all parties encourages them to be open
7
   with the mediator and confident in the mediator's advice, and will improve the chances of
8
   resolution.
9
10         The current ADR deadline would require the parties to proceed without basic

11  discovery information that would help them prepare for mediation.  Additionally, the parties are

   meeting and conferring on discovery and initial disclosure issues that, when resolved, will
12
   provide more information that will facilitate mediation.  Extending the ADR deadline would give
13
   the parties an opportunity to obtain this information before mediating, which will make them
14
   better prepared for mediation.
15
16  IV.    THE REQUESTED TIME MODIFICATION WOULD NOT DELAY
        THIS CASE AND MAY SHORTED ITS DURATION

17         There were few previous time modification in this case.  *See* Declaration of

18  Kristen A. Palumbo, ¶ 2.  Extending the deadline for mediation to November 30, 2007 would not

19  extend other deadlines.  Granting the requested time modification means the parties are more

20  likely to have the information and resources they need to consider settlement, which, if achieved,

21  would end this case entirely.

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER CHANGING DEADLINE

1

V.      CONCLUSION

2
                For the reasons discussed above the parties respectfully request the Court extend

3
the deadline to complete ADR to November 30, 2007.

4

5
DATED:  September 14, 2007

6
                                        By:_____/s/ William F. Abrams_____

7                                                          William F. Abrams
                                                         BINGHAM MCCUTCHEN LLP
8                                                          1900 University Avenue
                                                         East Palo Alto, CA 94303
9                                                          Telephone: (650) 849-4400
                                                         Facsimile: (650) 849-4800
10
                                                         Attorneys for Defendant
11                                                        HEWLETT-PACKARD COMPANY

12

13  DATED:  September 14, 2007

14

15                                       By:_____/s/ Luis M. Alcalde_____

16                                                         Luis M. Alcalde
                                                         *Appearance Pro Hac Vice*
17                                                        CRABBE, BROWN & JAMES LLP
                                                         500 S. Front Street, Suite 1200
18                                                        Columbus, Ohio 43215
                                                         Telephone: (614) 229-4573
19                                                        Facsimile: (614) 229-4559

20                                                        Attorneys for Defendant
                                                         PICA CORPORATION
21

22

23

24

25

26                                                           *Signatures continued on next page*

27

28

STIPULATION AND [PROPOSED] ORDER CHANGING DEADLINE

A/72197543.4/2007550-0000323151

1    DATED:  September 14, 2007

2

3                                                    By:_____/s/ Allison L. Cooper_____
                                                              Allison L. Cooper
4                                                    KRIEG KELLER SLOAN REILLEY &
                                                              ROMAN LLP
5                                                    114 Sansome Street, 4th Floor
                                                         San Francisco, CA 94104
6                                                       Telephone: (415) 249-8330
                                                        Facsimile: (415) 249-8333
7
                                                        Attorneys for Defendant
8                                                   BUSINESS RISKS INTERNATIONAL
                                                    LIMITED (U.K.), sued as PINKERTON
9                                                   CONSULTING AND INVESTIGATIONS
                                                                  EUROPE
10   DATED:  September 14, 2007

11

12                                                   By:_____/s/ Thomas Marc Litton_____
                                                              Thomas Marc Litton
13                                                   LITTON & GEONETTA, LLP
                                                    120 Montgomery Street, Suite 1600
14                                                       San Francisco, CA 94104
                                                       Telephone: (415) 421-4770
15                                                       Facsimile (415) 421-4785

16                                                        Attorneys for Plaintiff
                                                          MMCA GROUP, LTD.
17

18

19

20

21

22

23

24

25

26

27

28

A/72197543.2/2007550-0000323151                    4                    C-06-7067 MMC (EMC)

STIPULATION AND [PROPOSED] ORDER CHANGING DEADLINE
A/72197543.4/2007550-0000323151

1

## ~~[Proposed]~~ Order Extending ADR Deadline

2          IT IS HEREBY ORDERED that the deadline for the parties' ADR session is

3    extended to November 30, 2007.

4

5    **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

6    Dated: <u>September 18</u>_____, 2007

7

8                                        _____
                                            Hon. Maxine M. Chesney

9                                            United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

A/72197543.2/2007550-0000323151                5                    C-06-7067 MMC (EMC)

STIPULATION AND [PROPOSED] ORDER CHANGING DEADLINE

A/72197543.4/2007550-0000323151