1  Bingham McCutchen LLP
   WILLIAM F. ABRAMS (SBN 88805)
2  KRISTEN A. PALUMBO (SBN 215857)
   MAZEN M. BASRAWI (SBN 235475)
3  ERIN A. SMART (SBN 246288)
   1900 University Avenue
4  East Palo Alto, CA  94303-2223
   Telephone:  650.849.4400
5  Facsimile:  650.849.4800
   Email: william.abrams@bingham.com
6
   Attorneys for Defendant
7  Hewlett-Packard Company

8                        UNITED STATES DISTRICT COURT

9                       NORTHERN DISTRICT OF CALIFORNIA

10                             SAN FRANCISCO DIVISION

11

12 | MMCA GROUP LTD.,                    | No. CV 06-7067 MMC (EMC)
13 |         Plaintiff,                  | ~~[PROPOSED]~~ ORDER GRANTING
   |    v.                               | MOTION FOR WITHDRAWAL OF
14 |                                     | APPEARANCE
   | HEWLETT-PACKARD COMPANY, et. al.,   |
15 |                                     |
   |         Defendants.                 |
16

17

18

19

20

21

22

23

24

25

26

27

28
   A/72248812.1/2007550-0000323151                    NO. CV 06-7067 MMC (EMC)

[PROPOSED] ORDER GRANTING MOTION FOR WITHDRAWAL OF APPEARANCE

1   On October 15, 2007, Bingham McCutchen LLP, counsel for Defendant Hewlett-
2   Packard Company ("HP") moved to withdraw the appearance of Jennifer Lynch, a former lawyer
3   at the firm.
4   The motion is hereby GRANTED.  Ms. Lynch will be deleted from the Master
5   Service List.  Bingham McCutchen LLP remains as counsel for HP.
6   DATED: October 16, 2007

_____
Honorable Maxine M. Chesney
United States District Judge