IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MMCA GROUP, LTD., <br><br>    Plaintiff, <br><br>  v. <br><br> HEWLETT-PACKARD COMPANY, et al., <br><br>    Defendants / | No. C-06-7067 MMC <br><br> **ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT; VACATING HEARING** |

    Before the Court is plaintiff's "Motion for Leave to File an Amended Complaint," filed September 17, 2007, wherein plaintiff seeks leave to file a Second Amended Complaint in order to remove defendant "Pinkerton's, Inc."[1] and add "Pinkerton Consulting & Investigations, Inc." as a defendant. (See Pl.'s Mot. at 2:24-25.) Defendant Business Risks International, Inc. has filed opposition to the motion; defendants Warren Rother, Robert Cozzolina, Luis Ortega, Rodolfo Diaz, and Kevin Hunsaker have filed a "Conditional Statement of Non-Opposition" to the motion. Plaintiff has filed a reply. Having considered the papers filed in support of and in opposition to the motion, the Court finds the matter appropriate for resolution without oral argument, hereby VACATES the October 26, 2007

---

[1] Defendant Pinkerton's, Inc. was dismissed from the action on August 14, 2007, pursuant to stipulation. (See Order filed August 14, 2007.)

hearing on the matter, and rules as follows:

The Court finds the motion timely under Rule 15 of the Federal Rules of Civil Procedure, and further finds good cause for the requested amendment has been shown and that no showing of prejudice to any defendant has been made.

Accordingly, the motion is hereby GRANTED. Plaintiff's Second Amended Complaint shall be filed no later than October 30, 2007.

**IT IS SO ORDERED**.

Dated: October 24, 2007

MAXINE M. CHESNEY
United States District Judge