1  James C. Krieg [SBN 77069]
2  Allison Lane Cooper [SBN 152384]
   KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
3  114 Sansome Street, 4th Floor
   San Francisco, CA  94104
4  Telephone:  (415) 249-8330
5  Facsimile:  (415) 249-8333

6  Attorneys for Defendant
7  BUSINESS RISKS INTERNATIONAL, LTD.

8

9

10                  UNITED STATES DISTRICT COURT

11            FOR THE NORTHERN DISTRICT OF CALIFORNIA

12  MMCA GROUP LTD., a Virginia          Case No.: C-06-7067 MMC
13  corporation,
                                         [PROPOSED] ORDER PERMITTING
14                  Plaintiff,           TELEPHONIC APPEARANCE AT
                                         EARLY NEUTRAL EVALUATION
15      v.                               CONFERENCE
16
    HEWLETT-PACKARD COMPANY, a           Action filed:  November 14, 2006
17  Delaware corporation, PINKERTON
    CONSULTING & INVESTIGATIONS
18  EUROPE, a foreign corporation, PICA, an
    Ohio corporation, RODOLFO DIAZ, an
19  individual, LUIS ORTEGA, an individual,
20  WARREN ROTHER, an individual alien,
    ROBERT COZZOLINA, an individual,
21  KEVIN HUNSAKER, an individual,
22
                    Defendants.
23

24

25

26

27

28
   _____
   [PROPOSED] ORDER PERMITTING TELEPHONIC APPEARANCE AT EARLY NEUTRAL
                        EVALUATION CONFERENCE
                        Case No. C-06-7067
                                1

1  This matter is set for an Early Neutral Evaluation Conference on November 13, 2007.

2  Defendant Business Risks International, Ltd. ("BRI") is a corporation organized under the

3  laws of the United Kingdom, with its headquarters in London, England, and no offices or

4  employees in the United States.

5  BRI has requested that it be permitted to attend the Early Neutral Evaluation

6  Conference by telephone.  The plaintiff and the evaluator, Richard Collier, consent to BRI's

7  appearance by telephone, and no party has objected to it.  Accordingly, good cause

8  appearing, it is HEREBY ORDERED:

9  Defendant BRI's representative may appear at the Early Neutral Evaluation

10  Conference by telephone.

11  Dated:        November ___, 2007

15  Hon. Wayne D. Brazil
   UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER PERMITTING TELEPHONIC APPEARANCE AT EARLY NEUTRAL
EVALUATION CONFERENCE
Case No. C-06-7067
2