IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MMCA GROUP, LTD., <br><br> Plaintiff, <br><br> v. <br><br> HEWLETT-PACKARD COMPANY, et al., <br><br> Defendants | No. C-06-7067 MMC <br><br> **ORDER VACATING HEARING ON DEFENDANT PINKERTON CONSULTING & INVESTIGATIONS, INC.'S MOTION TO DISMISS, OR, IN THE ALTERNATIVE, MOTION TO SEVER** |

Before the Court is the motion, filed April 11, 2008, by defendant Pinkerton Consulting & Investigations, Inc., to dismiss pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, or, in the alternative, to sever pursuant to Rule 21. Plaintiff has filed opposition, to which defendant has replied.

Having considered the papers filed in support of and in opposition to the motion, the Court finds the matter appropriate for resolution without oral argument, see Civil L.R. 7-1(b), and hereby VACATES the May 16, 2008 hearing.

**IT IS SO ORDERED**.

Dated: May 14, 2008

MAXINE M. CHESNEY
United States District Judge