1  Bingham McCutchen LLP
   WILLIAM F. ABRAMS (SBN 88805)
2  william.abrams@bingham.com
   DAVID S. CANNON (SBN 209501)
3  david.cannon@bingham.com
4  KRISTEN A. PALUMBO (SBN 215857)
   kristen.palumbo@bingham.com
5  MAZEN M. BASRAWI (SBN 235475)
   mazen.basrawi@bingham.com
6  ERIN A. SMART (SBN 246288)
7  erin.smart@bingham.com
   1900 University Avenue
8  East Palo Alto, CA  94303-2223
   Telephone:  650.849.4400
9  Facsimile:  650.849.4800

10

11 Attorneys for Defendant
   Hewlett-Packard Company

12

13                    UNITED STATES DISTRICT COURT

14                   NORTHERN DISTRICT OF CALIFORNIA

15                        SAN FRANCISCO DIVISION

16

17 MMCA GROUP LTD., a Virginia corporation,   |   No. C-06-7067 MMC (EMC)

18              Plaintiff,                    |   **STIPULATED REQUEST FOR STATUS CONFERENCE; ORDER**

19        v.                                  |   Date:   May 30, 2008
                                                  Time:   10:30 a.m.
20 HEWLETT-PACKARD COMPANY, a                    Place:  Courtroom 7, 19th Floor
   Delaware corporation, PINKERTON              Judge:  Hon. Maxine M. Chesney
21 CONSULTING AND INVESTIGATIONS, INC.,
   a foreign corporation, PICA CORPORATION, an  [Fed. R. Civ. Proc. 16, Civil L.R. 7-12,
22 Ohio corporation,                            and 16-10]

23              Defendants.

## I. INTRODUCTION

Plaintiff MMCA Group Ltd. and defendants Hewlett-Packard Company ("HP"), PICA Corporation ("PICA"), and Pinkerton Consulting & Investigations, Inc. respectfully submit this stipulation and [proposed] order pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rules 7-12 and 16-10 requesting that the Court hold a status conference with the parties on Friday, May 30, 2008. Further, the parties request that the Court waive the general requirement in Rule 16-9(d), which requires filing of a joint status conference statement 10 days before the requested conference.

## II. BACKGROUND

Past discovery issues (which the parties will be prepared to discuss in detail at the requested status conference, if requested) have slowed progress in this case and the parties are now unable to meet the current schedule.

The current non-expert discovery cutoff is May 23, 2008. Docket No. 180. On May 9, 2008 the parties filed a stipulated request to extend the discovery deadlines, while preserving the trial date. Docket No. 239. The Court has not yet ruled on the parties' request.

After meeting and conferring further, and after MMCA, PICA, and HP discussed status with Magistrate Judge Chen at a status conference held May 20, the parties believe they cannot complete discovery under either the current schedule or the schedule in their stipulated request filed May 9. With the involvement of Magistrate Judge Chen, MMCA, PICA, and HP have begun mapping out a schedule with realistic hard deadlines for discovery issues and suggested revised dates for discovery cut-offs, dispositive motions and trial.

MMCA, PICA, and HP have a further status conference on May 28 with Magistrate Judge Chen to further discuss these issues.

## III. GOOD CAUSE EXISTS TO GRANT THE REQUESTED STATUS CONFERENCE AND TO WAIVE SUBMISSION OF A JOINT STATEMENT 10 DAYS PRIOR

The parties request a status conference with the Court to discuss the trial plan they anticipate will result from these efforts and to request a corresponding extension of the discovery deadlines and trial date. The parties anticipate being able to submit to the Court a revised

1  proposed schedule for the case after the May 28 status conference set with Magistrate Judge
2  Chen.  To move the case ahead as soon as possible, the parties request a status conference with
3  the Court on May 30, the soonest available date after the May 28 conference with Magistrate
4  Judge Chen.  Because the parties' proposed schedule will not be finalized until after the May 28
5  conference with Magistrate Judge Chen, they cannot file a joint statement with the Court ten
6  days prior to their requested May 30 status conference.
7        The parties are informed that Magistrate Judge Chen plans to discuss these issues
8  with the Court in advance of the requested status conference with the Court.

## IV. CONCLUSION

For the reasons discussed above the parties respectfully request that the Court order a status conference for May 30, 2008 and waive the requirement for a joint status conference statement ten days in advance of that requested conference.

DATED:  May 23, 2008

By:_____ /s/ William F. Abrams _____
William F. Abrams
BINGHAM MCCUTCHEN LLP
1900 University Avenue
East Palo Alto, CA 94303
Telephone: (650) 849-4400
Facsimile: (650) 849-4800

Attorneys for Defendant
HEWLETT-PACKARD COMPANY

DATED: May 23, 2008

By: /s/ Luis M. Alcalde by MRP
Luis M. Alcalde
*Appearance Pro Hac Vice*
CRABBE, BROWN & JAMES LLP
500 S. Front Street, Suite 1200
Columbus, Ohio 43215
Telephone: (614) 229-4573
Facsimile: (614) 229-4559

Attorneys for Defendant
PICA CORPORATION

DATED: May __, 2008

By:

Allison L. Cooper
KRIEG KELLER SLOAN REILLEY &
ROMAN LLP
114 Sansome Street, 4th Floor
San Francisco, CA 94104
Telephone: (415) 249-8330
Facsimile: (415) 249-8333

Attorneys for Defendant
PINKERTON CONSULTING AND
INVESTIGATIONS, INC.

DATED: May __, 2008

By:

Thomas Marc Litton
LITTON & GEONETTA, LLP
120 Montgomery Street, Suite 1600
San Francisco, CA 94104
Telephone: (415) 421-4770
Facsimile (415) 421-4785

Attorneys for Plaintiff
MMCA GROUP, LTD.

```
 1   DATED:  May __, 2008
 2
 3                                          By:_____
                                                     Luis M. Alcalde
 4                                                Appearance Pro Hac Vice
                                                CRABBE, BROWN & JAMES LLP
 5                                              500 S. Front Street, Suite 1200
                                                   Columbus, Ohio 43215
 6                                              Telephone: (614) 229-4573
                                                Facsimile: (614) 229-4559
 7
                                                  Attorneys for Defendant
 8                                                  PICA CORPORATION

 9   DATED:  May 22, 2008
10
11                                          By: /s/ Owen J. Rescher for
12                                                   Allison L. Cooper
                                              KRIEG KELLER SLOAN REILLEY &
13                                                     ROMAN LLP
                                               114 Sansome Street, 4th Floor
14                                              San Francisco, CA 94104
                                                Telephone: (415) 249-8330
15                                              Facsimile: (415) 249-8333

16                                                Attorneys for Defendant
                                               PINKERTON CONSULTING AND
17   DATED:  May __, 2008                          INVESTIGATIONS, INC.
18
19                                          By:_____
20                                                  Thomas Marc Litton
                                                 LITTON & GEONETTA, LLP
21                                             120 Montgomery Street, Suite 1600
                                                 San Francisco, CA 94104
22                                               Telephone: (415) 421-4770
                                                 Facsimile (415) 421-4785
23
                                                  Attorneys for Plaintiff
24                                                 MMCA GROUP, LTD.
25
26
27
28
```

1  DATED: May __, 2008
2
3                                                    By:_____
4                                                              Luis M. Alcalde
                                                          *Appearance Pro Hac Vice*
5                                                       CRABBE, BROWN & JAMES LLP
                                                        500 S. Front Street, Suite 1200
6                                                            Columbus, Ohio 43215
                                                           Telephone: (614) 229-4573
7                                                          Facsimile: (614) 229-4559

8                                                           Attorneys for Defendant
                                                              PICA CORPORATION

9  DATED: May __, 2008
10
11                                                   By:_____
                                                              Allison L. Cooper
12                                                    KRIEG KELLER SLOAN REILLEY &
                                                                 ROMAN LLP
13                                                     114 Sansome Street, 4th Floor
                                                           San Francisco, CA 94104
14                                                       Telephone: (415) 249-8330
                                                          Facsimile: (415) 249-8333
15
                                                            Attorneys for Defendant
16                                                    PINKERTON CONSULTING AND
                                                            INVESTIGATIONS, INC.
17 DATED: May __, 2008
18
19                                                   By:_____
                                                             Thomas Marc Litton
20                                                       LITTON & GEONETTA, LLP
                                                      120 Montgomery Street, Suite 1600
21                                                         San Francisco, CA 94104
                                                           Telephone: (415) 421-4770
22                                                         Facsimile (415) 421-4785

23                                                           Attorneys for Plaintiff
                                                             MMCA GROUP, LTD.
24
25
26
27
28

STIPULATED REQUEST FOR CASE MANAGEMENT CONFERENCE
A/72545703.1/2007550-0000323151

1  **~~[Proposed]~~ Order ~~Extending Discovery Deadlines~~**

2  IT IS HEREBY ORDERED that, in light of the Court's calendar, the parties appear for a further status conference on Friday, ~~May 30, 2008~~ June 6, 2008. ~~For good cause shown, the Court waives the normal requirement in Civil Local Rule 16-9(a) that the parties~~ The parties shall submit a joint statement in advance of the conference, and no later than May 30, 2008.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____May 23_____, 2008

_____
Hon. Maxine M. Chesney
United States District Judge