IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MMCA GROUP, LTD., <br><br> Plaintiff, <br><br> v. <br><br> HEWLETT-PACKARD COMPANY, et al., <br><br> Defendants | No. C-06-7067 MMC <br><br> **ORDER RE: DOCUMENT SUBMITTED FOR FILING UNDER SEAL** |

    The Court is in receipt of the Declaration of Thomas Marc Litton in Opposition to Defendant BRI's Motion to Dismiss, filed by plaintiff on June 27, 2008, and exhibits attached thereto. One of said exhibits, specifically, Exhibit G, consists of a document to be filed under seal.

    The Civil Local Rules of this District prohibit the filing of a document under seal, absent "a Court order that authorizes the sealing of the particular document, or portions thereof." See Civil L.R. 79-5(a); see also Stipulated Protective Order filed May 12, 2008 at 12:15-16 (providing "[a] party that seeks to file under seal any Protected Material must comply with Civil Local Rule 79-5"). Plaintiff has not sought or obtained such an order, and, in the absence thereof, the document submitted by plaintiff may not be filed under

seal.[1]

Accordingly, if plaintiff wishes to file the above-referenced document under seal, plaintiff shall file, no later than July 7, 2008, an administrative motion for a sealing order in compliance with the Local Rules of this District.

**IT IS SO ORDERED**.

Dated: July 2, 2008

MAXINE M. CHESNEY
United States District Judge

---

[1] The Court further notes that, in the Chambers copy, the exhibits are not marked with tabbed dividers, thus making it difficult to readily located and view any particular exhibit. Plaintiff is hereby DIRECTED to provide exhibit tabs for all such filings in the future.

2