UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MMCA GROUP, LTD., | No. C-06-7067 MMC (EMC) |
| Plaintiff, | |
| v. | **ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION TO COMPEL** |
| HEWLETT-PACKARD COMPANY, *et al.*, | |
| Defendants. | **(Docket No. 267)** |

Having considered the parties' briefs and accompanying submissions, as well as all other evidence of record and the oral argument of counsel, the Court hereby **GRANTS** in part and **DENIES** in part Plaintiff MMCA's motion to compel.

Judge Chesney's order of September 5, 2007, allows MMCA to pursue jurisdictional discovery on the issue of whether Defendant BRI is the alter ego or agent of now-dismissed Defendant PC&I. *See* Docket No. 194. However, the bulk of the discovery requests at issue either do not seek or are not narrowly tailored to the jurisdictional discovery permitted by Judge Chesney. Taking into account the above, the Court shall require BRI, in addition to responses provided thus far, to produce documents responsive to Document Requests Nos. 1, 9, 42, 46, 48, 52, and 53.

///
///
///
///
///

MMCA's motion is otherwise denied. Responsive documents shall be produced by July 16, 2008.

This order disposes of Docket No. 267.

IT IS SO ORDERED.

Dated: July 9, 2008

_____
EDWARD M. CHEN
United States Magistrate Judge