United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MMCA GROUP, LTD.,

      Plaintiff,

v.

HEWLETT-PACKARD COMPANY, et al.,

      Defendants.

No. C-06-7067 MMC

**ORDER DENYING PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE DOCUMENT UNDER SEAL**

      Before the Court is the administrative motion, filed July 7, 2008, by which plaintiff seeks to file under seal Exhibit G to the Declaration of Thomas Marc Litton in Opposition to Defendant BRI's Motion to Dismiss.[1] Plaintiff has failed, however, to provide a "declaration establishing that the entire document is sealable," see Civil L.R. 79-5(b)(1), and the above-referenced document does not otherwise appear to contain sealable material.

      Accordingly, the administrative motion is hereby DENIED. Plaintiff is hereby DIRECTED to file in the public record, no later than July 18, 2008, the above-referenced document. If plaintiff fails to timely file said document in the public record, the Court will not

---

[1] Subsequent to plaintiff's filing of the administrative motion, the Court denied defendant BRI's Motion to Dismiss, without prejudice to BRI's either re-noticing the motion or filing an amended motion. The Court here addresses plaintiff's administrative motion in light of the possibility that defendant BRI may re-notice its motion to dismiss.

1  consider it in the event defendant BRI re-notices its Motion to Dismiss.

2  **IT IS SO ORDERED**.

3  Dated: July 15, 2008

　　　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge