United States District Court<br>For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MMCA GROUP, LTD.,<br><br>        Plaintiff,<br><br>    v.<br><br>HEWLETT-PACKARD COMPANY, *et al.*,<br><br>        Defendants.<br>_____/ | No. C-06-7067 MMC (EMC)<br><br>**ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION FOR ORDER SHORTENING TIME; AND RECOMMENDING VACATION OF FILING DATE FOR DEFENDANT'S MOTION TO DISMISS**<br><br>**(Docket No. 315)** |

      Plaintiff MMCA Group, Ltd. has filed a motion for an order compelling compliance with a discovery order and for sanctions, which it seeks to have heard on shortened time. Defendant Business Risks International, Ltd. ("BRI") has informed the Court that it does not oppose shortened time, although it requests that, if shortened time is granted, any reply brief be waived.

      In light of BRI's nonopposition, MMCA's motion to shorten time is hereby **GRANTED**. The Court also notes that shortened time is necessary based on Judge Chesney's order of July 10, 2008, which requires BRI to file its motion to dismiss by August 15, 2008.

      MMCA' discovery motion and motion for sanctions shall be heard on **August 15, 2008, at 10:30 a.m.** BRI's opposition shall be filed by August 12, 2008. There shall be no reply brief.

      Finally, because the motion for shortened time will not be heard until August 15, 2008, the Court hereby **RECOMMENDS** that Judge Chesney vacate the filing date for BRI's motion to

dismiss pending this Court's resolution of MMCA's discovery motion and motion for sanctions. Any objections to this recommendation must be filed no later than August 13, 2008.

    This order disposes of Docket No. 315.

    IT IS SO ORDERED.

Dated: August 7, 2008

_____
EDWARD M. CHEN
United States Magistrate Judge