IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MMCA GROUP, LTD.,

    Plaintiff,

v.

HEWLETT-PACKARD COMPANY, et al.,

    Defendants
                                 /

No. C-06-7067 MMC

**ORDER RE: MAGISTRATE JUDGE'S RECOMMENDATION OF AUGUST 7, 2008**

    Before the Court is Magistrate Judge Edward C. Chen's Recommendation, filed August 7, 2008, by which Magistrate Judge Chen recommends that the Court vacate, pending resolution of plaintiff's discovery motion and motion for sanctions, the August 15, 2008 deadline for defendant Business Risks International, Ltd. ("BRI") to re-notice its motion to dismiss or file an amended motion to dismiss. On August 15, 2008, BRI filed an amended motion to dismiss.

    In light of BRI's compliance with the original deadline for such filing, the Court will take no action on the recommendation to vacate such deadline.

    **IT IS SO ORDERED**.

Dated: August 20, 2008

                                         MAXINE M. CHESNEY
                                         United States District Judge