| | |
|---|---|
| 1 | Bingham McCutchen LLP<br>WILLIAM F. ABRAMS (SBN 88805) |
| 2 | william.abrams@bingham.com<br>DAVID S. CANNON (SBN 209501) |
| 3 | david.cannon@bingham.com<br>KRISTEN A. PALUMBO (SBN 215857) |
| 4 | kristen.palumbo@bingham.com<br>ERIN A. SMART (SBN 246288) |
| 5 | erin.smart@bingham.com<br>1900 University Avenue |
| 6 | East Palo Alto, CA  94303-2223<br>Telephone:  650.849.4400 |
| 7 | Facsimile:  650.849.4800 |
| 8 | Attorneys for Defendant<br>Hewlett-Packard Company |
| 9 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 14 | MMCA Group Ltd., | C-06-7067<br>No. ~~07-6076~~ MMC (EMC) |
| 15 | Plaintiff, | [~~PROPOSED~~] ORDER SEALING<br>EXHIBITS A-D TO MMCA'S |
| 16 | v. | ADMINISTRATIVE MOTION AND<br>ORDER GRANTING PLAINTIFF'S |
| 17 | Hewlett-Packard Company, et al, | MOTION TO EXPUNGE |
| 18 | Defendant. | |
| 19 | | [L. R. Civ. P. 79-5] |
| 20 | | Date:     September 11, 2008<br>Judge:    Hon. Maxine M. Chesney |

On September 4, 2008, Plaintiff MMCA Group, Ltd. filed an Administrative Motion to File Documents Under Seal ("Administrative Motion").  (Docket 330, 336).  In accordance with Local Civil Rule 79-5(d) Defendant Hewlett-Packard Company filed a declaration ("Declaration") establishing that the designated material is subject to being sealed.

The Court, having considered the Administrative Motion and Declaration, finds Exhibits A-D to the Declaration of Frederick Geonetta in Support of MMCA's Administrative Motion to File Documents Under Seal (Docket 330, 336) subject to being sealed.

1        Therefore, pursuant to Rule 79 of the Local Civil Rules of the Northern District of

2   California, the Administrative Motion is GRANTED.

3        IT IS HEREBY ORDERED:

4        (A)     ~~Whenever filed, in whole or in part, with the Court in this case,~~ Exhibits

5   A-D shall be filed under seal.

      (B)     The Clerk is directed to prohibit public access to Plaintiff's Administrative

6   Motion to File Documents under Seal.

7

8

9   DATED: __September 15__, 2008       By: _/s/ Maxine M. Chesney_____
                                                   Honorable Maxine M. Chesney

10                                                     United States District Court Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28