Frederick J. Geonetta (Cal. Bar No. 114824)
Thomas Marc Litton (Cal. Bar No. 119985)
LITTON & GEONETTA, LLP
120 Montgomery Street, Suite 1600
San Francisco, CA  94104
Telephone:  415-421-4770
Facsimile:  415-421-4785

Kenneth N. Frucht, (Cal. Bar No. 178881)
LAW OFFICES OF KENNETH FRUCHT
120 Montgomery Street, Suite 1600
San Francisco, CA 94104
Tel:  (415) 392-4844
Fax: (415) 392-7973

*Attorneys for Plaintiff*
*MMCA Group, Ltd.*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| MMCA GROUP, LTD., a Virginia corporation, <br><br> Plaintiff <br><br> v. <br><br> HEWLETT-PACKARD COMPANY, a Delaware corporation, PINKERTON'S, INC., a Delaware corporation, d/b/a PINKERTON CONSULTING & INVESTIGATIONS – EUROPE, BUSINESS RISKS INTERNATIONAL, LIMITED, an United Kingdom corporation d/b/a PINKERTON CONSULTING & INVESTIGATIONS – EUROPE, PICA, an Ohio corporation, <br><br> Defendants. | Civil Action No.  CV 06-07067-MMC (EMC) <br><br> **STIPULATION AND [PROPOSED] ORDER EXTENDING BRIEFING SCHEDULE AND HEARING DATE FOR DEFENDANT HEWLETT-PACKARD'S MOTION FOR PARTIAL SUMMARY JUDGMENT/ JUDGMENT ON THE PLEADINGS** <br><br> [Fed. R. Civ. Proc. 6(b), Civil L.R. 6-1, 6-2, 7-1, 7-12] <br><br> [No Hearing Required] <br><br> Judge:      Hon. Maxine M. Chesney |

I.    **INTRODUCTION**

Plaintiff MMCA Group Ltd. ("MMCA") and Defendant Hewlett-Packard Company ("HP") submit this stipulation and [proposed] order pursuant to Federal Rule of Civil Procedure 6(b) and Civil Local Rules 6-1, 6-2, 7-1, and 7-12, requesting that the Court extend the briefing schedule and continue the hearing date on HP's Motion for Partial Summary Judgment/Judgment on the Pleadings.  Defendant's Motion is currently scheduled to be heard on December 5, 2008, and Plaintiff's opposing papers are due on November 14, 2008.  The parties have stipulated and hereby request that the Court continue the hearing to December 19, 2008, with MMCA's opposition due on November 28, 2008, and HP's reply due on December 5, 2008.

II.    **BACKGROUND**

On October 31, 2008, Defendant Hewlett-Packard filed a Motion for Partial Summary Judgment, or, in the Alternative, Judgment on the Pleadings (Defendant's Motion).  The hearing for Defendant's Motion is currently set for December 5, 2008, and Plaintiff's opposition is currently due on November 14, 2008.

On November 5, 2008, MMCA's attorney Kenneth Frucht called HP's attorney David Cannon and requested that HP stipulate to an extension of the briefing schedule and a continuance of the hearing on Defendant's Motion.  Mr. Frucht explained that the basis for his request was the following:

a)  One of the firms currently representing Plaintiff in this matter – Litton & Geonetta LLP, is dissolving, and attorney Marc Litton will no longer be working on this matter.  Matters related to the dissolution of Litton & Geonetta, LLP, as well as the loss of one of the attorneys actively working on the case, makes it virtually impossible for Plaintiff to prepare the opposition by November 14, 2008.

b)  Plaintiff's attorney Kenneth Frucht is traveling to Seattle on November 12, 2008, for a deposition scheduled for November 13, 2008, and he has another deposition scheduled in Oakland on November 14, 2008, making it impossible

1    for him to actively work on the opposition in the two days before the opposition

2    is currently due.

3    c)  Plaintiff will need to obtain declarations from one or more witnesses who live

4    outside of the United States, adding substantially to the time it will take to

5    prepare the opposition papers.

6    Mr. Cannon agreed to continue the briefing and trial dates so that Plaintiff's opposition

7    will be due on November 28, 2008. Accordingly, Defendant's Reply would be due on

8    December 5, 2008, and the hearing would be held on December 19, 2008.

9    Trial in this matter is currently set for October 13, 2009 and the non-expert discovery

10   cut-off is April 30, 2009. Accordingly, an extension of the briefing schedule and continuance

11   of the hearing date on Defendant's Motion will not effect any other dates in this case.

12   **III.    GOOD CAUSE EXISTS TO EXTEND THE BRIEFING AND TRIAL**

13   **DATES**

14   Given the circumstances described above and in the declaration of Kenneth Frucht, it is

15   not possible for Plaintiff to adequately respond to Defendant's Motion under the current

16   briefing schedule. The parties have agreed to a two-week extension of the relevant dates, and

17   such an extension will allow the issues presented in Defendant's Motion to be fully and

18   adequately briefed by all parties.

19   **IV.    CONCLUSION**

20   For the reasons set forth above, the parties respectfully request that the Court enter the

21   proposed order continuing the hearing and the briefing schedule on Defendant's Motion as

22   follows:

23   Plaintiff's Opposition Due Date:          November 28, 2008

24   Defendant's Reply Due Date            December 5, 2008

25   Hearing On Defendant's Motion        December 19, 2008

26

27

1

2 Dated:  November 7, 2008                          By: _____

3                                                              Kenneth Frucht
                                                        Law Offices of Kenneth Frucht
4                                                     120 Montgomery Street, Suite 1600
                                                          San Francisco, CA 94104
5                                                         Telephone: (415) 392-4844
                                                          Facsimile (415) 392-7973
6
7                                                         Attorneys for Plaintiff
                                                          MMCA GROUP, LTD.
8

9 Dated:  November 7, 2008                          By: _____

10                                                             David Cannon
                                                      BINGHAM MCCUTCHEN LLP
11                                                       1900 University Avenue
                                                        East Palo Alto, CA 94303
12                                                      Telephone: (650) 849-4400
                                                        Facsimile: (650) 849-4800
13
14                                                       Attorneys for Defendant
                                                     HEWLETT-PACKARD COMPANY
15

16

17

18

19

20

21

22

23

24

25

26

27

1

2  Dated:  November 7, 2008                    By: _____

3                                                  Kenneth Frucht
                                                Law Offices of Kenneth Frucht
4                                               120 Montgomery Street, Suite 1600
                                                San Francisco, CA 94104
5                                               Telephone: (415) 392-4844
                                                Facsimile (415) 392-7973
6
                                                Attorneys for Plaintiff
7                                               MMCA GROUP, LTD.

8

9  Dated:  November 7, 2008                    By: _____

10                                                 David Cannon
                                                BINGHAM MCCUTCHEN LLP
11                                              1900 University Avenue
                                                East Palo Alto, CA 94303
12                                              Telephone: (650) 849-4400
                                                Facsimile: (650) 849-4800
13
                                                Attorneys for Defendant
14                                              HEWLETT-PACKARD COMPANY

15

16

17

18

19

20

21

22

23

24

25

26

27

**Continuing Hearing**
~~[Proposed] Order Extending Discovery Deadlines~~

IT IS HEREBY ORDERED that the schedule related to Defendant HP's Motion for

Summary Judgment/Judgment on the Pleadings is modified as follows:

| | |
|---|---|
| Plaintiff's Opposition Due Date: | November 28, 2008 |
| Defendant's Reply Due Date | December 5, 2008 |
| Hearing On Defendant's Motion | December 19, 2008 |

All other deadlines in this case remain unchanged.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____November 10_____, 2008

Hon. Maxine M. Chesney
United States District Judge

STIPULATION AND [PROPOSED] ORDER EXTENDING
BRIEFING SCHEDULE AND HEARING DATE