United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MMCA GROUP, LTD.,

    Plaintiff,

v.

HEWLETT-PACKARD COMPANY, et al.,

    Defendants.

No. C-06-7067 MMC

**ORDER DIRECTING CLERK TO FILE UNDER SEAL DOCUMENTS PREVIOUSLY FOUND TO BE SEALABLE**

On November 14, 2008, the Court granted in part and denied in part defendant Hewlett-Packard Company's ("HP") motion to file documents under seal.[1] With respect to Exhibit M to the Smart Declaration, the Court denied the motion without prejudice to HP's filing, no later than November 21, 2008, a renewed Administrative Motion to File under Seal and accompanying declaration. (See Order filed Nov. 14, 2008, at 2.) The Court noted that if the time for such filing passed without said motion having been filed, the Clerk would be directed to file under seal all of the documents the Court had found to be sealable, and that if, at that time, HP wished the Court to consider any documents not found to be sealable, HP must file such documents in the public record. (See id. at 2-3.) To date, no

---

[1] The Court granted the motion with respect to Exhibits B, F, I-L, N, O, Q-AA, and DD-UU to the Declaration of Erin Smart in Support of Motion for Partial Summary Judgment or, in the Alternative, for Judgment on the Pleadings ("Smart Declaration"). (See Order filed Nov. 14, 2008, at 2.) The Court denied the motion with respect to Exhibits A, C, G, and M to the Smart Declaration. (See id.)

renewed Administrative Motion to File under Seal has been filed.[2]

Accordingly, the Clerk is hereby directed to file under seal Exhibits B, F, I-L, N, O, Q-AA, and DD-UU to the Smart Declaration.

**IT IS SO ORDERED.**

Dated: November 24, 2008

MAXINE M. CHESNEY
United States District Judge

---

[2] HP filed Exhibits A, C, G, and M in the public record on November 22, 2008. (See Smart Decl., filed Nov. 22, 2008.)

2