IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MMCA GROUP, LTD., | No. C-06-7067 MMC |
| Plaintiff, | **ORDER EXTENDING BRIEFING SCHEDULE ON MOTION FOR PARTIAL SUMMARY JUDGMENT/JUDGMENT ON PLEADINGS; CONTINUING HEARING** |
| v. | |
| HEWLETT-PACKARD COMPANY, et al., | |
| Defendants. | |

The Court is in receipt of the parties' stipulation, filed November 25, 2008, in which they agree to extend the briefing schedule on defendant Hewlett-Packard Company's ("HP") motion for partial summary judgment/judgment on the pleadings, such agreement on the part of HP being conditioned on the hearing date of December 19, 2008 remaining unchanged. Having read and considered the stipulation, the Court finds good cause to extend the briefing schedule, declines to hear the matter on shortened time, and, accordingly, ORDERS as follows:

1. Plaintiff's opposition shall be filed no later than December 3, 2008.

2. HP's reply shall be filed no later than December 10, 2008.

3. The hearing is continued to January 9, 2009.

**IT IS SO ORDERED.**

Dated: November 26, 2008

_____
MAXINE M. CHESNEY
United States District Judge