Bingham McCutchen LLP
WILLIAM F. ABRAMS (SBN 88805)
william.abrams@bingham.com
DAVID S. CANNON (SBN 209501)
david.cannon@bingham.com
KRISTEN A. PALUMBO (SBN 215857)
kristen.palumbo@bingham.com
ERIN A. SMART (SBN 246288)
erin.smart@bingham.com
1900 University Avenue
East Palo Alto, CA  94303-2223
Telephone:  650.849.4400
Facsimile:  650.849.4800

Attorneys for Defendant
Hewlett-Packard Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MMCA GROUP LTD., a Virginia corporation,<br><br>Plaintiff,<br><br>v.<br><br>HEWLETT-PACKARD COMPANY, a Delaware corporation, PICA CORPORATION, an Ohio corporation,<br><br>Defendants. | No. C-06-7067 MMC (EMC)<br><br>STIPULATION AND [PROPOSED] ORDER CHANGING DEADLINES<br><br>[Fed. R. Civ. Proc. 6(b), Civil L.R. 6-1, 6-2, 7-1, 7-12]<br><br>[No Hearing Required]<br><br>Judge:     Hon. Maxine M. Chesney |

I.     INTRODUCTION

Plaintiff MMCA Group Ltd. ("MMCA") and Defendant Hewlett-Packard Company ("HP") submit this stipulation and [proposed] order pursuant to Federal Rule of Civil Procedure 6(b) and Civil Local Rules 6-1, 6-2, 7-1, and 7-12, requesting that the Court extend the deadline for HP to file its Reply brief on its Motion for Partial Summary Judgment/Judgment on the Pleadings (Docket 360).  HP's Motion is currently scheduled to be heard on January 9,

2009, and the parties do not request a change to the hearing date.  HP's Reply papers are due on December 10, 2008.  The parties have stipulated and hereby request that the hearing date remain on January 9, 2009, with HP's reply due on December 15, 2008.

II.  BACKGROUND

On October 31, 2008, HP filed a Motion for Partial Summary Judgment, or, in the Alternative, Judgment on the Pleadings.  The hearing on HP's Motion is currently set for January 9, 2009.  MMCA submitted its Opposition on December 3, 2008 and HP's Reply is currently due on December 10, 2008.

The parties previously stipulated – and the Court granted on November 10 - a two week extension for MMCA to file its Opposition brief.  This was based on a number of factors, including the dissolution of one of MMCA's attorney's firms, and the deposition schedule of one of MMCA's attorneys.  The parties further stipulated to extend the briefing schedule to allow MMCA additional time to review HP's document production.  The Court granted the parties' request to extend the briefing schedule on November 26, setting the current hearing and briefing deadlines.

Since MMCA's Opposition was filed, several logistical issues have arisen related to MMCA's Opposition, which have delayed HP's ability to respond.  These relate to the bates numbering and confidentiality designations of some of the documents MMCA included as Exhibits to Declarations in Support of its Opposition  An issue has also arisen as to what MMCA exhibits and declaration testimony can be shown to HP's counsel.  HP has requested and MMCA has agreed that the parties need additional time to resolve these issues and, accordingly, that it is appropriate for HP to have additional time to file its Reply brief.

The Parties hereby agree to continue the briefing schedule on HP's Motion for Summary Judgment, such that HP's Reply will be due on December 15, 2008, and the hearing date will remain on January 9, 2009.

**III.   GOOD CAUSE EXISTS TO GRANT THE REQUESTED ENLARGEMENT OF TIME**

Due to the logistical difficulties presented by MMCA's Opposition, which are described above, HP requires additional time to fully prepare its Reply. Because the hearing on HP's Motion was previously moved to January 9, 2009, there is ample time for the parties' requested extension to the deadline for HP's Reply. If the Court grants the parties' request and moves the deadline for HP's Reply to December 15, 2008, HP will be submitting its Reply almost three full weeks in advance of the hearing.

**IV.   CONCLUSION**

For the reasons set forth above, the parties respectfully request that the Court enter the [Proposed] Order continuing the deadline for HP's Reply to December 15, 2008.

DATED: December 9, 2008

By: */s/ William F. Abrams*
William F. Abrams
BINGHAM MCCUTCHEN LLP
1900 University Avenue
East Palo Alto, CA 94303
Telephone: (650) 849-4400
Facsimile: (650) 849-4800

Attorneys for Defendant
HEWLETT-PACKARD COMPANY

DATED: December 9, 2008

By: */s/ Fred Geonetta*
Fred Geonetta
LITTON & GEONETTA, LLP
120 Montgomery Street, Suite 1600
San Francisco, CA 94104
Telephone: (415) 421-4770
Facsimile (415) 421-4785

Attorneys for Plaintiff
MMCA GROUP, LTD.

1                  [Proposed] **Order Extending Briefing Schedule**

2       IT IS HEREBY ORDERED that the deadline for HP's Reply on its Motion for Partial

3 Summary Judgment or, in the Alternative, for Judgment on the Pleadings is extended to

4 December 15, 2008. The hearing on HP's Motion will remain on January 9, 2009.

6 **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

8 Dated: __December 10_____, 2008

10                                    Hon. Maxine M. Chesney
                                      United States District Judge