| | |
|---|---|
| 1 | BINGHAM MCCUTCHEN LLP |
|   | William F. Abrams (SBN 88805) |
| 2 | william.abrams@bingham.com |
|   | David S. Cannon (SBN 209501) |
| 3 | david.cannon@bingham.com |
|   | Kristen A. Palumbo (SBN 215857) |
| 4 | kristen.palumbo@bingham.com |
|   | Erin A. Smart (SBN 246288) |
| 5 | erin.smart@bingham.com |
|   | Sandra C. Zuniga (SBN 250881) |
| 6 | sandra.zuniga@bingham.com |
|   | Olivia Para (SBM 255592) |
| 7 | olivia.para@bingham.com |
|   | 1900 University Avenue |
| 8 | East Palo Alto, CA  94303-2223 |
|   | Telephone:  650.849.4400 |
| 9 | Facsimile:  650.849.4800 |
| 10 | Attorneys for Defendant |
|    | Hewlett-Packard Company |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MMCA Group Ltd., | No. 07-6076 MMC (EMC) |
| Plaintiff, | [~~PROPOSED~~] ORDER SEALING MATERIAL IN HP'S REPLY |
| v. | |
| Hewlett-Packard Company, et al, | [L. R. Civ. P. 79-5] |
| Defendant. | [No Hearing Required] |
| | Judge:    Hon. Maxine M. Chesney |

On December 15, 2008, Hewlett-Packard Company ("HP") filed an Administrative Motion to File Material in HP's Reply Under Seal ("Administrative Motion") and a supporting declaration ("Declaration") establishing that the designated material is subject to being sealed.

The Court, having considered the Administrative Motion and Declaration, finds the requested material, listed below subject to being sealed:

- Lines 23-25 and 28 on page 1; lines 1-2 on page 2; lines 3-4, 6-7, 12-17

1         and 26-28 on page 8; lines 1-3, 18-20, 21-22, 24 and 26-27 on page 9; and

2         lines 2-3 on page 11 of HP's Reply on its Motion for Partial Summary

3         Judgment or, in the Alternative, Motion for Judgment on the Pleadings

4         ("Reply");

5     • Exhibit 1 to the Declaration of Olivia Para in Support of HP's Motion for

6         Partial Summary Judgment or, in the Alternative, for Judgment on the

7         Pleadings ("Para Declaration");

8     • HP's Objections to the Declaration of Thomas Byrne;

9     • HP's Objections to the Declaration of M. Morgan Cherry; and

10     • HP's Objection to the Declaration of Lau Geckler.

11         Therefore, pursuant to Rule 79 of the Local Civil Rules of the Northern District of

12 California, the Administrative Motion is GRANTED.

13         IT IS HEREBY ORDERED:

        The Clerk shall file under seal an unredacted version of HP's reply;

14         ~~(A) Whenever filed, in whole or in part, with the Court in this case, the~~

15 ~~following material shall be filed under seal:~~

16     • ~~Lines 23-25 and 28 on page 1; lines 1-2 on page 2; lines 3-4, 6-7, 12-17~~

17         ~~and 26-28 on page 8; lines 1-3, 18-20, 21-22, 24 and 26-27 on page 9; and~~

18         ~~lines 2-3 on page 11 of HP's Reply;~~

19     • Exhibit 1 to the Para Declaration;

20     • HP's Objections to the Declaration of Thomas Byrne;

21     • HP's Objections to the Declaration of M. Morgan Cherry; and

22     • HP's Objection to the Declaration of Lau Geckler.

23

24 DATED: __December 19__, 2008     By: _/s/ Maxine M. Chesney_

25                                             Honorable Maxine M. Chesney

                                                    United States District Court Judge

26

27

28