United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MMCA GROUP LTD., | No. C-06-7067 MMC |
| Plaintiff, | **ORDER CONTINUING HEARING ON HP'S MOTION FOR PARTIAL SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, JUDGMENT ON THE PLEADINGS** |
| v. | |
| HEWLETT-PACKARD COMPANY, et al., | |
| Defendants. | |

Before the Court are defendant Hewlett-Packard Company's ("HP") motion for partial summary judgment or, in the alternative, judgment on the pleadings, filed October 31, 2008 and currently set for hearing January 9, 2008, and defendant PICA Corporation's motion for summary judgment or, in the alternative, partial summary judgment, filed December 24, 2008 and noticed for hearing January 30, 2009.

Because the two motions raise, in part, similar issues, the Court, in the interest of judicial economy, hereby CONTINUES the hearing on HP's motion to January 30, 2009.

**IT IS SO ORDERED.**

Dated: December 29, 2008

_____
MAXINE M. CHESNEY
United States District Judge