1

2

3

4

5

6

7

8                        IN THE UNITED STATES DISTRICT COURT

9                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11    MMCA GROUP LTD.,                            No. C-06-7067 MMC

12               Plaintiff,                        **ORDER GRANTING IN PART AND
                                                   DENIED IN PART DEFENDANT'S**
13        v.                                       **ADMINISTRATIVE MOTION TO SEAL**

14    HEWLETT-PACKARD COMPANY, et al.,

15               Defendants.
      _____/

16

17        Before the Court is defendant PICA Corporation's ("PICA") "Administrative Motion to

18    Seal Declarations and Attached Exhibits Filed in Support of Motion for Summary Judgment,

19    or in the Alternative, Partial Summary Judgment," filed December 24, 2008.  Having read

20    and considered the motion and the Declaration of William C. Acevedo in support thereof

21    ("Acevedo sealing declaration"), the Court rules as follows.

22        1.  With respect to Exhibit D to the Declaration of William C. Acevedo in support of

23    PICA's motion for summary judgment ("Acevedo summary judgment declaration"), the

24    motion is GRANTED.

25        2.  With respect to the Declaration of Rodolfo Diaz ("Diaz declaration"), the

26    Declaration of Rocio Cvar ("Cvar declaration"), the Declaration of Gabriela Toranzo

27    ("Toranzo declaration"), the Declaration of Renata Martinho ("Martinho declaration"), the

28    Declaration of Mauro Chavez ("Chavez declaration") and exhibits A and B thereto, the

1  Declaration of Vince Volpi ("Volpi declaration"), the Acevedo summary judgment

2  declaration, and the unredacted version of PICA's memorandum in support of its motion for

3  summary judgment,[1] the motion is DENIED, for the reason that PICA has failed to file a

4  declaration establishing said documents are sealable.  See Civ. L.R. 79-5(b)(1).  The Court,

5  however, will afford PICA an opportunity to supplement its showing with respect to said

6  documents.

7      3.  With respect to exhibit B to the Acevedo summary judgment declaration, the

8  motion is DENIED.  PICA states said document "[has] not been designated confidential by

9  any party" (see Acevedo sealing decl. ¶ 7), and PICA's concern that MMCA "may assert" it

10  contains protected material (see id.) is not a sufficient showing.  See Civ. L.R. 79-5(b)(1).

11      4.  With respect to exhibits A through H to the Diaz declaration, exhibits A and B to

12  the Cvar declaration, exhibit A to the Toranzo declaration, and exhibits A and B to the

13  Martinho declaration, the motion is DENIED, for the reason that PICA's statement that said

14  documents have been designated "confidential" or "highly confidential – attorneys' eyes

15  only" pursuant to the parties' stipulated protective order (see Acevedo sealing decl. ¶¶ 3-6,

16  8) is insufficient to establish the documents are sealable.  See, e.g., Civ. L.R. 79-5(a)

17  (providing "[a] stipulation, or a blanket protective order that allows a party to designate

18  documents as sealable, will not suffice to allow the filing of documents under seal").  The

19  Court, however, will afford PICA an opportunity to supplement its showing with respect to

20  said documents.

21      5.  With respect to exhibit B to the Toranzo declaration, the motion is DENIED, for

22  the reason that, contrary to PICA's assertion, said document has not previously been filed

23  under seal in the instant action and, in fact, was filed in the public record on October 31,

24  2008.  (See Smart decl. filed Oct. 31, 2008, Ex. P.)

25

26      [1]Although PICA's memorandum in support of its motion for summary judgment is not
referenced in the instant motion, an unredacted version of said memorandum has been
27  submitted for filing under seal and has not been filed in the public record.  Accordingly, the
Court construes the instant motion to include a request to file the unredacted version of the
28  memorandum under seal.

2

1    6.  With respect to exhibits C and E to the Acevedo summary judgment declaration,

2   the motion is DENIED.  PICA states said documents either have been designated "highly

3   confidential – attorneys' eyes only" pursuant to the parties' stipulated protective order, "or

4   have otherwise been filed under seal."  (See  Acevedo sealing decl. ¶ 8.)  As noted,

5   however, a designation of "highly confidential – attorneys' eyes only" is insufficient to

6   establish the documents are sealable.  Additionally, said documents have not previously

7   been filed under seal in the instant action and, in fact, were filed in the public record on

8   November 22, 2008 and October 31, 2008, respectively.  (See Smart decl. filed Nov. 22,

9   2008, Ex. A; Smart Decl. filed Oct. 31, 2008, Ex. H.)

10    The Clerk shall not file any of the above-referenced documents at this time.  As

11   noted, with respect to the documents referenced in paragraphs 2 and 4, supra, the Court

12   will afford PICA an opportunity to supplement its showing.  Specifically, PICA may file, no

13   later than January 5, 2009, a declaration establishing said documents are sealable.  After

14   PICA files such declaration, or after the time for such filing has passed without the

15   declaration having been filed, the Clerk will be directed to file under seal all of the above-

16   referenced documents that the Court has found to be sealable.  If, at that time, PICA

17   wishes the Court to consider any documents not found to be sealable, PICA shall file such

18   documents in the public record.

19    **IT IS SO ORDERED.**

20   Dated:  December 29, 2008

21                                                    MAXINE M. CHESNEY
                                                    United States District Judge

22

23

24

25

26

27

28