1  Donald S. Simon (Bar No. 189992)
   William C. Acevedo (Bar No. 194106)
2  **WENDEL, ROSEN, BLACK & DEAN LLP**
   1111 Broadway, 24th Floor
3  Post Office Box 2047
   94604-2047 Oakland, CA  94607-4036
4  Telephone:  (510) 834-6600
   Fax:  (510) 834-1928
5
   Luis M. Alcalde, Esq. (Admitted Pro Hac Vice)
6  (OH Bar No. 0022848)
   551 S. Third Street
7  Columbus, OH  43215
   Telephone:  (614) 228-7422
8  Fax:  (614) 228-7277

9  Attorneys for Defendant
   PICA Corporation
10

11
                    UNITED STATES DISTRICT COURT
12
                    NORTHERN DISTRICT OF CALIFORNIA
13
                        SAN FRANCISCO DIVISION
14

15
   | MMCA GROUP LTD., a Virginia corporation, | Case No.  CV 06-07067-MMC |
   |---|---|
   | Plaintiff, | **[PROPOSED]** ORDER RE: DEFENDANT PICA CORPORATION'S APPLICATION TO RESCHEDULE HEARING ON PENDING MOTIONS FOR SUMMARY JUDGMENT |
   | vs. | |
   | HEWLETT-PACKARD COMPANY, a Delaware corporation, PINKERTON CONSULTING & INVESTIGATIONS EUROPE, a foreign corporation, PICA, an Ohio corporation, RODOLFO DIAZ, an individual, WARREN ROTHER, an individual alien, ROBERT COZZOLINA, an individual, KEVIN HUNSAKER, an individual, | |
   | Defendants. | |

(Note: "[PROPOSED]" is shown with strikethrough in the original)

*[PROPOSED] ORDER RE: PICA CORPORATION'S APPLICATION TO RESCHEDULE HEARING - Case No. CV 06-07067-MMC*

014526.0001\1125584.1

1   Defendant PICA Corporation's ("PICA") Application for an order rescheduling the
2   hearing of Defendant Hewlett-Packard Company's ("HP") Motion for Partial Summary
3   Judgment, or in the alternative, Motion for Judgment on the Pleadings and PICA's respective
4   Motion for Summary judgment, or in the alternative, Partial Summary Judgment (collectively, the
5   "Motions") was ~~submitted to the Honorable Maxine M. Chesney of the United States District~~ filed
6   ~~Court, Northern District of California~~ on January 15, 2009. All parties received notice and an
7   opportunity to be heard. No opposition to the Application was filed with the Court.
8   The Court, having considered PICA's Application, and having further considered the
9   memorandum of points and authorities and the Declaration of Donald S. Simon filed in support of
10  PICA's Application, finds that pursuant to Civil Local Rules 6-3 and 7-11, for good cause shown,
11  PICA's Application to Reschedule Hearing On Pending Motions for Summary Judgment is
12  GRANTED.
13  IT IS HEREBY ORDERED:
14  1.  ~~The February 20, 2009 hearing on the Motions is vacated.~~
15  2.  ~~The hearing on the Motions is set for February 13, 2009 at 9:00 a.m. in~~
16  ~~Courtroom 7, Floor 19 of this Court.~~
17  ~~3.~~ The hearing on the Motions is ~~set for~~ continued to February 27, 2009 at 9:00 a.m. in
18  Courtroom 7, Floor 19 of this Court. The briefing schedule previously stipulated to by Plaintiff
19  MMCA Group, Ltd. ("MMCA") and PICA on December 31, 2008, with respect to PICA's
20  Motion for Summary judgment, or in the alternative, Partial Summary Judgment, is modified by
21  this Order. MMCA and PICA are granted an additional week beyond the currently stipulated
22  deadlines for the filing of their respective opposition and reply briefs, if any, to PICA's Motion
23  for Summary judgment, or in the alternative, Partial Summary Judgment, such that MMCA's
24  opposition shall be filed no later than January 30, 2009, and PICA's reply shall be filed no later than February 6, 2009.
25  Dated: ___January 21___, 2009     By: /s/ Maxine M. Chesney
26                                        Honorable Maxine M. Chesney
                                          United States District ~~Court~~ Judge
27
28

*[PROPOSED] ORDER RE: PICA CORPORATION'S*
*APPLICATION TO RESCHEDULE HEARING - Case No.*   - 1 -
*CV 06-07067-MMC*

Wendel, Rosen, Black & Dean LLP
1111 Broadway, 24th Floor
Oakland, CA 94607-4036

014526.0001\1125584.1