IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MMCA GROUP LTD.,

    Plaintiff,

  v.

HEWLETT-PACKARD COMPANY, et al.,

    Defendants.

No. C-06-7067 MMC

**ORDER DENYING WITHOUT PREJUDICE STIPULATED REQUEST TO EXTEND DISCOVERY DEADLINES**

    Before the Court is the parties' "Stipulation Extending Discovery Deadlines," filed January 20, 2009, by which the parties' seek to extend several discovery deadlines and to continue the Case Management Conference scheduled for January 30, 2009.  In a prior order continuing the trial date and pretrial deadlines in the instant action, the Court stated "no further modifications of the trial/pretrial schedule" would be granted "in the absence of a court appearance."  (See Order filed Sept. 23, 2008.)

    Accordingly, the instant request is hereby DENIED, without prejudice to the parties' making a renewed request, at the January 30, 2009 Case Management Conference, to extend the discovery deadlines in question.

    **IT IS SO ORDERED.**

Dated: January 21, 2009

                                                MAXINE M. CHESNEY
                                                United States District Judge