Donald S. Simon (Bar No. 189992)
William C. Acevedo (Bar No. 194106)
**WENDEL, ROSEN, BLACK & DEAN LLP**
1111 Broadway, 24th Floor
Post Office Box 2047
94604-2047 Oakland, CA  94607-4036
Telephone:  (510) 834-6600
Fax:  (510) 834-1928

Luis M. Alcalde, Esq. (Admitted Pro Hac Vice)
(OH Bar No. 0022848)
551 S. Third Street
Columbus, OH  43215
Telephone:  (614) 228-7422
Fax:  (614) 228-7277

Attorneys for Defendant
PICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MMCA GROUP LTD., a Virginia corporation,<br><br>     Plaintiff,<br><br>  vs.<br><br>HEWLETT-PACKARD COMPANY, a Delaware corporation, PINKERTON CONSULTING & INVESTIGATIONS EUROPE, a foreign corporation, PICA, an Ohio corporation, RODOLFO DIAZ, an individual, WARREN ROTHER, an individual alien, ROBERT COZZOLINA, an individual, KEVIN HUNSAKER, an individual,<br><br>     Defendants. | Case No.  CV 06-07067-MMC<br><br>**[PROPOSED] ORDER RE: DEFENDANT PICA CORPORATION'S ADMINISTRATIVE MOTION TO SEAL DOCUMENTS FILED IN SUPPORT OF REPLY TO OPPOSITION TO MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT**<br><br>**[Civ. L.R. 79-5]** |

*ORDER SEALING REPLY PAPERS –*
*Case No.  CV 06-07067-MMC*

014526.0001\1137066.1

Wendel, Rosen, Black & Dean LLP
1111 Broadway, 24th Floor
Oakland, CA  94607-4036

Wendel, Rosen, Black & Dean LLP
1111 Broadway, 24th Floor
Oakland, CA  94607-4036

1   On February 6, 2009 Defendant PICA Corporation ("PICA") filed an Administrative

2   Motion to File Documents Under Seal ("Administrative Motion") asserting that the designated

3   material is subject to being sealed.  Having considered the Administrative Motion, the

4   Declaration of William C. Acevedo in support thereof, and proof having been made to the

5   satisfaction of the Court that the Administrative Motion should be granted,

6   **THE COURT FINDS THAT:**

7       **1.**    Defendant PICA Corporation's Opposition to MMCA's Request for

8   Continuance of Summary Judgment Pursuant to FRCP 56(f) contains confidential information

9   that should be withheld from public viewing;

10       **2.**    PICA's Memorandum of Points and Authorities in Reply to Plaintiff

11   MMCA Group, Ltd.'s Opposition to PICA's Motion for Summary Judgment, or in the alternative,

12   Partial Summary Judgment (hereinafter, the "Reply") contains confidential information that

13   should be withheld from public viewing;

14       **3.**    The Supplemental Declaration of Rodolfo Diaz and Exhibits A and B

15   submitted in Support of PICA's Reply contain confidential information that should be withheld

16   from public viewing;

17       **4.**    The evidentiary objections to the Declaration of Robert Creswell submitted

18   by PICA in Support of PICA's Reply contain confidential information that should be withheld

19   from public viewing;

20       **5.**    The evidentiary objections to the Declaration of Lau Geckler submitted by

21   PICA in Support of PICA's Reply contain confidential information that should be withheld from

22   public viewing;

23       **6.**    The evidentiary objections to the Declaration of Thomas Byrne submitted

24   by PICA in Support of PICA's Reply contain confidential information that should be withheld

25   from public viewing;

26       **7.**    The evidentiary objections to the Declaration of Jorge Barahona submitted

27   by PICA in Support of PICA's Reply contain confidential information that should be withheld

28   from public viewing;

*ORDER SEALING REPLY PAPERS –*
*Case No.  CV 06-07067-MMC*                              - 1 -

**8.** The evidentiary objections to the Declaration of Pedro Antonio Martinez Acosta submitted by PICA in Support of PICA's Reply contain confidential information that should be withheld from public viewing;

**9.** The evidentiary objections to the Declaration of Aldo Nestor Alvarez submitted by PICA in Support of PICA's Reply contain confidential information that should be withheld from public viewing; and

**10.** The evidentiary objections to the Declaration of M. Morgan Cherry submitted by PICA in Support of PICA's Reply contain confidential information that should be withheld from public viewing.

**THEREFORE, IT IS HEREBY ORDERED THAT:**

**11.** PICA's Administrative Motion is GRANTED.

**12.** The documents and exhibits referenced above, ~~whenever filed, in whole or in part, with the Court in this case,~~ shall be filed under seal.

**IT IS SO ORDERED.**

Dated: February 18, 2009

By: _Maxine M. Chesney_

Honorable Maxine M. Chesney
United States District Court Judge

Wendel, Rosen, Black & Dean LLP
1111 Broadway, 24th Floor
Oakland, CA  94607-4036