Frederick J. Geonetta (Cal. Bar No. 114824)
Thomas Marc Litton (Cal. Bar No. 119985)
LITTON & GEONETTA, LLP
120 Montgomery Street, Suite 1600
San Francisco, CA  94104
Telephone:  415-421-4770
Facsimile:  415-421-4785

Kenneth N. Frucht, (Cal. Bar No. 178881)
LAW OFFICES OF KENNETH FRUCHT
120 Montgomery Street, Suite 1600
San Francisco, CA 94104
Tel:  (415) 392-4844
Fax: (415) 392-7973

*Attorneys for Plaintiff*
*MMCA Group, Ltd*.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MMCA GROUP, LTD., a Virginia corporation, <br><br> Plaintiff <br><br> v. <br><br> HEWLETT-PACKARD COMPANY, a Delaware corporation, PINKERTON'S, INC., a Delaware corporation, d/b/a PINKERTON CONSULTING & INVESTIGATIONS – EUROPE, BUSINESS RISKS INTERNATIONAL, LIMITED, an United Kingdom corporation d/b/a PINKERTON CONSULTING & INVESTIGATIONS – EUROPE, PICA, an Ohio corporation, <br><br> Defendants. | Civil Action No.  CV 06-07067-MMC (EMC) <br><br> [PROPOSED] ORDER GRANTING RENEWED MOTION TO FILE DOCUMENTS UNDER SEAL <br><br> Date:          February 27, 2009 <br> Time:         9:00 a.m. <br> Place:        Courtroom 7, 19th Floor <br> Judge:       Hon. Maxine M. Chesney |

1  Plaintiff MMCA filed an administrative motion to file documents under seal pursuant to Federal Rule of Civil Procedure 16(c), Civil Local Rules 7-11 and 79-5, and the Stipulated Protective Order ("Protective Order") on January 30, 2009, in conjunction with filing its opposition to Defendant PICA's motion for summary judgment.

On February 9, 2009, the Court issued an order granting Plaintiff's motion in part and denying it in part. The Court denied Plaintiff's motion with respect to Exhibit 2 to the Declaration of Robert Creswell, Exhibits 2-5 and 8-12 to the Declaration of Thomas Byrne, Exhibits 1-4 and 12-13 of the Declaration of Fredereick Geonetta, Exhibit 1 to the Declaration of Jorge Barahona, and the Declaration of Frederick Geonetta in Opposition to Defendant PICA's Motion for Summary Judgment. Pursuant to the Court's Order, Plaintiff was given leave to file a renewed Administrative Motion to Seal certain of these documents.

Plaintiff has filed Exhibit 2 to the Declaration of Robert Creswell, Exhibits 2-5 and 9-12 to the Declaration of Thomas Byrne, and Exhibits 1-4 and 12-13 of the Declaration of Fredereick Geonetta in the public record. Plaintiff has also filed a Renewed Administrative Motion to Seal as to Exhibit 8 to the Declaration of Thomas Byrne, Exhibit 1 to the Declaration of Jorge Barahona, and the Declaration of Frederick Geonetta in Opposition to Defendant PICA's Motion for Summary Judgment. The Court has considered MMCA's Renewed Motion and the Declaration of Kenneth Frucht submitted in support of said motion, and finds good cause to seal the documents that MMCA has requested be sealed. Therefore, the Clerk shall file under seal the above referenced documents.

IT IS SO ORDERED.

Dated: February 20, 2009

_____
Honorable Maxine M. Chesney
Judge of the U.S. District Court