IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MMCA GROUP LTD., | No. C-06-7067 MMC |
| Plaintiff, | **ORDER VACATING FEBRUARY 27, 2009 HEARINGS** |
| v. | |
| HEWLETT-PACKARD COMPANY, et al., | |
| Defendants. | |

Before the Court are defendant Hewlett-Packard Company's "Motion for Partial Summary Judgment or, in the Alternative, for Judgment on the Pleadings," filed October 31, 2008 and scheduled for hearing on February 27, 2009, and defendant PICA Corporation's "Motion for Summary Judgment, or in the Alternative, Partial Summary Judgment," filed December 24, 2008 and likewise scheduled for hearing on February 27, 2009. Having read and considered the papers filed in support of and in opposition to the motions, the Court finds the matters appropriate for decision on the parties' respective submissions and hereby VACATES the hearings scheduled for February 27, 2009.

**IT IS SO ORDERED.**

Dated: February 24, 2009

_____
MAXINE M. CHESNEY
United States District Judge