Donald S. Simon (Bar No. 189992)
William C. Acevedo (Bar No. 194106)
**WENDEL, ROSEN, BLACK & DEAN LLP**
1111 Broadway, 24th Floor
Post Office Box 2047
94604-2047 Oakland, CA 94607-4036
Telephone: (510) 834-6600
Fax: (510) 834-1928

Luis M. Alcalde, Esq. (Admitted Pro Hac Vice)
(OH Bar No. 0022848)
551 S. Third Street
Columbus, OH 43215
Telephone: (614) 228-7422
Fax: (614) 228-7277

Attorneys for Defendant
PICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MMCA GROUP LTD., a Virginia corporation,<br><br>Plaintiff,<br><br>vs.<br><br>HEWLETT-PACKARD COMPANY, a Delaware corporation, PINKERTON CONSULTING & INVESTIGATIONS EUROPE, a foreign corporation, PICA, an Ohio corporation, RODOLFO DIAZ, an individual, WARREN ROTHER, an individual alien, ROBERT COZZOLINA, an individual, KEVIN HUNSAKER, an individual,<br><br>Defendants. | Case No. CV 06-07067-MMC<br><br>[PROPOSED] ORDER RE: DEFENDANT PICA CORPORATION'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE AND TO FILE UNDER SEAL THE DECLARATION OF VINCE VOLPI IN SUPPORT OF REPLY TO OPPOSITION TO MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT<br><br>[Civ. L.R. 7-3(d) Civ. L.R. 7-11; Civ. L.R. 79-5] |

On February 27, 2009 Defendant PICA Corporation ("PICA") filed an Administrative Motion for Leave to File and to File Under Seal the Declaration of Vince Volpi in support of PICA's Reply to Plaintiff MMCA Group, Ltd.'s Opposition to PICA's Motion for Summary Judgment, or in the alternative, Partial Summary Judgment ("Administrative Motion"). PICA asserted that it was precluded from filing Mr. Volpi's declaration with its initial papers filed in Reply to MMCA's Opposition on the ground that the declaration of Robert Creswell, which was submitted by MMCA, was improperly designated AEO, and MMCA did not timely withdraw such designation so as to allow PICA an opportunity to timely respond to said declaration. In addition, PICA asserted that since Mr. Creswell's declaration was filed under seal, the declaration of Vince Volpi in response thereto is also subject to being sealed. Having considered the Administrative Motion, and the Declaration of William C. Acevedo in support thereof, ~~and proof~~ and no opposition thereto having been filed, ~~having been made to the satisfaction of the Court that the Administrative Motion should be granted,~~

**THE COURT FINDS THAT:**

1. Defendant PICA Corporation ~~shall be allowed to file~~ has shown good cause to allow the late filing of the Declaration of Vince Volpi; and

2. The Declaration of Vince Volpi submitted in Support of PICA's Reply contains confidential information that should be withheld from public viewing.

**THEREFORE, IT IS HEREBY ORDERED THAT:**

3. PICA's Administrative Motion is GRANTED.

4. The unredacted version of the Declaration of Vince Volpi, ~~whenever filed with the Court in this case,~~ shall be filed under seal.

**IT IS SO ORDERED.**

Dated: March 10, 2009

By: /s/ Maxine M. Chesney
Honorable Maxine M. Chesney
United States District Court Judge