**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MMCA GROUP, LTD., | No. C-06-7067 MMC (EMC) |
| Plaintiff, | |
| v. | **ORDER RE JOINT LETTER OF APRIL 6, 2009, AND DEFENDANT PICA'S LETTER OF APRIL 7, 2009** |
| HEWLETT-PACKARD COMPANY, *et al.*, | |
| Defendants. | **(Docket Nos. 493-94)** |

The parties have submitted a joint letter, dated April 6, 2009, regarding two discovery disputes. This order addresses the first dispute -- *i.e.*, whether Mr. Alcalde should be allowed access to MMCA's AEO documents now that his employment relationship with PICA has terminated (as of March 31, 2009).

The Court indicated to the parties that it was inclined to permit access so long as Mr. Alcalde and PICA could represent to the Court that, for at least a set period of time, he would not have any employment relationship or other type relationship in which he would be involved with PICA's decisionmaking. The Court asked the parties to meet and confer to determine whether they could reach agreement as to how long that prohibition should last. Subsequently, PICA submitted declarations from Mr. Alcalde and PICA, affrming that they would not now or at any point in the

///

///

///

future enter into such a relationship. *See* Docket No. 494 (attached declarations). Based upon these declarations, the Court shall permit Mr. Alcalde to view MMCA's AEO materials.

IT IS SO ORDERED.

Dated: April 7, 2009

_____
EDWARD M. CHEN
United States Magistrate Judge