Frederick J. Geonetta (Cal. Bar No. 114824)
120 Montgomery Street, Suite 1600
San Francisco, CA 94104
Telephone: 415-421-4770
Facsimile: 415-421-4785

Kenneth N. Frucht, (Cal. Bar No. 178881)
LAW OFFICES OF KENNETH FRUCHT
120 Montgomery Street, Suite 1600
San Francisco, CA 94104
Tel: (415) 392-4844
Fax: (415) 392-7973

Attorneys for Plaintiff MMCA Group, Ltd.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| MMCA GROUP, LTD., a Virginia corporation,<br><br>Plaintiff<br><br>v.<br><br>HEWLETT-PACKARD COMPANY, a Delaware corporation, PINKERTON'S, INC., a Delaware corporation, d/b/a PINKERTON CONSULTING & INVESTIGATIONS – EUROPE, BUSINESS RISKS INTERNATIONAL, LIMITED, an United Kingdom corporation d/b/a PINKERTON CONSULTING & INVESTIGATIONS – EUROPE, PICA, an Ohio corporation,<br><br>Defendants. | Civil Action No. CV 06-07067-MMC (EMC)<br><br>NOTICE OF REQUEST OF WITHDRAWAL AS COUNSEL FOR PLAINTIFF and [PROPOSED] ORDER THEREON<br><br>Judge:     Hon. Maxine M. Chesney |
|---|---|

**TO THE HONORABLE COURT AND OPPOSING COUNSEL:**

Plaintiff MMCA, by and through the undersigned attorneys, respectfully request the following:

Plaintiff has been represented in this matter by Thomas Marc Litton, Esq. and Frederick J. Geonetta, Esq., of Litton & Geonetta, LLP. Litton & Geonetta is dissolving and Thomas Marc Litton seeks to withdraw from representing Plaintiff and being counsel of record in this matter. In this regard, Plaintiff has acquiesced to Mr. Litton's withdrawal of their legal representation herein, and has authorized Mr. Geonetta and Kenneth Frucht, Esq. to proceed as its legal representation in this case.

In view of the foregoing, the undersigned attorneys respectfully request that this Honorable Court authorize the withdrawal of Mr. Litton as Plaintiff's legal counsel for Plaintiff, and accept Mr. Geonetta and Mr. Frucht as Plaintiff's counsel.

Plaintiff further requests that this Court, Defendants and their respective counsel cease providing notices of orders and motions to Mr. Litton with respect to this case and that any such notices of orders and motions be addressed to Mr. Geonetta and Mr. Frucht as Plaintiff's counsel of record.

Respectfully submitted,

Dated: 15 April 09      /S/
                        _____
                        Frederick J. Geonetta, Esq.
                        Attorney for Plaintiff, MMCA

Dated: 15 April 09      /S/
                        _____
                        Thomas Marc Litton, Esq.
                        Law Offices of Thomas Marc Litton

## [~~PROPSED~~] ORDER OF THE COURT

The request of Plaintiff MMCA and Thomas Marc Litton, Esq. that Mr. Litton be allowed to ~~withdrawal~~ withdraw as counsel of record for Plaintiff MMCA in the above-entitled matter is hereby APPROVED. Notice of orders and motions relative to this case shall be provided to Plaintiff's counsel Frederick J. Geonetta and Kenneth Frucht, not to Thomas Marc Litton.

Dated: April 21, 2009

Maxine M. Chesney,

U.S. District Court Judge