**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MMCA GROUP, LTD.,

        Plaintiff,

    v.

HEWLETT-PACKARD COMPANY, *et al.*,

        Defendants.

_____/

No. C-06-7067 MMC (EMC)

**ORDER RE BRIEFING SCHEDULE
AND HEARING DATE FOR
PLAINTIFF'S MOTION FOR
PROTECTIVE ORDER**

**(Docket No. 501)**

      The parties have submitted a joint letter, dated April 28, 2009, reflecting that they have a dispute regarding disclosure of (1) the names of MMCA's clients and (2) MMCA's invoices for work performed for clients other than HP.  *See* Docket No. 501.  The parties request a briefing schedule and hearing on the dispute.  The Court hereby approves the briefing scheduled proposed by the parties, with one modification.

(1)     MMCA's motion for a protective order shall be filed by April 30, 2009.

(2)     Defendants' oppositions shall be filed by May 6, 2009.

(3)     MMCA's reply shall be filed by May 8, 2009, **no later than 12:00 p.m.**

      A hearing shall be held on the motion on May 13, 2009, at 10:30 a.m.

      IT IS SO ORDERED.

Dated:  April 28, 2009

_____
EDWARD M. CHEN
United States Magistrate Judge