1  Donald S. Simon (Bar No. 189992)
   William C. Acevedo (Bar No. 194106)
2  **WENDEL, ROSEN, BLACK & DEAN LLP**
   1111 Broadway, 24th Floor
3  Post Office Box 2047
   94604-2047 Oakland, CA  94607-4036
4  Telephone:  (510) 834-6600
   Fax:  (510) 834-1928
5
   Luis M. Alcalde, Esq. (Admitted Pro Hac Vice)
6  (OH Bar No. 0022848)
   Telephone:  (614) 419-4354
7
   Attorneys for Defendant
8  PICA Corporation

9

10                    UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                         SAN FRANCISCO DIVISION

13

14  MMCA GROUP LTD., a Virginia       Case No.  CV 06-07067-MMC
    corporation,
15                                    [PROPOSED] **ORDER GRANTING**
               Plaintiff,             **APPLICATION FOR ORDER**
16                                    **SHORTENING TIME FOR HEARING ON**
         vs.                          **APPLICATION TO WITHDRAW OF**
17                                    **COUNSEL FOR DEFENDANT PICA**
    HEWLETT-PACKARD COMPANY, a        **CORPORATION**
18  Delaware corporation, PINKERTON
    CONSULTING & INVESTIGATIONS
19  EUROPE, a foreign corporation, PICA, an
    Ohio corporation, RODOLFO DIAZ, an
20  individual, WARREN ROTHER, an
    individual alien, ROBERT COZZOLINA,
21  an individual, KEVIN HUNSAKER, an
    individual,
22
              Defendants.
23

24

25

26

27

28

*[PROPOSED] ORDER RE: APPLICATION FOR ORDER*
*SHORTENING TIME RE: WITHDRAWAL APPLICATION*
*- Case No.  CV 06-07067-MMC*

014526.0001\1186084.1

The Application for Order Shortening Time ("OST Application") for the hearing on the Application to Withdraw as Counsel for defendant PICA Corporation ("PICA") was ~~submitted~~ filed by PICA's counsel of record Wendel, Rosen, Black & Dean, LLP ("WRBD") and Luis M. Alcalde on April 22, 2009. ~~All parties received notice and an opportunity to be heard.~~ No opposition has been filed.

The Court, having considered the OST Application, and having further considered the Declaration of Donald S. Simon filed in support of the OST Application, finds that pursuant to Civil Local Rule 6-3, ~~for good cause shown~~ good cause exists for the relief sought, and, consequently, the OST Application is GRANTED.

IT IS HEREBY ORDERED AS FOLLOWS:

1. ~~The hearing on the Application to Withdraw as Counsel for PICA, filed by WRBD and Mr. Alcalde is set for hearing on May 1, 2009, at 9:00 a.m. in Courtroom 7, Floor 19 of this Court.~~

2. Any opposition to the Application to Withdraw as Counsel shall be filed by ~~April 28, 2009~~ May 1, 2009. If no opposition is filed, the matter will stand submitted on that date. If opposition is filed, any

3. ~~Any~~ reply in support of the Application to Withdraw as Counsel shall be filed by ~~April 29, 2009~~ May 4, 2009, after which date the application will stand submitted and will be decided without a hearing, unless the Court subsequently determines that a hearing is necessary.

Dated: April 28, 2009          By: /s/ Maxine M. Chesney
                                   Honorable Maxine M. Chesney
                                   United States District Court Judge

*[PROPOSED] ORDER RE: APPLICATION FOR ORDER SHORTENING TIME RE: WITHDRAWAL APPLICATION - Case No. CV 06-07067-MMC*    - 1 -