Donald S. Simon (Bar No. 189992)
William C. Acevedo (Bar No. 194106)
**WENDEL, ROSEN, BLACK & DEAN LLP**
1111 Broadway, 24th Floor
Post Office Box 2047
94604-2047 Oakland, CA  94607-4036
Telephone:  (510) 834-6600
Fax:  (510) 834-1928

Luis M. Alcalde, Esq. (Admitted Pro Hac Vice)
(OH Bar No. 0022848)
Telephone:  (614) 419-4354

Attorneys for Defendant
PICA Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MMCA GROUP LTD., a Virginia corporation,<br><br>        Plaintiff,<br><br>    vs.<br><br>HEWLETT-PACKARD COMPANY, a Delaware corporation, PINKERTON CONSULTING & INVESTIGATIONS EUROPE, a foreign corporation, PICA, an Ohio corporation, RODOLFO DIAZ, an individual, WARREN ROTHER, an individual alien, ROBERT COZZOLINA, an individual, KEVIN HUNSAKER, an individual,<br><br>        Defendants. | Case No.  CV 06-07067-MMC<br><br>[PROPOSED] **ORDER GRANTING APPLICATION TO WITHDRAW AS COUNSEL FOR DEFENDANT PICA CORPORATION** |

The Application to Withdraw as Counsel ("Application") for Defendant PICA Corporation ("PICA") was submitted by PICA's counsel of record Wendel, Rosen, Black & Dean, LLP ("WRBD") and Luis M. Alcalde on April 22, 2009.  Having considered all arguments and in opposition to the Court and evidence in support of the Application, finds that pursuant to Civil Local Rules 11-5, ~~for~~

1    PICA has demonstrated good cause for the relief sought. ~~good cause shown, the Application is GRANTED.~~

2    **THEREFORE, IT IS HEREBY ORDERED THAT:**

3    1.   The Application is GRANTED.

4    2.   WRBD and Mr. Alcalde are hereby relieved as counsel of record for PICA.

5    3.   PICA is hereby ordered to engage new counsel ~~within ___ days of this Order.~~ no later than May 15, 2009.

7    4.   Pursuant to Local Rule 11-5(b), papers in this action shall continue to be served on WRBD for forwarding purposes only until the earlier of (i) 30 days from the date of this Order, or (ii) when PICA files a Notice of New Counsel. Service of papers on WRBD shall not be effective after 30 days.

11   5.   The substitution of new counsel on behalf of PICA shall not, by itself, constitute good cause for the extension of any date or deadline previously set by Court order.

Dated: ~~April~~ May 7, ____, 2009          By: _____
                                                 Honorable Maxine M. Chesney
                                                 United States District Court Judge

[PROPOSED] ORDER RE: APPLICATION TO WITHDRAW AS COUNSEL FOR PICA - Case No. CV 06-07067-MMC     - 1 -