IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MMCA GROUP, LTD., | No. C-06-7067 MMC |
| Plaintiff, | **ORDER GRANTING PLAINTIFF'S MOTION TO EXPUNGE ELECTRONIC DOCUMENT** |
| v. | |
| HEWLETT-PACKARD COMPANY, et al., | |
| Defendants. | |

Before the Court is plaintiff MMCA Group, Ltd.'s ("MMCA") Motion to Expunge Electronic Document ("Motion to Expunge"), filed May 18, 2009, by which MMCA requests that the Court "expunge . . . from the ECF website" (see Mot. at 2:15-16) MMCA's Administrative Motion for Issuance of Letter of Request ("Administrative Motion"), filed May 14, 2009.

In support of such request, MMCA states that its Administrative Motion, "quoted two small portions of redacted, but protected material." (See Mot. at 2:12-13.) MMCA further states it "will refile the [Administrative] [M]otion as a noticed motion, and request that the protected material be filed under seal." (See id. at 2:16-17.) On May 20, 2009, consistent with this statement, MMCA filed a redacted version of a Motion for Issuance of Letter of Request, which motion was noticed for hearing before Magistrate Judge Edward M. Chen ("Noticed Motion"), as well as a redacted version of a [Proposed] Letter of Request, and an

administrative motion to file the unredacted versions of such documents under seal.[1]  On May 27, 2009, defendant Hewlett-Packard Company ("HP") filed a "Statement of Conditional Non-Opposition" to MMCA's Noticed Motion, as well as a redacted version of its own [Proposed] Letter of Request, a motion to file such document under seal, and the declaration of Erin A. Smart ("Smart Declaration") in support of both MMCA and HP's sealing motions.

Having read and considered MMCA's Motion to Expunge, as well as the Smart Declaration, the Court finds MMCA's Administrative Motion contains sealable material.

Accordingly, MMCA's Motion to Expunge is hereby GRANTED, and the Clerk shall prohibit public access to MMCA's Administrative Motion (Docket Number 514).

**IT IS SO ORDERED.**

Dated:  May 29, 2009

_____
MAXINE M. CHESNEY
United States District Judge

---

[1] Also on May 20, 2009, MMCA filed an Application for Order Shortening Time on its Noticed Motion.  On May 22, 2009, Magistrate Judge Chen granted MMCA's application and scheduled the hearing on the Noticed Motion for June 10, 2009.