RECEIVED
09 JUN 12 AM 9: 18
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  Gregory H. Melick, Esq.
   Luper Neidenthal & Logan
2  1200 LeVeque Tower
   50 West Broad Street
3  Columbus, OH 43215-3374
   Telephone: (614) 221-7663
4  Facsimile: (866) 345-4948

## UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| MMCA GROUP LTD., a Virginia corporation,<br><br>Plaintiff,<br><br>v.<br><br>HEWLETT-PACKARD COMPANY, a Delaware corporation, PICA CORPORATION, an Ohio corporation,<br><br>Defendants. | No. C-06-7067 MMC (EMC)<br><br>~~(Proposed)~~<br>**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***<br><br>Judge: Hon. Maxine M. Chesney |

Gregory H. Melick, whose business address and telephone number is (614) 221-7663 and who is an active member in good standing of the bar of Ohio, having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Defendant PICA Corporation,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application

ORDER GRANTING APPLICATION FOR
ADMISSION PRO HAC VICE

will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: June 17, 2009

Hon. Maxine M. Chesney