Frederick J. Geonetta (SBN 114824)
Kenneth N. Frucht, (SBN 178881)
GEONETTA & FRUCHT
120 Montgomery Street, Suite 1600
San Francisco, CA  94104
Tel:  (415) 421-4770
Tel: (415) 392-4844
Fax:  (415) 421-4785
Fax: (415) 392-7973

Attorneys for Plaintiff
MMCA Group, Ltd.

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| MMCA GROUP, LTD., a Virginia corporation, | Civil Action No.  CV 06-07067-MMC (EMC) |
| Plaintiff | |
| v. | **STIPULATION AND [PROPOSED] ORDER ON SUPPLEMENTAL BRIEFING SCHEDULE FOR SUMMARY JUDGMENT MOTIONS** |
| HEWLETT-PACKARD COMPANY, a Delaware corporation, PICA, an Ohio corporation, | |
| Defendants. | **Trial Date:  January 19, 2010** |

At the June 12, 2009 Status Conference, the Court instructed the parties to meet and confer regarding a proposed briefing schedule to submit supplemental briefing for Defendants' respective Motions for Summary Judgment that are now pending before the Court.  The parties subsequently met and conferred by and through their respective counsel per the Court's instructions, and now agree and stipulated to the following schedule.

1)   Any party wishing to submit supplemental briefing and/or evidence shall file the
      brief by October 2, 2009.  The length of the Supplemental Brief shall be limited to

fifteen pages, exclusive of exhibits.

2) Any reply to the supplemental briefs shall be filed no later that October 14, 2009.

The length of the Reply Brief shall be limited to ten pages, exclusive of exhibits.

**DATED:** June 26, 2009

_Kenneth Frucht_        /s/  
Kenneth Frucht  
Attorney for Plaintiff MMCA

_David Cannon_        /s/  
David Cannon  
Attorney for Defendant HP

_Kate Manka_        /s/  
Kate Manka  
Attorney for Defendant PICA Corporation

IT IS SO ORDERED

Dated: June 29, 2009

_____  
MAXINE M. CHESNEY  
United States Magistrate Judge

CIVIL ACTION NO.: CV 06-07067-MMC (EMC)
STIPULATION AND [PROPOSED] ORDER RE: SUPPLEMENTAL BRIEFING
ON DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

2