**United States District Court**

For the Northern District of California

1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   MMCA GROUP LTD.,                        No. C-06-7067 MMC

12              Plaintiff,                   **ORDER GRANTING IN PART AND**
                                             **DENYING IN PART STIPULATED**
13      v.                                   **REQUEST FOR ORDER SHORTENING**
                                             **TIME ON PICA CORPORATION'S**
14   HEWLETT-PACKARD COMPANY, et al.,        **MOTION FOR LEAVE TO AMEND**

15              Defendants.

16   _____/

17        Before the Court is plaintiff MMCA Group, Ltd. ("MMCA") and defendant PICA

18   Corporation's ("PICA") stipulated request, filed July 14, 2009, for an order shortening time

19   on PICA's Motion for Leave to Amend Answer and to File Counterclaim, filed July 10, 2009

20   and noticed for hearing August 14, 2009.  Having read and considered the stipulated

21   request, the Court rules as follows.

22        1.  To the extent MMCA and PICA seek a shortened briefing schedule on PICA's

23   motion, the request is hereby GRANTED; MMCA's opposition to said motion shall be filed

24   no later than July 22, 2009, and PICA's reply shall be filed no later than July 27, 2009.

25        2.  To the extent MMCA and PICA seek an order scheduling a hearing on PICA's

26   motion on July 30, 2009 at 10:30 a.m., the request is hereby DENIED, as the Court's trial

27   schedule does not allow for a hearing at such time.  Accordingly, the motion will stand

28   submitted on the date PICA's reply is due and will be decided without a hearing, unless the

1   Court hereafter determines a hearing is necessary.

2       **IT IS SO ORDERED.**

3

4   Dated:  July 15, 2009

                                           MAXINE M. CHESNEY

5                                            United States District Judge