IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MMCA GROUP LTD., | No. C-06-7067 MMC |
| Plaintiff, | **ORDER DENYING PICA CORPORATION'S OBJECTION TO ORDER OF MAGISTRATE JUDGE** |
| v. | |
| HEWLETT-PACKARD COMPANY, et al., | |
| Defendants. | |

Before the Court is defendant PICA Corporation's ("PICA") "Objection to Order of Magistrate Judge Dated June 26, 2009," filed July 13, 2009, by which PICA objects to Magistrate Judge Edward M. Chen's "Order Granting Plaintiff's Motion for Protective Order; and Denying Defendant's Motion to Modify Protective Order," filed June 26, 2009. Having read and considered the papers filed in support of the objection, the Court finds PICA has failed to show the above-referenced Order is "clearly erroneous or . . . contrary to law," see Fed. R. Civ. P. 72(a), and, consequently, the objection is hereby DENIED.

**IT IS SO ORDERED.**

Dated: July 20, 2009

MAXINE M. CHESNEY
United States District Judge