United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MMCA GROUP, LTD., | No. C-06-7067 MMC |
| Plaintiff, | **ORDER DENYING PLAINTIFF'S ADMINISTRATIVE MOTION TO SEAL** |
| v. | |
| HEWLETT-PACKARD COMPANY, et al., | |
| Defendants. | |

Before the Court is plaintiff MMCA Group, Ltd.'s ("MMCA") Administrative Motion to Seal, filed July 22, 2009, by which MMCA seeks to file under seal one page of its opposition to defendant PICA Corporation's ("PICA") motion for leave to amend and two exhibits filed in support of such opposition. MMCA states the above-referenced documents contain information designated confidential by defendant Hewlett-Packard Company ("HP").

Under the Local Rules of this District, where a party seeks to file under seal any material designated as confidential by another party, the submitting party must file a motion for a sealing order. See Civ. L.R. 79-5(d). "Within five days thereafter, the designating party must file with the Court and serve a declaration establishing that the designated information is sealable, and must lodge and serve a narrowly tailored proposed sealing order, or must withdraw the designation of confidentiality." Id. "If the designating party does not file its responsive declaration as required by this subsection, the document or

1  proposed filing will be made part of the public record." Id.

2      Here, HP has not filed a responsive declaration within the time provided under Civil Local Rule 79-5(d). Accordingly, the motion is hereby DENIED, and the Clerk is directed to file in the public record the unredacted version of MMCA's opposition to PICA's motion for leave to amend, as well as Exhibits A and B to the Declaration of Kenneth Frucht in support of MMCA's opposition.

    **IT IS SO ORDERED.**

Dated: August 4, 2009

_____
MAXINE M. CHESNEY
United States District Judge

2