1 | Kate E. Manka (SBN 180651)
PICA Corporation
2 | One Embarcadero Center
Suite 500
3 | San Francisco, CA  94111
Telephone: (415) 835-1217
4 | Facsimile: (415) 433-5994

5 | Gregory H. Melick (*pro hac vice*)
Luper Neidenthal & Logan
6 | 1200 LeVeque Tower
50 West Broad Street
7 | Columbus, OH  43215-3374
Telephone: (614) 221-7663
8 | Facsimile:  (866) 345-4948

9 | Attorneys for Defendant
PICA Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MMCA GROUP LTD., a Virginia corporation, | No.  C-06-7067 MMC (EMC) |
| Plaintiff, | **STIPULATION FOR ORDER PERMITTING TELEPHONIC APPEARANCE OF DEFENDANT PICA CORPORATION'S PRO HAC VICE CO-COUNSEL, GREGORY H. MELICK, AT THE FURTHER STATUS CONFERENCE SCHEDULED FOR FRIDAY, SEPTEMBER 25, 2009; [PROPOSED] ORDER** |
| v. | |
| HEWLETT-PACKARD COMPANY, a Delaware corporation, PICA CORPORATION, an Ohio corporation, | |
| Defendants. | |
| | Civ. L.R. 7-11 and 7-12 |
| | Judge:  Hon. Maxine M. Chesney |

Plaintiff MMCA Group, Ltd. ("MMCA"), Defendant Hewlett-Packard Company, and Defendant PICA Corporation stipulate to the entry of an Order Permitting Telephonic Appearance of Defendant PICA Corporation's Pro Hac Vice Co-Counsel, Gregory H. Melick, at the Further Status Conference.   The Further Status Conference is set for Friday, September 25, 2009.

DATED:  September 23, 2009        /s/ Gregory H. Melick
                                  Gregory H. Melick (*pro hac vice*)
                                  LUPER NEIDENTHAL & LOGAN
                                  1200 LeVeque Tower
                                  50 West Broad Street
                                  Columbus, OH 43215-3374
                                  Telephone: (614) 221-7663
                                  Facsimile:  (866) 345-4948

                                  Attorney for Defendant
                                  PICA CORPORATION


DATED:  September 23, 2009        /s/ William Abrams by /s/Gregory Melick per e-mail consent
                                  William F. Abrams   (SBN 88805)
                                  BINGHAM MCCUTCHEN LLP
                                  1900 University Avenue
                                  East Palo Alto, CA 94303
                                  Telephone:  (650) 849-4400
                                  Facsimile:  (650) 849-4800

                                  Attorney for Defendant
                                  HEWLETT-PACKARD COMPANY


DATED:  September 23, 2009        /s/ Frederick Geonetta by /s/ Gregory Melick per e-mail consent
                                  Frederick J. Geonetta (SBN 114824)
                                  GEONETTA & FRUCHT, LLP
                                  100 Montgomery Street, Ste. 1600
                                  San Francisco, CA 94104
                                  Telephone:  (415) 421-4770
                                  Facsimile:  (415) 421-4785

                                  Attorney for Plaintiff
                                  MMCA GROUP, LTD.

-2-

C-06-7067 MMC (EMC)
STIPULATION FOR ORDER PERMITTING TELEPHONIC APPEARANCE OF DEFENDANT PICA CORPORATION'S PRO HAC VICE CO-COUNSEL, GREGORY H. MELICK, AT THE FURTHER STATUS CONFERENCE SCHEDULED FOR FRIDAY, SEPTEMBER 25, 2009; [PROPOSED] ORDER

| | | |
|---|---|---|
| 1 | DATED:  September 23, 2009 | /s/ Kenneth Frucht by /s/ Gregory Melick per e-mail consent |
| 2 | | Kenneth N. Frucht (SBN 178881) |
| 3 | | GEONETTA & FRUCHT, LLP |
| | | 100 Montgomery Street, Ste. 1600 |
| 4 | | San Francisco, CA 94104 |
| | | Telephone:  (415) 392-4844 |
| 5 | | Facsimile:  (415) 392-7973 |
| 6 | | |
| | | Attorney for Plaintiff |
| 7 | | MMCA GROUP, LTD. |

-3-

C-06-7067 MMC (EMC)

STIPULATION FOR ORDER PERMITTING TELEPHONIC APPEARANCE OF DEFENDANT PICA CORPORATION'S PRO HAC VICE CO-COUNSEL, GREGORY H. MELICK, AT THE FURTHER STATUS CONFERENCE SCHEDULED FOR FRIDAY, SEPTEMBER 25, 2009; [PROPOSED] ORDER

## [Proposed] Order

IT IS HEREBY ORDERED that Defendant PICA Corporation's Pro Hac Vice Co-Counsel, Gregory H. Melick, may appear by telephone before the Honorable Maxine M. Chesney on September 25, 2009, at 10:30 a.m. PDT at the Further Status Conference.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  September  24, 2009

_____
Hon. Maxine M. Chesney
United States District Judge