IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MMCA GROUP, LTD,

    Plaintiff,

v.

HEWLETT-PACKARD COMPANY, et al.,

    Defendants

No. C-06-7067 MMC

**ORDER VACATING HEARING ON MOTIONS FOR SUMMARY JUDGMENT**

Before the Court are (1) defendant Hewlett-Packard Company's Motion for Partial Summary Judgment or, in the Alternative, for Judgment on the Pleadings, filed October 31, 2008, and (2) defendant PICA Corporation's Motion for Summary Judgment, or in the Alternative, Partial Summary Judgment, filed December 24, 2008. Both motions have been fully briefed, including supplemental briefing by both sides. Having read and considered the papers filed in support of and in opposition to the motions, the Court deems the matters suitable for decision thereon, and VACATES the hearing scheduled for November 20, 2009.

**IT IS SO ORDERED.**

Dated: November 18, 2009

                                    MAXINE M. CHESNEY
                                    United States District Judge