| | |
|---|---|
| 1 | BINGHAM MCCUTCHEN LLP |
| | WILLIAM F. ABRAMS, SBN 88805 |
| 2 | william.abrams@bingham.com |
| | DAVID S. CANNON, SBN 209501 |
| 3 | david.cannon@bingham.com |
| | 1900 University Avenue |
| 4 | East Palo Alto, CA 94303-2223 |
| | Telephone: (650) 849-4400 |
| 5 | Facsimile: (650) 849-4800 |
| 6 | GIBSON, DUNN & CRUTCHER LLP |
| | JEFFREY T. THOMAS, SBN 106409 |
| 7 | jtthomas@gibsondunn.com |
| | SAMUEL LIVERSIDGE, SBN 180578 |
| 8 | sliversidge@gibsondunn.com |
| | 333 South Grand Avenue |
| 9 | Los Angeles, CA 90071-3197 |
| | Telephone: (213) 229-7000 |
| 10 | Facsimile: (213) 229-7520 |

Attorneys For Defendant
HEWLETT-PACKARD COMPANY

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MMCA GROUP, LTD., a Virginia corporation,<br><br>Plaintiff,<br><br>v.<br><br>HEWLETT-PACKARD COMPANY, a Delaware corporation, PINKERTON CONSULTING & INVESTIGATIONS, INC., a Delaware corporation; BUSINESS RISKS INTERNATIONAL, LIMITED, an United Kingdom corporation, d/b/a PINKERTON CONSULTING & INVESTIGATIONS – EUROPE, PICA, an Ohio corporation,<br><br>Defendants. | CASE NO. C06-7067MMC (EMC)<br><br>**STIPULATION AND [PROPOSED] ORDER SHORTENING TIME ON BRIEFING AND HEARING OF DEFENDANT HEWLETT-PACKARD COMPANY'S MOTION TO CONTINUE TRIAL AND PRETRIAL DATES OR, IN THE ALTERNATIVE, TO MODIFY BRIEFING SCHEDULE FOR *DAUBERT* MOTION**<br><br>[Fed. R. Civ. P. 6(b); Civ. L.R. 6-1, 6-2, 7-11 7-12]<br><br>[No Hearing Required]<br><br>Place: Courtroom 7, Floor 19<br>Judge: Hon. Maxine M. Chesney |

Gibson, Dunn & Crutcher LLP

STIPULATION AND [PROPOSED] ORDER SHORTENING TIME ON BRIEFING AND HEARING OF HP'S MOTION TO CONTINUE; CASE NO. C06-7067MMC (EMC)

# **STIPULATION**

Plaintiff MMCA Group Ltd. ("MMCA") and defendants Hewlett-Packard Company ("HP") and PICA Corporation ("PICA") respectfully submit this Stipulation and [Proposed] Order pursuant to Federal Rule of Civil Procedure 6(b) and Civil Local Rules 6-1, 6-2, 7-11, and 7-12, requesting that the Court shorten the time for the briefing and hearing of HP's Motion to Continue Trial and Pretrial Dates or, in the Alternative, to Modify Pretrial Briefing Schedule for *Daubert* Motion ("HP's Motion to Continue"), filed on December 4, 2009.

This Stipulated Request is supported by good cause. Pursuant to the Second Amended Pretrial Preparation Order dated June 15, 2009 (Docket No. 544), trial is set to begin in this case on January 19, 2010, and the pretrial conference is scheduled for January 5, 2010. The deadline for filing motions in limine, and other pretrial documents, is 10 court days before the pretrial conference, or December 18, 2009.

For reasons that will be addressed in the moving and opposing papers in the Motion to Continue, MMCA's damages expert, Randy Sugarman, will likely be unavailable for deposition until December 21, 2009, which is three days after the current deadline for filing motions in limine. In HP's Motion to Continue, HP requests a brief continuance of the trial and pretrial dates, so that it can depose Mr. Sugarman and prepare its *Daubert* motion on a reasonable schedule. MMCA opposes HP's request for a continuance of the trial. In the alternative, HP requests an extension of the deadline for filing its *Daubert* motion until December 24, 2009, or three days after Mr. Sugarman's deposition. MMCA does not oppose this alternative request.

If HP's Motion to Continue were to follow the regular motion schedule, it would not be heard until January 8, 2010, on the eve of trial and well after the December 18, 2009 deadline for filing motions in limine. The parties agree that the issues raised in HP's Motion to Continue should be expedited to the extent possible.

Gibson, Dunn & Crutcher LLP

1

STIPULATION AND [PROPOSED] ORDER SHORTENING TIME ON BRIEFING AND HEARING OF HP'S MOTION TO CONTINUE; CASE NO. C06-7067MMC (EMC)

For the reasons discussed above, the parties respectfully request the Court to set the briefing and hearing schedule of HP's Motion to Continue as follows:

| | |
|---|---|
| Deadline for Filing Opposition to HP's Motion to Continue | December 8, 2009 |
| Deadline for Filing Reply in Support of HP's Motion to Continue | December 10, 2009 |
| Hearing on HP's Motion to Continue | December 11, 2009, 9:00 a.m. |

DATED: December 4, 2009

BINGHAM MCCUTCHEN LLP
William F. Abrams
David S. Cannon
1900 University Avenue
East Palo Alto, CA 94303-2223
Telephone: (650) 849-4400
Facsimile: (650) 849-4800

GIBSON, DUNN & CRUTCHER LLP
Jeffrey T. Thomas
Samuel Liversidge
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: (213) 229-7000
Facsimile: (213) 229-7520


By: _____/s/ Samuel Liversidge_____
            Samuel Liversidge

Attorneys for Defendant HEWLETT-PACKARD COMPANY

DATED: December 4, 2009

PICA CORPORATION
Kate E. Manka
One Embarcadero Center
Suite 500
San Francisco, CA 94111
Telephone: (415) 835-1217


By: _____/s/ Kate E. Manka_____
            Kate E. Manka

Attorneys for Defendant PICA CORPORATION

Gibson, Dunn & Crutcher LLP

1  DATED: December 4, 2009

GEONETTA & FRUCHT
Frederick J. Geonetta
Kenneth N. Frucht
100 Montgomery Street, Suite 1600
San Francisco, CA 94104
Telephone: (415) 421-4770
Facsimile: (415) 421-4785


By: _____/s/ Fred Geonetta_____
          Fred Geonetta

Attorneys for Plaintiff MMCA GROUP, LTD.

Gibson, Dunn & Crutcher LLP

3

STIPULATION AND [PROPOSED] ORDER SHORTENING TIME ON BRIEFING AND HEARING OF HP'S MOTION TO CONTINUE; CASE NO. C06-7067MMC (EMC)

# [~~PROPOSED~~] ORDER SHORTENING TIME

IT IS HEREBY ORDERED that the time for the briefing and hearing of HP's Motion to Continue Trial and Pretrial Dates or, in the Alternative, to Modify Pretrial Briefing Schedule for *Daubert* Motion ("HP's Motion to Continue"), filed on December 4, 2009, shall be set as follows:

| | |
|---|---|
| Deadline for Filing Opposition to HP's Motion to Continue | December 8, 2009 |
| Deadline for Filing Reply in Support of HP's Motion to Continue | December 10, 2009 at 10:00 a.m.; chambers copies due by noon same day |
| Hearing on HP's Motion to Continue | ~~December 11, 2009,~~ 9:00 a.m. |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: December 4, 2009

_____
Hon. Maxine M. Chesney
United States District Court Judge

100772925_1 (2).DOC