BINGHAM MCCUTCHEN LLP
WILLIAM F. ABRAMS, SBN 88805
william.abrams@bingham.com
DAVID S. CANNON, SBN 209501
david.cannon@bingham.com
1900 University Avenue
East Palo Alto, CA 94303-2223
Telephone: (650) 849-4400
Facsimile: (650) 849-4800

GIBSON, DUNN & CRUTCHER LLP
JEFFREY T. THOMAS, SBN 106409
jtthomas@gibsondunn.com
SAMUEL LIVERSIDGE, SBN 180578
sliversidge@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: (213) 229-7000
Facsimile: (213) 229-7520

Attorneys For Defendant
HEWLETT-PACKARD COMPANY

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MMCA GROUP, LTD., a Virginia corporation,<br><br>Plaintiff,<br><br>v.<br><br>HEWLETT-PACKARD COMPANY, a Delaware corporation, PINKERTON CONSULTING & INVESTIGATIONS, INC., a Delaware corporation; BUSINESS RISKS INTERNATIONAL, LIMITED, an United Kingdom corporation, d/b/a PINKERTON CONSULTING & INVESTIGATIONS – EUROPE, PICA, an Ohio corporation,<br><br>Defendants. | CASE NO. C06-7067 MMC (EMC)<br><br>[~~PROPOSED~~ ORDER] SEALING DEFENDANT HEWLETT-PACKARD COMPANY'S MOTION TO CONTINUE TRIAL AND PRETRIAL DATES OR, IN THE ALTERNATIVE, TO MODIFY PRETRIAL BRIEFING SCHEDULE FOR *DAUBERT* MOTION<br><br>[Fed. R. Civ. P. 26(c); Civ. L.R. 7-11, 79-5]<br><br>[No Hearing Required]<br><br>Place:   Courtroom 7, Floor 19<br>Judge:   Hon. Maxine M. Chesney |

Gibson, Dunn &
Crutcher LLP

[PROPOSED] ORDER SEALING HP'S MOTION TO CONTINUE; CASE NO. C06-7067 MMC (EMC)

On December 4, 2009, Hewlett-Packard Company ("HP") filed an Administrative Motion to Seal HP's Motion to Continue Trial and Pretrial Dates or, in the Alternative, to Modify Pretrial Briefing Schedule for *Daubert* Motion and a supporting Declaration of Samuel Liversidge, establishing that the designated material is subject to being sealed.

The Court, having considered the Administrative Motion and Declaration, finds the requested material in HP's Motion to Continue Trial and Pretrial Dates or, in the Alternative, to Modify Pretrial Briefing Schedule for *Daubert* Motion, subject to being sealed.

IT IS HEREBY ORDERED:

The Clerk shall file HP's Motion to Continue Trial and Pretrial Dates or, in the Alternative, to Modify Pretrial Briefing Schedule for *Daubert* Motion under seal.

The Clerk shall place the redacted version of Motion to Continue Trial and Pretrial Dates or, in the Alternative, to Modify Pretrial Briefing Schedule for *Daubert* Motion in the public record.

**IT IS SO ORDERED.**

Dated: December 16, 2009

_____
Hon. Maxine M. Chesney
United States District Court Judge

100773208_1.DOC