UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MMCA GROUP, LTD., a Virginia corporation,

**E-filing**

Plaintiff(s),
v.
HEWLETT-PACKARD COMPANY, a Delaware Corporation, PICA, an OHIO Corporation

Defendant(s).

CASE NO. CV-06-07067 MMC

~~(Proposed)~~
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

R. Mark Halligan , an active member in good standing of the bar of Illinois and Ohio
(particular court to which applicant is admitted) whose business address and telephone number
is  R. Mark Halligan
    Nixon Peabody, LLP
    300 South Riverside Plaza, 16th Fl.
    Chicago, Ill. 60606    Tel: (312) 425-3900
, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing MMCA Group, Ltd.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice* . Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing* .

Dated: December 17, 2009

United States District Judge