| | |
|---|---|
| Frederick J. Geonetta (SBN 114824)<br>Kenneth N. Frucht, (SBN 178881)<br>GEONETTA & FRUCHT<br>100 Montgomery Street, Suite 1600<br>San Francisco, CA 94104<br>Tel: (415) 421-4770<br>Tel: (415) 392-4844<br>Fax: (415) 421-4785<br>Fax: (415) 392-7973<br><br>Attorneys for Plaintiff<br>MMCA Group, Ltd. | |

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MMCA GROUP, LTD., a Virginia corporation,<br><br>    Plaintiff<br><br>    v.<br><br>HEWLETT-PACKARD COMPANY, a Delaware corporation, PICA, an Ohio corporation,<br><br>    Defendants. | Civil Action No. CV 06-07067-MMC (EMC)<br><br>ORDER GRANTING<br><br>**ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBITS TO DECLARATIO OF FREDERICK GEONETTA IN SUPPORT OF OBJECTION TO ANY EVIDENCE RENDERED BY MIKHAIL REIDER-GORDON RE DEFENDANTS' MOTIONS FOR SUMMARY ~~JUDMGNET~~ JUDGMENT**<br><br>Date:    ~~November 20, 2009~~<br>Time:    9:00 a.m.<br>Place:    Courtroom 7, 19th Floor<br>Judge:    Hon. Maxine M. Chesney |

Pursuant to Federal Rule of Civil Procedure 16(c), Civil Local Rules 7-11 and 79-5, and the Stipulated Protective Order ("Protective Order") on file as Docket No. 241, Plaintiff MMCA Corporation ("MMCA") hereby requests permission to file under seal the following documents that have previously been designated either Confidential or AEO by one or more of the parties, or

1

that refer to documents or material that is Confidential or has been designated Confidential by one of the parties to this case:

    A.    Exhibits A and B to the Declaration of Frederick Geonetta in Support of Objection to any Evidence Rendered by Mikhail Reider-Gordon RE Defendants' Motions for Summary Judgment or Alternatively Motion for Judgment on the Pleadings

MMCA seeks to file each of the above-referenced documents under seal because they are or contain references to documents that have been designated by one of the parties to this lawsuit as either "Confidential" or "Highly Confidential Attorneys' Eyes Only" pursuant to the procedures set forth in the Protective Order, Document No. 241.

Civil Local Rule 79-5 provides where a party seeks to submit to the Court a document that has been designated by another party as Confidential pursuant to a protective order, that party must file an Administrative Motion for a sealing order. Thereafter, within five days, designating party must then file with the Court and serve a declaration establishing that the designated documents are sealable, and must lodge and serve a narrowly tailored proposed sealing order within five days of submission. Civ. L.R. 79-5(d).

Based on the foregoing, Plaintiff MMCA respectfully asks that the Court enter an order permitting MMCA to file the referenced documents under seal.

Dated: November 13, 2009

                              By: _____ /s/ *Kenneth Frucht* _____
                                            Kenneth Frucht
                                            Attorney for Plaintiff MMCA

Dated: January 5, 2010

IT IS SO ORDERED

*Maxine M. Chesney*
Judge Maxine M. Chesney

(UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA seal)