BINGHAM MCCUTCHEN LLP
William F. Abrams (SBN 88805)
william.abrams@bingham.com
David S. Cannon (SBN 209501)
david.cannon@bingham.com
Erin A. Smart (SBN 246288)
erin.smart@bingham.com
Sandra C. Zuniga (SBN 250881)
sandra.zuniga@bingham.com
1900 University Avenue
East Palo Alto, CA 94303-2223
Telephone: 650.849.4400
Facsimile: 650.849.4800

Attorneys for Defendant
Hewlett-Packard Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MMCA Group Ltd.,<br><br>      Plaintiff,<br>v.<br><br>Hewlett-Packard Company, et al,<br><br>      Defendant. | No. 07-~~6076~~ 7067 MMC (EMC)<br><br>[~~PROPOSED~~] ORDER SEALING MATERIAL IN HP'S SUPPLEMENTAL MOTION FOR SUMMARY JUDGMENT/JUDGMENT ON THE PLEADINGS<br><br>[L. R. Civ. P. 79-5]<br><br>[No Hearing Required]<br><br>Judge:    Hon. Maxine M. Chesney |

On October 30, 2009, Hewlett-Packard Company ("HP") filed an Administrative Motion to Seal Material in HP's Supplemental Motion for Summary Judgment/Judgment on the Pleadings ("Administrative Motion") and a supporting declaration ("Declaration") establishing that the designated material is subject to being sealed.

The Court, having considered the Administrative Motion and Declaration, finds the requested material, listed below subject to being sealed:

1. Briefing on Defendant Hewlett-Packard's Supplemental Motion for Summary Judgment/Judgment on the Pleadings

| | | |
|---|---|---|
| 1 | 2. | Declaration of Sandra Zuniga in Support of HP's Supplemental Motion for |
| 2 | | Summary Judgment/Judgment on the Pleadings ("Zuniga Decl.") |
| 3 | 3. | The following Exhibits to the Zuniga Decl. |
| 4 | a. | Exhibit A |
| 5 | b. | Exhibit B |
| 6 | c. | Exhibit C |
| 7 | d. | Exhibit D |
| 8 | e. | Exhibit E |
| 9 | f. | Exhibit F |
| 10 | g. | Exhibit G |
| 11 | h. | Exhibit H |
| 12 | i. | Exhibit I |
| 13 | j. | Exhibit J |
| 14 | k. | Exhibit K |
| 15 | l. | Exhibit L |
| 16 | m. | Exhibit M |
| 17 | n. | Exhibit N |
| 18 | o. | Exhibit O |
| 19 | p. | Exhibit P |
| 20 | q. | Exhibit Q |
| 21 | r. | Exhibit R |
| 22 | s. | Exhibit S |
| 23 | t. | Exhibit T |
| 24 | u. | Exhibit U |
| 25 | v. | Exhibit V |
| 26 | w. | Exhibit W |
| 27 | x. | Exhibit X |
| 28 | y. | Exhibit Y |

| | |
|---|---|
| 1 | z. Exhibit Z |
| 2 | aa. Exhibit AA |
| 3 | bb. Exhibit BB |
| 4 | 4. Declaration of Warren Rother in Support of HP's Supplemental Motion for |
| 5 | Summary Judgment ("Rother Decl.") |
| 6 | 5. The following Exhibits to the Rother Decl. |
| 7 | a. Exhibit A |
| 8 | b. Exhibit B |
| 9 | c. Exhibit C |
| 10 | d. Exhibit D |
| 11 | e. Exhibit E |
| 12 | f. Exhibit F |
| 13 | g. Exhibit G |
| 14 | 6. Declaration of Mikhail Reider-Gordon in Support of HP's Supplemental |
| 15 | Motion for Summary Judgment ("Reider-Gordon Decl.") |
| 16 | 7. The following Exhibits to the Reider-Gordon Decl. |
| 17 | a. Exhibit A |
| 18 | 8. Hewlett-Packard Company's Supplemental Evidentiary Objections to the |
| 19 | Declaration of Morgan Cherry in Opposition to Defendant Hewlett-Packard |
| 20 | Company's Motion for Summary Judgment or Alternatively Motion for |
| 21 | Judgment on the Pleadings |
| 22 | 9. Hewlett-Packard Company's Supplemental Evidentiary Objections to the |
| 23 | Declaration of Thomas Byrne in Opposition to Defendant Hewlett-Packard |
| 24 | Company's Motion for Summary Judgment or Alternatively Motion for |
| 25 | Judgment on the Pleadings |
| 26 | 10. Hewlett-Packard Company's Supplemental Evidentiary Objections to the |
| 27 | Declaration of Lau Geckler in Opposition to Defendant Hewlett-Packard |
| 28 | Company's Motion for Summary Judgment or Alternatively Motion for |

Judgment on the Pleadings

Therefore, pursuant to Rule 79 of the Local Civil Rules of the Northern District of California, the Administrative Motion is GRANTED.

IT IS HEREBY ORDERED:

Whenever filed, in whole or in part, with the Court in this case, the following material shall referenced above shall be filed under seal:

DATED: January 5, 2010, ~~2009~~     By: _____
Honorable Maxine M. Chesney
United States District Judge