| | |
|---|---|
| 1 | BINGHAM MCCUTCHEN LLP<br>William F. Abrams (SBN 88805) |
| 2 | william.abrams@bingham.com<br>David S. Cannon (SBN 209501) |
| 3 | david.cannon@bingham.com<br>Erin A. Smart (SBN 246288) |
| 4 | erin.smart@bingham.com<br>Sandra C. Zuniga (SBN 250881) |
| 5 | sandra.zuniga@bingham.com<br>1900 University Avenue |
| 6 | East Palo Alto, CA  94303-2223<br>Telephone:  650.849.4400 |
| 7 | Facsimile:  650.849.4800 |
| 8 | Attorneys for Defendant<br>Hewlett-Packard Company |
| 9 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 14 | MMCA Group Ltd., | No. 07-~~6076~~ 7067 MMC (EMC) |
| 15 | Plaintiff,<br>v. | [~~PROPOSED~~] ORDER SEALING MATERIAL IN HP'S SUPPLEMENTAL MOTION FOR SUMMARY JUDGMENT/JUDGMENT ON THE PLEADINGS |
| 16 | Hewlett-Packard Company, et al, | |
| 17 | Defendant. | |
| 18 | | [L. R. Civ. P. 79-5] |
| 19 | | [No Hearing Required] |
| 20 | | Judge:     Hon. Maxine M. Chesney |

On October 30, 2009, Hewlett-Packard Company ("HP") filed an Administrative Motion to Seal Material in HP's Supplemental Motion for Summary Judgment/Judgment on the Pleadings ("Administrative Motion") and a supporting declaration ("Declaration") establishing that the designated material is subject to being sealed.

The Court, having considered the Administrative Motion and Declaration, finds the requested material, listed below subject to being sealed:

1. Briefing on Defendant Hewlett-Packard's Supplemental Motion for Summary Judgment/Judgment on the Pleadings

A/73185808.1/2007550-0000323151                                                             No. 07-6076 MMC (EMC)

[PROPOSED] ORDER SEALING MATERIAL IN HP'S SUPPLEMENTAL MOTION FOR SUMMARY JUDGMENT/JUDGMENT ON THE PLEADINGS

| | | |
|---|---|---|
| 1 | 2. | Declaration of Sandra Zuniga in Support of HP's Supplemental Motion for |
| 2 | | Summary Judgment/Judgment on the Pleadings ("Zuniga Decl.") |
| 3 | 3. | The following Exhibits to the Zuniga Decl. |
| 4 | | a. Exhibit A |
| 5 | | b. Exhibit B |
| 6 | | c. Exhibit C |
| 7 | | d. Exhibit D |
| 8 | | e. Exhibit E |
| 9 | | f. Exhibit F |
| 10 | | g. Exhibit G |
| 11 | | h. Exhibit H |
| 12 | | i. Exhibit I |
| 13 | | j. Exhibit J |
| 14 | | k. Exhibit K |
| 15 | | l. Exhibit L |
| 16 | | m. Exhibit M |
| 17 | | n. Exhibit N |
| 18 | | o. Exhibit O |
| 19 | | p. Exhibit P |
| 20 | | q. Exhibit Q |
| 21 | | r. Exhibit R |
| 22 | | s. Exhibit S |
| 23 | | t. Exhibit T |
| 24 | | u. Exhibit U |
| 25 | | v. Exhibit V |
| 26 | | w. Exhibit W |
| 27 | | x. Exhibit X |
| 28 | | y. Exhibit Y |

[PROPOSED] ORDER SEALING MATERIAL IN HP'S SUPPLEMENTAL MOTION FOR SUMMARY JUDGMENT/JUDGMENT ON THE PLEADINGS

1        z. Exhibit Z

2        aa. Exhibit AA

3        bb. Exhibit BB

4    4. Declaration of Warren Rother in Support of HP's Supplemental Motion for

5       Summary Judgment ("Rother Decl.")

6    5. The following Exhibits to the Rother Decl.

7        a. Exhibit A

8        b. Exhibit B

9        c. Exhibit C

10       d. Exhibit D

11       e. Exhibit E

12       f. Exhibit F

13       g. Exhibit G

14   6. Declaration of Mikhail Reider-Gordon in Support of HP's Supplemental

15      Motion for Summary Judgment ("Reider-Gordon Decl.")

16   7. The following Exhibits to the Reider-Gordon Decl.

17      a. Exhibit A

18   8. Hewlett-Packard Company's Supplemental Evidentiary Objections to the

19      Declaration of Morgan Cherry in Opposition to Defendant Hewlett-Packard

20      Company's Motion for Summary Judgment or Alternatively Motion for

21      Judgment on the Pleadings

22   9. Hewlett-Packard Company's Supplemental Evidentiary Objections to the

23      Declaration of Thomas Byrne in Opposition to Defendant Hewlett-Packard

24      Company's Motion for Summary Judgment or Alternatively Motion for

25      Judgment on the Pleadings

26   10. Hewlett-Packard Company's Supplemental Evidentiary Objections to the

27      Declaration of Lau Geckler in Opposition to Defendant Hewlett-Packard

28      Company's Motion for Summary Judgment or Alternatively Motion for

1         Judgment on the Pleadings

2         Therefore, pursuant to Rule 79 of the Local Civil Rules of the Northern District of

3 California, the Administrative Motion is GRANTED.

4         IT IS HEREBY ORDERED:

5         Whenever filed, in whole or in part, with the Court in this case, the following

6 material shall referenced above shall be filed under seal:

7

8 DATED: January 5, 2010, ~~2009~~    By: _____

9                            Honorable Maxine M. Chesney
                              United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28