| | |
|---|---|
| 1 | BINGHAM MCCUTCHEN LLP |
| | William F. Abrams (SBN 88805) |
| 2 | william.abrams@bingham.com |
| | David S. Cannon (SBN 209501) |
| 3 | david.cannon@bingham.com |
| | Erin A. Smart (SBN 246288) |
| 4 | erin.smart@bingham.com |
| | Sandra C. Zuniga (SBN 250881) |
| 5 | sandra.zuniga@bingham.com |
| | 1900 University Avenue |
| 6 | East Palo Alto, CA 94303-2223 |
| | Telephone: 650.849.4400 |
| 7 | Facsimile: 650.849.4800 |
| 8 | Attorneys for Defendant |
| | Hewlett-Packard Company |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MMCA Group Ltd., | 7067<br>No. 07-~~6076~~ MMC (EMC) |
| Plaintiff,<br>v. | [PROPOSED] ORDER SEALING MATERIAL IN HP'S REPLY BRIEF ON SUPPLEMENTAL BRIEFING ON HP'S MOTION FOR SUMMARY JUDGMENT/JUDGMENT ON THE PLEADINGS |
| Hewlett-Packard Company, et al,<br>Defendant. | [L. R. Civ. P. 79-5]<br>[No Hearing Required]<br>Judge: Hon. Maxine M. Chesney |

A/73191158.1/2007550-0000323151

No. 07-6076 MMC (EMC)

[PROPOSED] ORDER SEALING MATERIAL IN HP'S REPLY BRIEF ON SUPPLEMENTAL BRIEFING
ON HP'S MOTION FOR SUMMARY JUDGMENT/JUDGMENT ON THE PLEADINGS

| | |
|---|---|
| 1 | On November 6, 2009, Hewlett-Packard Company ("HP") filed an Administrative |
| 2 | Motion to Seal Material in HP's Reply Brief on Supplemental Briefing on HP's Motion for |
| 3 | Summary Judgment/Judgment on the Pleadings ("Administrative Motion") and a supporting |
| 4 | declaration ("Declaration") establishing that the designated material is subject to being sealed. |
| 5 | The Court, having considered the Administrative Motion and Declaration, finds |
| 6 | the requested material, listed below subject to being sealed: |
| 7 | 1. HP's Reply Brief on Supplemental Briefing on Defendant HP's Motion for |
| 8 | Summary Judgment/Judgment on the Pleadings |
| 9 | 2. Declaration of Rodolfo Diaz in Support of HP's and PICA's Supplemental |
| 10 | Replies on Summary Judgment/Judgment on the Pleadings ("Diaz Decl.") |
| 11 | 3. The following Exhibits to the Diaz Decl. |
| 12 | a. Exhibit A |
| 13 | b. Exhibit B |
| 14 | 4. The following Exhibits to the Declaration of David Cannon in Support of |
| 15 | HP's Supplemental Reply on its Motion for Summary Judgment/Judgment on |
| 16 | the Pleadings |
| 17 | a. Exhibit A |
| 18 | b. Exhibit B |
| 19 | c. Exhibit C |
| 20 | 5. HP's Evidentiary Objections to Plaintiff MMCA's Supplemental Opposition |
| 21 | to Defendants' Motions for Summary Judgment or Alternatively Motion for |
| 22 | Partial Summary Judgment ("HP's Objections to MMCA's Supp. Brief") |
| 23 | 6. Exhibit A to HP's Objections to MMCA's Supp. Brief |
| 24 | 7. HP's Evidentiary Objections to the Supplemental Declaration of Morgan |
| 25 | Cherry |
| 26 | |
| 27 | |
| 28 | |

A/73191158.1/2007550-0000323151     1     No. 07-6076 MMC (EMC)

[PROPOSED] ORDER SEALING MATERIAL IN HP'S REPLY BRIEF ON SUPPLEMENTAL BRIEFING
ON HP'S MOTION FOR SUMMARY JUDGMENT/JUDGMENT ON THE PLEADINGS

8. Therefore, pursuant to Rule 79 of the Local Civil Rules of the Northern District of California, the Administrative Motion is GRANTED.

IT IS HEREBY ORDERED:

Whenever filed, in whole or in part, with the Court in this case, the following material shall referenced above shall be filed under seal:

DATED: January 5, 2010, ~~2009~~         By: _____
                                         Honorable Maxine M. Chesney
                                         United States District Judge

A/73191158.1/2007550-0000323151          2          No. 07-6076 MMC (EMC)

[PROPOSED] ORDER SEALING MATERIAL IN HP'S REPLY BRIEF ON SUPPLEMENTAL BRIEFING
ON HP'S MOTION FOR SUMMARY JUDGMENT/JUDGMENT ON THE PLEADINGS