| | |
|---|---|
| 1 | BINGHAM MCCUTCHEN LLP |
|   | William F. Abrams (SBN 88805) |
| 2 | william.abrams@bingham.com |
|   | David S. Cannon (SBN 209501) |
| 3 | david.cannon@bingham.com |
|   | Erin A. Smart (SBN 246288) |
| 4 | erin.smart@bingham.com |
|   | Sandra C. Zuniga (SBN 250881) |
| 5 | sandra.zuniga@bingham.com |
|   | 1900 University Avenue |
| 6 | East Palo Alto, CA  94303-2223 |
|   | Telephone:  650.849.4400 |
| 7 | Facsimile:  650.849.4800 |
| 8 | Attorneys for Defendant |
|   | Hewlett-Packard Company |
| 9 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MMCA Group Ltd., | 7067<br>No. 07-~~6076~~ MMC (EMC) |
| Plaintiff,<br>v. | [PROPOSED] ORDER SEALING MATERIAL IN HP'S REPLY BRIEF ON SUPPLEMENTAL BRIEFING ON HP'S MOTION FOR SUMMARY JUDGMENT/JUDGMENT ON THE PLEADINGS |
| Hewlett-Packard Company, et al,<br>Defendant. | [L. R. Civ. P. 79-5]<br>[No Hearing Required]<br>Judge:     Hon. Maxine M. Chesney |

A/73191158.1/2007550-0000323151

No. 07-6076 MMC (EMC)

[PROPOSED] ORDER SEALING MATERIAL IN HP'S REPLY BRIEF ON SUPPLEMENTAL BRIEFING
ON HP'S MOTION FOR SUMMARY JUDGMENT/JUDGMENT ON THE PLEADINGS

1     On November 6, 2009, Hewlett-Packard Company ("HP") filed an Administrative
2  Motion to Seal Material in HP's Reply Brief on Supplemental Briefing on HP's Motion for
3  Summary Judgment/Judgment on the Pleadings ("Administrative Motion") and a supporting
4  declaration ("Declaration") establishing that the designated material is subject to being sealed.
5     The Court, having considered the Administrative Motion and Declaration, finds
6  the requested material, listed below subject to being sealed:

1. HP's Reply Brief on Supplemental Briefing on Defendant HP's Motion for Summary Judgment/Judgment on the Pleadings
2. Declaration of Rodolfo Diaz in Support of HP's and PICA's Supplemental Replies on Summary Judgment/Judgment on the Pleadings ("Diaz Decl.")
3. The following Exhibits to the Diaz Decl.
   a. Exhibit A
   b. Exhibit B
4. The following Exhibits to the Declaration of David Cannon in Support of HP's Supplemental Reply on its Motion for Summary Judgment/Judgment on the Pleadings
   a. Exhibit A
   b. Exhibit B
   c. Exhibit C
5. HP's Evidentiary Objections to Plaintiff MMCA's Supplemental Opposition to Defendants' Motions for Summary Judgment or Alternatively Motion for Partial Summary Judgment ("HP's Objections to MMCA's Supp. Brief")
6. Exhibit A to HP's Objections to MMCA's Supp. Brief
7. HP's Evidentiary Objections to the Supplemental Declaration of Morgan Cherry

1  8. Therefore, pursuant to Rule 79 of the Local Civil Rules of the Northern
2  District of California, the Administrative Motion is GRANTED.
3  IT IS HEREBY ORDERED:
4  Whenever filed, in whole or in part, with the Court in this case, the following
5  material shall referenced above shall be filed under seal:

7  DATED: January 5, 2010, ~~2009~~    By: _____
8                                         Honorable Maxine M. Chesney
                                          United States District Judge

A/73191158.1/2007550-0000323151        2        No. 07-6076 MMC (EMC)

[PROPOSED] ORDER SEALING MATERIAL IN HP'S REPLY BRIEF ON SUPPLEMENTAL BRIEFING
ON HP'S MOTION FOR SUMMARY JUDGMENT/JUDGMENT ON THE PLEADINGS