1  Kate E. Manka (SBN 180651)
   PICA Corporation
2  One Embarcadero Center
   Suite 500
3  San Francisco, CA  94111
   Telephone: (415) 835-1217
4  Facsimile: (415) 433-5994

5  Gregory H. Melick (*pro hac vice*)
   Luper Neidenthal & Logan
6  1200 LeVeque Tower
   50 West Broad Street
7  Columbus, OH  43215-3374
   Telephone: (614) 221-7663
8  Facsimile:  (866) 345-4948

9  Attorneys for Defendant
   PICA Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MMCA GROUP LTD., a Virginia corporation,<br><br>Plaintiff,<br><br>v.<br><br>HEWLETT-PACKARD COMPANY, a Delaware corporation, PICA CORPORATION, an Ohio corporation,<br><br>Defendants. | No.  C-06-7067 MMC (EMC)<br><br>~~[PROPOSED]~~ ORDER GRANTING PICA'S AMENDED ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL FILED IN CONNECTION WITH PICA CORPORATION'S REPLY TO PLAINTIFF'S SUPPLEMENTAL BRIEF RE SUMMARY JUDGMENT<br><br>[L.R. Civ. P. 79-5]<br>[No Hearing Required]<br><br>Judge: Hon. Maxine M. Chesney |

On November 9, 2009, PICA Corporation ("PICA") filed an Amended Administrative Motion to Seal Material in its Reply to Plaintiff's Supplemental Brief re Summary Judgment ("Administrative Motion").  The parties have filed supporting declarations ("Declarations")

-1-

establishing that the designated material is subject to being sealed.  The Court, having considered the Amended Administrative Motion and Declarations, finds that the following exhibits, or portions thereof, shall be filed under seal:

    a.    Exhibit EE to the Declaration of Gregory Melick in Support of PICA Corporation's Response to Plaintiff's Supplemental Brief re Summary Judgment ("Melick Declaration").

    b.    Portions of Exhibit FF to the Melick Declaration, specifically, on pages 469-474, 549-550, 555-559, and 572-573.

    c.    Portions Exhibit HH to the Melick Declaration, specifically on page 6-7, 61 and 175-176.

    d.    Portions of Exhibit II to the Melick Declaration, specifically pages 54-57, 418-419 and 423-425.

    e.    Exhibit KK to the Melick Declaration, specifically the portions relating to the residence address of a nonparty.

    f.    Exhibit LL to the Melick Declaration, specifically the portion relating to the residential address information of a nonparty.

    g.    Exhibit MM to the Melick Declaration, specifically the portion relating to the residence address of a nonparty.

    h.    Declaration of Gabriela Toranzo in Support of PICA Corporation's Reply to Plaintiff's Supplemental Brief re Summary Judgment.

    i.    Portions of PICA's Reply to Plaintiff's Supplemental Brief which refer to material designated as Confidential or AEO by other parties.

    j.    PICA Corporation's Evidentiary Objections, specifically, the portions relating to PICA's objections to the Supplemental Declaration of Morgan Cherry.

-2-

[PROPOSED] ORDER GRANTING PICA'S AMENDED ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL – REPLY TO PLAINTIFF'S SUPPLEMENTAL BRIEF

Therefore, pursuant to Rule 79 of the Local Civil Rules of the Northern District of California, the Amended Administrative Motion is GRANTED.

IT IS HEREBY ORDERED:

DATED: January 5, 2010 ~~2009~~     By: _/s/ Maxine M. Chesney_
                                         Hon. Maxine Chesney

[PROPOSED] ORDER GRANTING PICA'S AMENDED ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL – REPLY TO PLAINTIFF'S SUPPLEMENTAL BRIEF