1   Kate E. Manka (SBN 180651)
    PICA Corporation
2   One Embarcadero Center
    Suite 500
3   San Francisco, CA  94111
    Telephone: (415) 835-1217
4   Facsimile: (415) 433-5994

5   Gregory H. Melick (*pro hac vice*)
    Luper Neidenthal & Logan
6   1200 LeVeque Tower
    50 West Broad Street
7   Columbus, OH  43215-3374
    Telephone: (614) 221-7663
8   Facsimile:  (866) 345-4948

9   Attorneys for Defendant
    PICA Corporation

10                  UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                   SAN FRANCISCO DIVISION

13

14  MMCA GROUP LTD., a Virginia          No.  C-06-7067 MMC (EMC)
    corporation,
15                                        [PROPOSED] ORDER GRANTING PICA'S
                 Plaintiff,               AMENDED ADMINISTRATIVE MOTION
16                                        TO FILE DOCUMENTS UNDER SEAL
         v.                               FILED IN CONNECTION WITH PICA
17                                        CORPORATION'S REPLY TO
    HEWLETT-PACKARD COMPANY, a            PLAINTIFF'S SUPPLEMENTAL BRIEF
18  Delaware corporation, PICA            RE SUMMARY JUDGMENT
    CORPORATION, an Ohio corporation,
19                                        [L.R. Civ. P. 79-5]
                 Defendants.              [No Hearing Required]
20
21                                        Judge: Hon. Maxine M. Chesney
22
23

24
25       On November 9, 2009, PICA Corporation ("PICA") filed an Amended Administrative

26  Motion to Seal Material in its Reply to Plaintiff's Supplemental Brief re Summary Judgment

27  ("Administrative Motion").  The parties have filed supporting declarations ("Declarations")

                                       -1-

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

establishing that the designated material is subject to being sealed.  The Court, having considered the Amended Administrative Motion and Declarations, finds that the following exhibits, or portions thereof, shall be filed under seal:

a.      Exhibit EE to the Declaration of Gregory Melick in Support of PICA Corporation's Response to Plaintiff's Supplemental Brief re Summary Judgment ("Melick Declaration").

b.      Portions of Exhibit FF to the Melick Declaration, specifically, on pages 469-474, 549-550, 555-559, and 572-573.

c.      Portions Exhibit HH to the Melick Declaration, specifically on page 6-7, 61 and 175-176.

d.      Portions of Exhibit II to the Melick Declaration, specifically pages 54-57, 418-419 and 423-425.

e.      Exhibit KK to the Melick Declaration, specifically the portions relating to the residence address of a nonparty.

f.      Exhibit LL to the Melick Declaration, specifically the portion relating to the residential address information of a nonparty.

g.      Exhibit MM to the Melick Declaration, specifically the portion relating to the residence address of a nonparty.

h.      Declaration of Gabriela Toranzo in Support of PICA Corporation's Reply to Plaintiff's Supplemental Brief re Summary Judgment.

i.      Portions of PICA's Reply to Plaintiff's Supplemental Brief which refer to material designated as Confidential or AEO by other parties.

j.      PICA Corporation's Evidentiary Objections, specifically, the portions relating to PICA's objections to the Supplemental Declaration of Morgan Cherry.

-2-

1

2

3          Therefore, pursuant to Rule 79 of the Local Civil Rules of the Northern District of

California, the Amended Administrative Motion is GRANTED.

4  IT IS HEREBY ORDERED:

5  DATED: January 5, 2010, 2009          By: _____

6                                                    Hon. Maxine Chesney

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

[PROPOSED] ORDER GRANTING PICA'S AMENDED ADMINISTRATIVE MOTION TO FILE
DOCUMENTS UNDER SEAL – REPLY TO PLAINTIFF'S SUPPLEMENTAL BRIEF