Kate E. Manka (SBN 180651)
PICA Corporation
One Embarcadero Center
Suite 500
San Francisco, CA 94111
Telephone: (415) 835-1217
Facsimile: (415) 433-5994

Gregory H. Melick (*pro hac vice*)
Luper Neidenthal & Logan
1200 LeVeque Tower
50 West Broad Street
Columbus, OH 43215-3374
Telephone: (614) 221-7663
Facsimile: (866) 345-4948

Attorneys for Defendant
PICA Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MMCA GROUP LTD., a Virginia corporation,<br><br>            Plaintiff,<br><br>     v.<br><br>HEWLETT-PACKARD COMPANY, a Delaware corporation, PICA CORPORATION, an Ohio corporation,<br><br>            Defendants. | No. C-06-7067 MMC (EMC)<br><br>~~[PROPOSED]~~ ORDER GRANTING MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS (DOCKET NOS. 638, 646 AND 651, Ex. 4)<br><br>~~Date: November 20, 2009~~<br>Time: 9:00 a.m.<br>Courtroom: 7, 19th Floor<br>Judge: Hon. Maxine M. Chesney |

-1-

[PROPOSED] ORDER GRANTING MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS

On November 13, 2009, PICA Corporation filed a Motion to Remove Incorrectly Filed Documents. The Court, having, considered the Motion, finds that the Evidentiary Objections, filed at Docket No. 638, the Declaration of Gabriela Toranzo, filed at Docket No. 646, and Exhibit EE to the Declaration of Gregory Melick, filed at Docket No. 651 (reflected as Ex. 4 to Docket No. 651 on ECF), were inadvertently filed on the public docket and have been submitted under seal in connection with PICA's Amended Administrative Motion to Seal, filed November 9, 2009, which administrative motion was granted on January 5, 2010. Therefore, the Court directs the Clerk of the Court to remove these documents from ECF and the public docket.

IT IS HEREBY ORDERED:

DATED: January 5, 2010, ~~2009~~        By: _____
                                            Hon. Maxine Chesney