IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MMCA GROUP, LTD., <br><br> Plaintiff, <br><br> v. <br><br> HEWLETT-PACKARD COMPANY, et al. <br><br> Defendants / | No. C-06-7067 MMC <br><br> **ORDER GRANTING PLAINTIFF'S MOTION TO EXPUNGE PORTIONS OF ELECTRONIC DOCUMENT; DIRECTIONS TO CLERK; DIRECTIONS TO PLAINTIFF** |

Before the Court is plaintiff's "Motion to Expunge Portions of Electronic Document, Docket No. 616-1," which motion was filed November 5, 2009.

Good cause appearing, the motion is hereby GRANTED.

The Clerk of the Court is hereby DIRECTED to remove from the public record Attachment 1 to Document No. 616. Plaintiff is hereby DIRECTED to refile in the public record, no later than January 15, 2010, the portions of Attachment 1 to Document No. 616 properly filed in the public record.[1]

**IT IS SO ORDERED.**

Dated: January 5, 2010

MAXINE M. CHESNEY
United States District Judge

---

[1] Although plaintiff requests that the Clerk remove only seven pages from the document filed as Attachment 1 to Document No. 616, it is the Clerk's policy not to remove portions of a filed document or an attachment thereto. Rather, it is the Clerk's policy that, upon order of the court, it will remove the entirety of a document that includes improperly filed matter, after which the filing party is directed to refile the correct version of the document.