UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MMCA GROUP, LTD., a Virginia corporation,<br><br>Plaintiff,<br><br>v.<br><br>HEWLETT-PACKARD COMPANY, a Delaware corporation, PINKERTON CONSULTING & INVESTIGATIONS, INC., a Delaware corporation; BUSINESS RISKS INTERNATIONAL, LIMITED, an United Kingdom corporation, d/b/a PINKERTON CONSULTING & INVESTIGATIONS – EUROPE, PICA, an Ohio corporation,<br><br>Defendants. | CASE NO. C06-7067MMC (EMC)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT HEWLETT-PACKARD COMPANY'S ADMINISTRATIVE MOTION TO SHORTEN TIME FOR CONSIDERATION OF ITS MOTION TO EXCLUDE THE TESTIMONY OF PLAINTIFF'S DAMAGES EXPERT, RANDY SUGARMAN**<br><br>[Civ. L.R. 6-3, 7-11]<br><br>[No Hearing Required]<br><br>Place: Courtroom 7, Floor 19<br>Judge: Hon. Maxine M. Chesney |

1   Defendant Hewlett-Packard Company ("HP") has filed an Administrative Motion for an Order to Shorten Time for Consideration of its Motion to Exclude the Testimony of Plaintiff MMCA Group Ltd.'s Damages Expert, Randy Sugarman ("Motion to Exclude").

This Court may grant a motion to shorten time where the moving party identifies "the substantial harm or prejudice that would occur if the Court did not change the time." Civ. L.R. 6-3(a)(3). The Court, having considered the Administrative Motion to Shorten Time and the Declaration of Samuel Liversidge in support thereof, finds good cause has been shown to shorten time. On December 11, 2009, the Court continued the pretrial and trial dates in this matter, so that HP could depose Mr. Sugarman and file its Motion to Exclude, with adequate time for this Court to consider the matter before the pretrial conference. Due to Mr. Sugarman's personal circumstances, HP was unable to take his deposition until January 7, 2010. HP filed its Motion to Exclude one week later, January 15, 2010. If HP's Motion to Exclude were to be heard according to the regular 35-day schedule, it would not be heard until February 19, 2010, which is three days after the scheduled pretrial conference in this case.

IT IS ORDERED that HP's Administrative Motion to Shorten Time for Consideration of its Motion to Exclude is therefore GRANTED.

IT IS FURTHER ORDERED that:

1. The hearing on HP's Motion to Exclude shall be placed on calendar for February 12, 2010, at 9:00 a.m. The dates on which the opposition and reply are due remain as though the matter were to be heard on February 19, 2010.

~~OR ALTERNATIVELY:~~

~~IT IS FURTHER ORDERED that:~~

~~1. The pretrial conference in this matter shall be continued to _____, 2010, at 3:00 p.m.~~

~~2. The trial in this matter shall be continued to _____, 2010, at 9:00 a.m.~~

**IT IS SO ORDERED.**

Dated: January 21, 2010

_Hon. Maxine M. Chesney_
United States District Court Judge

1
[PROPOSED] ORDER GRANTING HP'S MOTION TO SHORTEN TIME; CASE NO. C06-7067MMC (EMC)