BINGHAM MCCUTCHEN LLP
William F. Abrams (SBN 88805)
william.abrams@bingham.com
David S. Cannon (SBN 209501)
david.cannon@bingham.com
Erin A. Smart (SBN 246288)
erin.smart@bingham.com
Olivia Para (SBN 255592)
olivia.para@bingham.com
1900 University Avenue
East Palo Alto, CA 94303-2223, U.S.A.
Telephone: 650.849.4400
Facsimile: 650.849.4800

Attorneys for Defendant
Hewlett-Packard Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MMCA Group Ltd.,<br><br>　　　　Plaintiff,<br>　v.<br><br>Hewlett-Packard Company and PICA Corporation,<br><br>　　　　Defendant. | No. 06-7067<br><br>STIPULATION AND [PROPOSED] ORDER EXTENDING PRETRIAL DEADLINES<br><br>[No Hearing Required]<br><br>Judge:　Hon. Maxine M. Chesney |

## I. Introduction

Due to recent additions to two parties' counsel and limiting of some issues in the case, the parties agree that slight modifications to the Court's previous scheduling order would allow them to more fully prepare their cases, while maintaining the Trial and Pretrial Conference dates. Plaintiff MMCA Group Ltd. ("MMCA") and Defendants Hewlett-Packard Company ("HP") and PICA Corporation ("PICA") file this Stipulation and [Proposed] Order to extend the time for the parties to meet certain deadlines set forth in the Pretrial Preparation Order dated June 15, 2009 (Docket 544), as amended by the Court's Minute Order of December 11, 2009 (Docket 695).

## II. Background

The parties have been working diligently and cooperatively to come to agreement on their joint pretrial filings and prepare their separate papers. Recent developments in the case have raised the need for modest adjustments to allow the parties to fully develop their pretrial preparation. Two parties recently retained additional counsel. (Docket 671-675 and 690-693) Additionally, several issues in this case were recently narrowed by the Court's summary judgment order. (Docket 732)

The parties have cooperatively negotiated an agreement whereby deadlines related to Exhibits, the Pretrial Statement, and Jury Instructions are moved ahead a few days while the remaining dates, including the Trial and Pretrial Conference dates and the dates related to motions *in limine* remain unchanged. Additionally, the parties have met and conferred regarding dates for exchanging and submitting designations of deposition testimony they wish to use in their cases in chief at trial and ask that the Court adopt that agreement as part of this Stipulation and [Proposed] Order.

## III. Conclusion

Accordingly, the parties stipulate as follows:

a. Motions *in limine* remain as previously scheduled, specifically:

        i. On Monday, February 1, 2010, motions *in limine* shall be filed and served.

        ii. On Monday, February 8, 2010, oppositions to motions *in limine* shall be filed and served.

  b. Pretrial Statement

        i. On Tuesday, February 2, 2010, the parties shall file with the Court a copy of their Joint Pretrial Statement.

  c. Deposition Designations

        i. By 5:00 p.m. on Wednesday, February 3, 2010, each party shall deliver to all other parties a hardcopy of any deposition testimony to be presented in that party's case in chief at trial, other than for impeachment.

  d. Exhibits

        i. By 12:00 p.m. (noon) on Wednesday, February 3, 2010, each party shall serve on every other party a hardcopy set (in 3-ring binders) of the exhibits it proposes using at trial, other than for impeachment.

  e. Jury Instructions

        i. On Friday, February 5, 2010, the parties shall file with the Court a copy of joint jury instructions.

        ii. On Friday, February 5, 2010, each party shall file with the Court a copy of any separate instructions only as to those instructions on which the parties cannot agree.

        iii. On Friday, February 5, 2010, each party shall file with the Court any objections it has to another party's separate proposed jury instructions.

  f. Where applicable the substance and format of the above filings shall be in accordance with the Court's June 15, 2009 Order (Docket 544).

  g. The Pretrial Conference remains set for February 16, 2010.

  h. Trial remains set for March 1, 2010.

| | | |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | DATED: January 29, 2010 | Bingham McCutchen LLP |
| 4 | | |
| 5 | | By: _/s/ William F. Abrams_<br>William F. Abrams<br>Attorneys for Defendant |
| 6 | | |
| 7 | | |
| 8 | DATED: January 29, 2010 | Luper Neidenthal & Logan |
| 9 | | |
| 10 | | By: _/s/ Gregory H. Melick_<br>Gregory H. Melick<br>Attorneys for Plaintiff |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | DATED: January 29, 2010 | Geonetta & Frucht LLP |
| 15 | | |
| 16 | | By: _/s/ Frederick J. Geonetta_<br>Frederick J. Geonetta<br>Attorneys for Plaintiff |
| 17 | | |
| 18 | | |

**ORDER**

IT IS SO ORDERED.

DATED: February 2, 2010

Maxine M. Chesney,
Judge, United States District Court