IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MMCA GROUP, LTD.,<br><br>   Plaintiff,<br><br> v.<br><br>HEWLETT-PACKARD COMPANY, et al.,<br><br>   Defendants / | No. C-06-7067 MMC<br><br>**SECOND ORDER DIRECTING PLAINTIFF TO SUBMIT CHAMBERS COPY IN COMPLIANCE WITH GENERAL ORDER 45 AND THE COURT'S STANDING ORDERS** |

  On February 5, 2010, plaintiff, on behalf of all parties, electronically filed the parties' Joint Pretrial Statement. Plaintiff has violated General Order 45 and the Court's Standing Orders, however, by failing to deliver to the Clerk's Office "no later than noon on the business day following the day that the papers are filed electronically, one paper copy of each document that is filed electronically . . . marked 'Chambers Copy' and . . . clearly marked with the judge's name, case number, and 'Chambers Copy-Do Not File.'" See General Order 45 § VI.G; see also Standing Orders for Civil Cases Assigned to the Honorable Maxine M. Chesney ¶ 2.

  Plaintiff is hereby ORDERED to comply with General Order 45 and the Court's Standing Orders by immediately submitting a chambers copy of the Joint Pretrial Statement.

  The Court has previously advised plaintiff of its failure to comply with General Order

1 | 45 and the Court's Standing Order in connection with earlier-filed documents.  (See Order,
2 | filed September 25, 2007.)  Additionally, the Clerk of the Court, at the direction of the Court,
3 | advised plaintiff telephonically of its failure to provide chambers copies of certain
4 | documents plaintiff had filed on February 1, 2010.  Such reminders appear to have had little
5 | to no effect on compelling compliance therewith.
6 |      Parties are expected to comply with court rules without repeated reminders.
7 | Accordingly, plaintiff is hereby advised that the Court will impose sanctions, including, but
8 | not limited to, striking from the record any electronically-filed document of which a
9 | chambers copy has not been timely provided to the Court.
10 | **IT IS SO ORDERED.**
11 |
12 | Dated: February 10, 2010
13 |     MAXINE M. CHESNEY
    United States District Judge