Kate E. Manka (SBN 180651)
PICA Corporation
One Embarcadero Center
Suite 500
San Francisco, CA 94111
Telephone: (415) 835-1217
Facsimile: (415) 433-5994

Gregory H. Melick (*pro hac vice*)
Luper Neidenthal & Logan
1200 LeVeque Tower
50 West Broad Street
Columbus, OH 43215-3374
Telephone: (614) 221-7663
Facsimile: (866) 345-4948

Attorneys for Defendant
PICA Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MMCA GROUP LTD., a Virginia corporation,<br><br>Plaintiff,<br><br>v.<br><br>HEWLETT-PACKARD COMPANY, a Delaware corporation, PICA CORPORATION, an Ohio corporation,<br><br>Defendants. | No. C-06-7067 MMC (EMC)<br><br>**[PROPOSED]** ORDER GRANTING MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS (DOCKET NO. 808-2, Ex. A)<br><br>Date: February 16, 2010<br>Time: 3:00 p.m.<br>Courtroom: 7, 19th Floor<br>Judge: Hon. Maxine M. Chesney |

On February 11, 2010, PICA Corporation filed a Motion to Remove Incorrectly Filed Documents. The Court, having, considered the Motion, finds that on February 8, 2010, Exhibit A to PICA Corporation's Opposition to MMCA's Motion in Limine No. 3 (M. Cherry's Marriage Dissolution), filed at Docket No. 808-2, was unintentionally filed with confidential information left un-redacted.

Therefore, the Court directs the Clerk of the Court to remove these documents from ECF and the public docket.

.

IT IS HEREBY ORDERED:

DATED: February 12, 2010        By: _____
                                    Hon. Maxine Chesney

[PROPOSED] ORDER GRANTING MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS