1  Kate E. Manka (SBN 180651)
   PICA Corporation
2  One Embarcadero Center
   Suite 500
3  San Francisco, CA  94111
   Telephone: (415) 835-1217
4  Facsimile: (415) 433-5994

5  Gregory H. Melick (*pro hac vice*)
   Luper Neidenthal & Logan
6  1200 LeVeque Tower
   50 West Broad Street
7  Columbus, OH  43215-3374
   Telephone: (614) 221-7663
8  Facsimile:  (866) 345-4948

9  Attorneys for Defendant
   PICA Corporation
10
                    UNITED STATES DISTRICT COURT
11
                   NORTHERN DISTRICT OF CALIFORNIA
12
                        SAN FRANCISCO DIVISION
13

14 | MMCA GROUP LTD., a Virginia corporation, | No.  C-06-7067 MMC (EMC)
15 |
16 | Plaintiff, | [~~PROPOSED~~] ORDER GRANTING MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS (DOCKET NO. 808-2, Ex. A)
17 | v. |
18 | HEWLETT-PACKARD COMPANY, a Delaware corporation, PICA CORPORATION, an Ohio corporation, | ~~Date:  February 16, 2010~~
19 | | ~~Time: 3:00 p.m~~.
   | Defendants. | Courtroom: 7, 19th Floor
20 | | Judge: Hon. Maxine M. Chesney

-1-

[PROPOSED] ORDER GRANTING MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS

On February 11, 2010, PICA Corporation filed a Motion to Remove Incorrectly Filed Documents.  The Court, having, considered the Motion, finds that on February 8, 2010, Exhibit A to PICA Corporation's Opposition to MMCA's Motion in Limine No. 3 (M. Cherry's Marriage Dissolution), filed at Docket No. 808-2, was unintentionally filed with confidential information left un-redacted.

Therefore, the Court directs the Clerk of the Court to remove these documents from ECF and the public docket.

.

IT IS HEREBY ORDERED:

DATED: __February 12___, 2010        By: _____
                                         Hon. Maxine Chesney