IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MMCA GROUP, LTD., | No. C-06-7067 MMC |
| Plaintiff, | **ORDER GRANTING PLAINTIFF'S MOTION TO FILE UNDER SEAL PLAINTIFF'S MOTION IN LIMINE NO. 2 AND SUPPORTING DECLARATION; DIRECTIONS TO PLAINTIFF TO FILE IN PUBLIC RECORD REDACTED VERSIONS** |
| v. | |
| HEWLETT-PACKARD COMPANY, et al. | |
| Defendants | |

Before the Court is plaintiff's "Administrative Motion to File Under Seal its Motion In Limine No. 2 to Preclude Certain Topics of Testimony by HP's Damages Expert, Suzanne Stuckwisch, and Supporting Declaration and Exhibits," filed February 1, 2010.

Because the above-referenced documents discuss alleged trade secrets, the motion is hereby GRANTED, and the Clerk of the Court is hereby DIRECTED to file under seal the unredacted versions of plaintiff's Motion in Limine No. 2 and the Declaration of Frederick Geonetta in Support of Plaintiff's Motion in Limine No. 2.

A request to file a document under seal "must be narrowly tailored to seek sealing only of sealable material," see Civil L.R. 79-5(a), however, and plaintiff does not argue that the entirety of Motion in Limine No. 2 and the supporting declaration and exhibits consists of sealable material. Accordingly, plaintiff is hereby DIRECTED to file in the public record,

no later than February 24, 2010, redacted versions of plaintiff's Motion in Limine No. 2 and the declaration and exhibits offered in support thereof.

**IT IS SO ORDERED.**

Dated: February 16, 2010

_____
MAXINE M. CHESNEY
United States District Judge