1  Frederick J. Geonetta (SBN 114824)
   fred@geonetta-frucht.com
2  Kenneth N. Frucht (SBN 178881)
   kfrucht@gmail.com
3  GEONETTA & FRUCHT, LLP
   100 Montgomery Street, Suite 1600
4  San Francisco, CA 94104
   Tel: 415.421.4785
5  Fax: 415.392.7973

6  Robert A. Weikert (SBN 121146)
   rweikert@nixonpeabody.com
7  Matthew J. Frankel (SBN 256633)
   mfrankel@nixonpeabody.com
8  Sushila Chanana (SBN 254100)
   schanana@nixonpeabody.com
9  NIXON PEABODY LLP
   One Embarcadero Center, 18th Floor
10 San Francisco, CA 94111–3600
   Tel.: 415.984.8200
11 Fax: 415.984.8300

12 R. Mark Halligan (admitted pro hac vice)
   rmhalligan@nixonpeabody.com
13 NIXON PEABODY LLP
   300 South Riverside Plaza, 16th Floor
14 Chicago, IL 60606
   Tel: 312.425.3900
15 Fax: 312.425.3909

16 *Attorneys for Plaintiff MMCA Group, LTD.*

17

18                    **IN THE UNITED STATES DISTRICT COURT**

19                    **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

20                              **SAN FRANCISCO DIVISION**

| | |
|---|---|
| MMCA GROUP, LTD., a Virginia corporation,<br><br>Plaintiff,<br><br>v.<br><br>HEWLETT-PACKARD COMPANY, et al<br><br>Defendants. | Civil Action No. CV 06-07067-MMC (EMC)<br><br>**[PROPOSED] ORDER SEALING MMCA'S CORRECTED EXHIBITS L AND M ATTACHED TO NOTICE OF ERRATA AND DECLARATION OF KENNETH FRUCHT** ; DIRECTIONS TO PLAINTIFF<br><br>[L.R. Civ. P. 79-5]<br><br>[No Hearing Required]<br>Judge:   Hon. Maxine M. Chesney |

                                            1

[PROPOSED] ORDER SEALING MMCA'S CORRECTED
EXHIBITS L AND M ATTACHED TO NOTICE OF ERRATA AND
DECLARATION OF KENNETH FRUCHT

12884873.1

On February 10, 2010, Plaintiff MMCA Group, Ltd. ("MMCA") filed an Administrative Motion to Seal ("Administrative Motion") and a Notice of Errata and Declaration of Kenneth Frucht, Docket No. 841 ("Declaration").

The Court, having considered the Administrative Motion and Declaration, finds the following ~~information shall be filed under seal:~~ documents contain material properly filed under seal:

- CORRECTED EXHIBIT L, ATTACHED TO "NOTICE OF ERRATA AND DECLARATION OF KENNETH FRUCHT"

- CORRECTED EXHIBIT M, ATTACHED TO "NOTICE OF ERRATA AND DECLARATION OF KENNETH FRUCHT"

Therefore, pursuant to Rule 79 of the Local Civil Rules of the Northern District of California, the Administrative Motion is GRANTED. The Clerk of the Court shall filed the unredacted versions of the above-referenced documents under seal.

FURTHER **IT IS** ~~HEREBY~~ **ORDERED**: plaintiff shall file in the public record, no later than February 24, 2010, redacted versions of the above-referenced documents.

~~Whenever filed, in whole or in part, with the Court in this case, the material referenced above shall be filed under seal.~~

Dated: February 16, 2010

Honorable Maxine M. Chesney
United States District Court Judge

[PROPOSED] ORDER SEALING MMCA'S CORRECTED
EXHIBITS L AND M ATTACHED TO NOTICE OF ERRATA AND
DECLARATION OF KENNETH FRUCHT

2

12884873.1