Kate E. Manka, SBN 180651
PICA Corporation
One Embarcadero Center
Suite 500
San Francisco, CA 94111
Telephone: (415) 835-1217
Facsimile: (415) 433-5994

Gregory H. Melick (*pro hac vice*)
Luper Neidenthal & Logan
1200 LeVeque Tower
50 West Broad Street
Columbus, OH 43215-3374
Telephone: (614) 221-7663

Attorneys for Defendant
PICA Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MMCA GROUP LTD., a Virginia corporation,<br><br>Plaintiff,<br><br>v.<br><br>HEWLETT-PACKARD COMPANY, a Delaware corporation, PICA CORPORATION, an Ohio corporation,<br><br>Defendants. | Case No. C06-7067 MMC (EMC)<br><br>[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO SEAL MATERIAL REFERENCED IN PICA CORPORATION'S REPLY IN SUPPORT OF ITS JOINDER IN DEFENDANT HEWLETT-PACKARD COMPANY'S MOTION TO EXCLUDE THE TESTIMONY OF PLAINTIFF MMCA GROUP, LTD'S DAMAGES EXPERT, RANDY SUGARMAN |

C-06-7067 MMC (EMC)

[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO SEAL MATERIAL REFERENCED IN PICA CORPORATION'S REPLY IN SUPPORT OF ITS JOINDER

On February 5, 2010, PICA Corporation ("PICA") filed an Administrative Motion to Seal Material in PICA's Reply in Support of its Joinder in Hewlett-Packard's Motion to Exclude the Testimony of Plaintiff MMCA Group, Ltd's Damage Expert, Randy Sugarman. The parties have filed supporting declarations ("Declarations") establishing that the designated material is subject to being sealed. The Court, having considered the Administrative Motion and Declarations, finds that the following document, or portions thereof, shall be filed under seal:

Portions of PICA Corporation's Reply in Support of Joinder in Defendant Hewlett-Packard Company's Motion to Exclude the Testimony of Plaintiff MMCA Group, Ltd's Damages Expert, Randy Sugarman.

Therefore, pursuant to Rule 79 of the Local Civil Rules of the Northern District of California, the ~~Amended~~ Administrative Motion is GRANTED.

IT IS HEREBY ORDERED:

DATED: February 19, 2010        By: _____
                                    Hon. Maxine Chesney

-1-

C-06-7067 MMC (EMC)

[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO SEAL MATERIAL REFERENCED IN
PICA CORPORATION'S REPLY IN SUPPORT OF ITS JOINDER