| | |
|---|---|
| 1 | Kate E. Manka, SBN 180651 |
|   | PICA Corporation |
| 2 | One Embarcadero Center |
|   | Suite 500 |
| 3 | San Francisco, CA  94111 |
|   | Telephone: (415) 835-1217 |
| 4 | Facsimile: (415) 433-5994 |
| 5 | Gregory H. Melick (*pro hac vice*) |
|   | Luper Neidenthal & Logan |
| 6 | 1200 LeVeque Tower |
|   | 50 West Broad Street |
| 7 | Columbus, OH  43215-3374 |
|   | Telephone: (614) 221-7663 |
| 8 | |
|   | Attorneys for Defendant |
| 9 | PICA Corporation |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MMCA GROUP LTD., a Virginia corporation, | Case No.  C06-7067 MMC (EMC) |
| Plaintiff, | [~~PROPOSED~~] **ORDER GRANTING ADMINISTRATIVE MOTION TO SEAL MATERIAL REFERENCED IN PICA CORPORATION'S REPLY IN SUPPORT OF ITS JOINDER IN DEFENDANT HEWLETT-PACKARD COMPANY'S MOTION TO EXCLUDE THE TESTIMONY OF PLAINTIFF MMCA GROUP, LTD'S DAMAGES EXPERT, RANDY SUGARMAN** |
| v. | |
| HEWLETT-PACKARD COMPANY, a Delaware corporation, PICA CORPORATION, an Ohio corporation, | |
| Defendants. | |

C-06-7067 MMC (EMC)
[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO SEAL MATERIAL REFERENCED IN
PICA CORPORATION'S REPLY IN SUPPORT OF ITS JOINDER

On February 5, 2010, PICA Corporation ("PICA") filed an Administrative Motion to Seal Material in PICA's Reply in Support of its Joinder in Hewlett-Packard's Motion to Exclude the Testimony of Plaintiff MMCA Group, Ltd's Damage Expert, Randy Sugarman. The parties have filed supporting declarations ("Declarations") establishing that the designated material is subject to being sealed. The Court, having considered the Administrative Motion and Declarations, finds that the following document, or portions thereof, shall be filed under seal:

Portions of PICA Corporation's Reply in Support of Joinder in Defendant Hewlett-Packard Company's Motion to Exclude the Testimony of Plaintiff MMCA Group, Ltd's Damages Expert, Randy Sugarman.

Therefore, pursuant to Rule 79 of the Local Civil Rules of the Northern District of California, the ~~Amended~~ Administrative Motion is GRANTED.

IT IS HEREBY ORDERED:

DATED: February 19, 2010          By: 
                                      Hon. Maxine Chesney

-1-

C-06-7067 MMC (EMC)
[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO SEAL MATERIAL REFERENCED IN
PICA CORPORATION'S REPLY IN SUPPORT OF ITS JOINDER