IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MMCA GROUP, LTD., | No. C-06-7067 MMC |
| Plaintiff, | **ORDER GRANTING HEWLETT-PACKARD COMPANY'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL REPLY [DOC. NO. 797]; DIRECTIONS TO HEWLETT-PACKARD COMPANY TO FILE IN PUBLIC RECORD REDACTED VERSION** |
| v. | |
| HEWLETT-PACKARD COMPANY, et al. | |
| Defendants | |

Before the Court is defendant Hewlett-Packard Company's ("Hewlett-Packard") "Administrative Motion to File Under Seal its Reply in Support of Motion to Exclude the Testimony of Plaintiff MMCA Group, Ltd.'s Damages Expert, Randy Sugarman," filed February 5, 2010.

Because the above-referenced document refers to confidential matter of both Hewlett-Packard and plaintiff MMCA Group, Ltd., the administrative motion is hereby GRANTED, and the Clerk of the Court is hereby DIRECTED to file under seal the unredacted version of Hewlett-Packard's Reply in Support of Motion to Exclude the Testimony of Plaintiff MMCA Group, Ltd.'s Damages Expert, Randy Sugarman.

A request to file a document under seal, however, "must be narrowly tailored to seek sealing only of sealable material." See Civil L.R. 79-5(a). Hewlett-Packard does not argue

that the entirety of the above-referenced reply consists of sealable material, and plainly, it does not. (See, e.g., Reply at i-iii, 2:3-14.)[1]

Accordingly, Hewlett-Packard is hereby DIRECTED to file in the public record, no later than February 26, 2010, a redacted version of its reply.

**IT IS SO ORDERED.**

Dated: February 19, 2010

                                    MAXINE M. CHESNEY
                                    United States District Judge

---

[1] These examples are illustrative only.