Bingham McCutchen LLP
WILLIAM F. ABRAMS (SBN 88805)
william.abrams@bingham.com
DAVID S. CANNON (SBN 209501)
david.cannon@bingham.com
ERIN A. SMART (SBN 246288)
erin.smart@bingham.com
AUDREY H. LO (SBN 253738)
audrey.lo@bingham.com
OLIVIA PARA (SBN 255592)
olivia.para@bingham.com
1900 University Avenue
East Palo Alto, CA 94303-2223
Telephone: 650.849.4400
Facsimile: 650.849.4800

Attorneys for Defendant
Hewlett-Packard Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MMCA GROUP LTD., <br><br> Plaintiff, <br><br> v. <br><br> HEWLETT-PACKARD COMPANY ET AL., <br><br> Defendants. | No. 06-07067 MMC (EMC) <br><br> [~~PROPOSED~~] ORDER GRANTING DEFENDANT HEWLETT-PACKARD COMPANY ADMINISTRATIVE REQUEST TO ALLOW EQUIPMENT INTO THE COURTROOM <br><br> Date: March 1, 2010 <br> Time: 8:30am <br> Place: Courtroom 7, 19th Floor <br> Judge: Maxine M. Chesney |

1     The Court, having considered HP's Administrative Request to Allow Equipment into the Courtroom, good cause appearing, hereby orders as follows:

    IT IS HEREBY ORDERED that Defendant Hewlett-Packard Company's Administrative Request is GRANTED.

    IT IS SO ORDERED

DATED: __February 24__, 2010     By: _/s/ Maxine M. Chesney_
    Honorable Maxine M. Chesney
    United States District Court Judge