Bingham McCutchen LLP
WILLIAM F. ABRAMS (SBN 88805)
william.abrams@bingham.com
DAVID S. CANNON (SBN 209501)
david.cannon@bingham.com
ERIN A. SMART (SBN 246288)
erin.smart@bingham.com
AUDREY H. LO (SBN 253738)
audrey.lo@bingham.com
OLIVIA PARA (SBN 255592)
olivia.para@bingham.com
1900 University Avenue
East Palo Alto, CA  94303-2223
Telephone:  650.849.4400
Facsimile:  650.849.4800

Attorneys for Defendant
Hewlett-Packard Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MMCA GROUP LTD.,<br><br>            Plaintiff,<br><br>   v.<br><br>HEWLETT-PACKARD COMPANY ET AL.,<br><br>            Defendants. | No. 06-07067 MMC (EMC)<br><br>[PROPOSED] ORDER GRANTING DEFENDANT HEWLETT-PACKARD COMPANY ADMINISTRATIVE REQUEST TO ALLOW EQUIPMENT INTO THE COURTROOM<br><br>Date:   March 1, 2010<br>Time:   8:30am<br>Place:  Courtroom 7, 19th Floor<br>Judge:  Maxine M. Chesney |

1     The Court, having considered HP's Administrative Request to Allow Equipment into the Courtroom, good cause appearing, hereby orders as follows:

    IT IS HEREBY ORDERED that Defendant Hewlett-Packard Company's Administrative Request is GRANTED.

    IT IS SO ORDERED

DATED: __February 24__, 2010    By: _____
                                                        Honorable Maxine M. Chesney
                                                        United States District Court Judge