IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MMCA GROUP, LTD., <br><br> Plaintiff, <br><br> v. <br><br> HEWLETT-PACKARD COMPANY, et al. <br><br> Defendants / | No. C-06-7067 MMC <br><br> **ORDER GRANTING IN PART AND DENYING IN PART HEWLETT-PACKARD'S ADMINISTRATIVE MOTION TO SEAL MATERIAL IN HEWLETT-PACKARD'S OPPOSITIONS TO MMCA'S MOTIONS IN LIMINE [DOCKET NO. 833]; DIRECTIONS TO CLERK; DIRECTIONS TO HEWLETT-PACKARD COMPANY** |

Before the Court is defendant Hewlett-Packard Company's ("Hewlett-Packard") "Administrative Motion to Seal Material in Hewlett-Packard's Oppositions to MMCA's Motions in Limine Nos. 2-4 and Exhibits 1-10 and 19-21 to the Declaration of Erin A. Smart in Support Thereof," filed February 8, 2010. Plaintiff MMCA Group Ltd. has filed a declaration in support thereof. Having read and considered the above-referenced filings, the Court rules as follows:

1. To the extent the administrative motion seeks leave to file under seal the unredacted versions of "Hewlett-Packard's Opposition to MMCA's Motion in Limine No. 2" and the "Declaration of Erin A. Smart in Support of Defendant Hewlett-Packard's Oppositions to MMCA's Motions in Limine Nos. 1-7" ("Smart Declaration"), the motion is hereby GRANTED, for the reason that said documents include material properly filed under

1 seal. Accordingly, the Clerk is DIRECTED to file said documents under seal.

2. Because MMCA has not asserted that Exhibits 1-10 and 19-21 to the Smart Declaration are confidential or otherwise should be filed under seal, Hewlett-Packard is hereby DIRECTED to file said exhibits in the public record, no later than March 8, 2010.

3. To the extent the administrative motion seeks leave to file under seal the unredacted versions of "Hewlett-Packard's Opposition to MMCA's Motion in Limine No. 3" and "Hewlett-Packard's Opposition to MMCA's Motion in Limine No. 4," the motion is hereby DENIED, for the reason MMCA, in its supporting declaration, has not asserted those documents include any information properly filed under seal. Accordingly, the Clerk is DIRECTED to file in the public record the unredacted versions of said documents.

4. To the extent MMCA, in its supporting declaration, seeks an order removing from the public record Exhibits 11-18 to the Smart Declaration,[1] the Court hereby DENIES MMCA's request, for the reason MMCA has not shown that any of those exhibits contains information that discloses any of MMCA's confidential material.

**IT IS SO ORDERED.**

Dated: March 1, 2010

MAXINE M. CHESNEY
United States District Judge

---

[1] Exhibits 11-18 were filed in the public record by Hewlett-Packard.