Bingham McCutchen LLP
WILLIAM F. ABRAMS (SBN 88805)
william.abrams@bingham.com
DAVID S. CANNON (SBN 209501)
david.cannon@bingham.com
ERIN A. SMART (SBN 246288)
erin.smart@bingham.com
AUDREY LO (SBN 253738)
audrey.lo@bingham.com
OLIVIA PARA (SBN 255592)
olivia.para@bingham.com
1900 University Avenue
East Palo Alto, CA  94303-2223
Telephone:  650.849.4400
Facsimile:  650.849.4800

Attorneys for Defendant
HEWLETT-PACKARD COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MMCA GROUP LTD.,<br><br>    Plaintiff,<br><br>    v.<br><br>HEWLETT-PACKARD COMPANY ET AL.,<br><br>    Defendants. | 06-7067<br>No. ~~07-6076~~ MMC (EMC)<br><br>~~[PROPOSED]~~ ORDER SEALING MATERIAL IN HP'S PRETRIAL FILINGS; DIRECTIONS TO HP<br><br>L. R. Civ. P. 79-5<br><br>[No Hearing Required]<br><br>Judge:  Hon. Maxine M. Chesney |

On February 1, 2010, Hewlett-Packard Company ("HP") filed an Administrative Motion to Seal Material in HP's Pretrial Filings ("Administrative Motion") and a supporting declaration ("Declaration") establishing that the designated material is subject to being sealed.

The Court, having considered the Administrative Motion and Declaration, finds the following material in HP's pretrial filings subject to being sealed:

1. Portions of HP's Motion In Limine No. 1 To Exclude Evidence and Argument Regarding Allegations of Trade Secret Disclosure Through DMS; [Proposed] Order

2. Portions of HP's Motion *In Limine* No. 2 to Exclude Evidence and Argument Regarding Damages Irrelevant to Remaining Claims and Damages Not Calculated by Plaintiff's Damages Expert; [Proposed] Order

3. Portions of HP's Motion *In Limine* No. 3 To Exclude Evidence And Argument Regarding Luis Ortega's Employment Interviews; [Proposed] Order

4. Portions of HP's Motion *In Limine* No. 4 to Exclude Evidence and Argument Regarding Three Ethics Complaints; [Proposed] Order

5. Portions of HP's Motion *In Limine* No. 6 to Exclude Evidence and Argument Regarding Irrelevant, Unfairly Prejudicial, and Hearsay Evidence Regarding Alleged Relationships, Purported Pretexting, Employment Termination, Immigration Status and Alleged "Entrapment Seizures;" [Proposed] Order

6. Exhibits 1, 3, 4 and 6-20 to the Declaration of Erin A. Smart in Support of HP's Motions *in Limine* and Motion for Reconsideration

///
///
///
///
///
///

[PROPOSED] ORDER SEALING MATERIAL IN HP'S PRETRIAL FILINGS

1       Therefore, pursuant to Rule 79 of the Local Civil Rules of the Northern District of
California, the Administrative Motion is GRANTED.

HP is hereby DIRECTED to file in the public record, no later than March 8, 2010, Exhibits 2 and 5 to the Declaration of Erin A. Smart in Support of Hewlett-Packard's Motions in Limine and Motion for Reconsideration.

~~IT IS HEREBY ORDERED:~~

~~Whenever filed, in whole or in part, with the Court in this case, the material referenced above shall be filed under seal.~~

IT IS SO ORDERED.

DATED: __March 1__, 2010      By: _____
                                                                              Honorable Maxine M. Chesney
                                                                              United States District Judge