Bingham McCutchen LLP
WILLIAM F. ABRAMS (SBN 88805)
william.abrams@bingham.com
DAVID S. CANNON (SBN 209501)
david.cannon@bingham.com
ERIN A. SMART (SBN 246288)
erin.smart@bingham.com
AUDREY LO (SBN 253738)
audrey.lo@bingham.com
OLIVIA PARA (SBN 255592)
olivia.para@bingham.com
1900 University Avenue
East Palo Alto, CA  94303-2223
Telephone:  650.849.4400
Facsimile:  650.849.4800

Attorneys for Defendant
HEWLETT-PACKARD COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MMCA GROUP LTD., <br><br> Plaintiff, <br><br> v. <br><br> HEWLETT-PACKARD COMPANY ET AL., <br><br> Defendants. | 06-7067 <br> No. ~~07-6076~~ MMC (EMC) <br><br> ~~[PROPOSED]~~ ORDER SEALING MATERIAL IN HP'S PRETRIAL FILINGS; DIRECTIONS TO HP <br><br> L. R. Civ. P. 79-5 <br><br> [No Hearing Required] <br><br> Judge:  Hon. Maxine M. Chesney |

1   On February 1, 2010, Hewlett-Packard Company ("HP") filed an Administrative
2   Motion to Seal Material in HP's Pretrial Filings ("Administrative Motion") and a supporting
3   declaration ("Declaration") establishing that the designated material is subject to being sealed.
4   The Court, having considered the Administrative Motion and Declaration, finds
5   the following material in HP's pretrial filings subject to being sealed:
6       1. Portions of HP's Motion In Limine No. 1 To Exclude Evidence and Argument
7          Regarding Allegations of Trade Secret Disclosure Through DMS; [Proposed]
8          Order
9       2. Portions of HP's Motion *In Limine* No. 2 to Exclude Evidence and Argument
10         Regarding Damages Irrelevant to Remaining Claims and Damages Not
11         Calculated by Plaintiff's Damages Expert; [Proposed] Order
12      3. Portions of HP's Motion *In Limine* No. 3 To Exclude Evidence And
13         Argument Regarding Luis Ortega's Employment Interviews; [Proposed]
14         Order
15      4. Portions of HP's Motion *In Limine* No. 4 to Exclude Evidence and Argument
16         Regarding Three Ethics Complaints; [Proposed] Order
17      5. Portions of HP's Motion *In Limine* No. 6 to Exclude Evidence and Argument
18         Regarding Irrelevant, Unfairly Prejudicial, and Hearsay Evidence Regarding
19         Alleged Relationships, Purported Pretexting, Employment Termination,
20         Immigration Status and Alleged "Entrapment Seizures;" [Proposed] Order
21      6. Exhibits ~~1-4~~ 1, 3, 4 and 6-20 to the Declaration of Erin A. Smart in Support of HP's
22         Motions *in Limine* and Motion for Reconsideration
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

1   Therefore, pursuant to Rule 79 of the Local Civil Rules of the Northern District of

2   California, the Administrative Motion is GRANTED.

3   HP is hereby DIRECTED to file in the public record, no later than March 8, 2010, Exhibits 2 and 5 to the Declaration of Erin A. Smart in Support of Hewlett-Packard's Motions

4   ~~IT IS HEREBY ORDERED:~~ in Limine and Motion for Reconsideration.

5   ~~Whenever filed, in whole or in part, with the Court in this case, the material~~

6   ~~referenced above shall be filed under seal.~~

7   IT IS SO ORDERED.

8   DATED: __March 1__, 2010   By: _[signature]_

9   Honorable Maxine M. Chesney
    United States District Judge

2   No. 07-6076 MMC (EMC)

[PROPOSED] ORDER SEALING MATERIAL IN HP'S PRETRIAL FILINGS