1  Bingham McCutchen LLP
2  WILLIAM F. ABRAMS (SBN 88805)
   william.abrams@bingham.com
3  DAVID S. CANNON (SBN 209501)
   david.cannon@bingham.com
4  ERIN A. SMART (SBN 246288)
   erin.smart@bingham.com
5  AUDREY LO (SBN 253738)
   audrey.lo@bingham.com
6  OLIVIA PARA (SBN 255592)
   olivia.para@bingham.com
7  1900 University Avenue
   East Palo Alto, CA  94303-2223
8  Telephone:  650.849.4400
   Facsimile:  650.849.4800
9
   Attorneys for Defendant
10 HEWLETT-PACKARD COMPANY

11
                          UNITED STATES DISTRICT COURT
12
                         NORTHERN DISTRICT OF CALIFORNIA
13
                              SAN FRANCISCO DIVISION
14

15 |                                  | 06-7067
16 | MMCA GROUP LTD.,                 | No. 07-6076 MMC (EMC)
   |                                  |          AMENDED*
17 |        Plaintiff,                | [PROPOSED] ORDER SEALING
   |     v.                           | MATERIAL IN HP'S PRETRIAL
18 |                                  | FILINGS; DIRECTIONS TO HP
   | HEWLETT-PACKARD COMPANY ET AL.,  |
19 |                                  | L. R. Civ. P. 79-5
   |        Defendants.               |
20 |                                  | [No Hearing Required]
21 |                                  | Judge:  Hon. Maxine M. Chesney

22
23
24
25
26
27 *The sole purpose of the amendment is to add paragraph 7.
28

No. 07-6076 MMC (EMC)

[PROPOSED] ORDER SEALING MATERIAL IN HP'S PRETRIAL FILINGS

1       On February 1, 2010, Hewlett-Packard Company ("HP") filed an Administrative
2  Motion to Seal Material in HP's Pretrial Filings ("Administrative Motion") and a supporting
3  declaration ("Declaration") establishing that the designated material is subject to being sealed.
4       The Court, having considered the Administrative Motion and Declaration, finds
5  the following material in HP's pretrial filings subject to being sealed:
6       1. Portions of HP's Motion In Limine No. 1 To Exclude Evidence and Argument
7          Regarding Allegations of Trade Secret Disclosure Through DMS; [Proposed]
8          Order
9       2. Portions of HP's Motion *In Limine* No. 2 to Exclude Evidence and Argument
10         Regarding Damages Irrelevant to Remaining Claims and Damages Not
11         Calculated by Plaintiff's Damages Expert; [Proposed] Order
12      3. Portions of HP's Motion *In Limine* No. 3 To Exclude Evidence And
13         Argument Regarding Luis Ortega's Employment Interviews; [Proposed]
14         Order
15      4. Portions of HP's Motion *In Limine* No. 4 to Exclude Evidence and Argument
16         Regarding Three Ethics Complaints; [Proposed] Order
17      5. Portions of HP's Motion *In Limine* No. 6 to Exclude Evidence and Argument
18         Regarding Irrelevant, Unfairly Prejudicial, and Hearsay Evidence Regarding
19         Alleged Relationships, Purported Pretexting, Employment Termination,
20         Immigration Status and Alleged "Entrapment Seizures;" [Proposed] Order
21      6. Exhibits 1, 3, 4 ~~1-4~~ and 6-20 to the Declaration of Erin A. Smart in Support of HP's
22         Motions *in Limine* and Motion for Reconsideration
23 ///   7. Portions of HP's Motion In Limine No. 8 to Exclude Inadmissible and Parol
24 ///      Evidence Regarding the Master Services Agreement Between HP and
           MMCA; [Proposed] Order
25 ///
26 ///
27 ///
28 ///

1                                                          No. 07-6076 MMC (EMC)

[PROPOSED] ORDER SEALING MATERIAL IN HP'S PRETRIAL FILINGS

1  Therefore, pursuant to Rule 79 of the Local Civil Rules of the Northern District of
2  California, the Administrative Motion is GRANTED.
3  HP is hereby DIRECTED to file in the public record, no later than March 8, 2010, Exhibits 2 and 5 to the Declaration of Erin A. Smart in Support of Hewlett-Packard's Motions
4  ~~IT IS HEREBY ORDERED:~~   in Limine and Motion for Reconsideration.
5  ~~Whenever filed, in whole or in part, with the Court in this case, the material~~
6  ~~referenced above shall be filed under seal.~~
7  IT IS SO ORDERED.
8  DATED: __March 1__, 2010   By: _/s/ Maxine M. Chesney_
9  Honorable Maxine M. Chesney
   United States District Judge

2    No. 07-6076 MMC (EMC)

[PROPOSED] ORDER SEALING MATERIAL IN HP'S PRETRIAL FILINGS