Bingham McCutchen LLP
WILLIAM F. ABRAMS (SBN 88805)
william.abrams@bingham.com
DAVID S. CANNON (SBN 209501)
david.cannon@bingham.com
ERIN A. SMART (SBN 246288)
erin.smart@bingham.com
AUDREY LO (SBN 253738)
audrey.lo@bingham.com
OLIVIA PARA (SBN 255592)
olivia.para@bingham.com
1900 University Avenue
East Palo Alto, CA  94303-2223
Telephone:  650.849.4400
Facsimile:  650.849.4800

Attorneys for Defendant
HEWLETT-PACKARD COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MMCA GROUP LTD.,<br><br>    Plaintiff,<br><br>  v.<br><br>HEWLETT-PACKARD COMPANY ET AL.,<br><br>    Defendants. | 06-7067<br>No. ~~07-6076~~ MMC (EMC)<br>AMENDED* ~~[PROPOSED]~~ ORDER SEALING MATERIAL IN HP'S PRETRIAL FILINGS; DIRECTIONS TO HP<br><br>L. R. Civ. P. 79-5<br><br>[No Hearing Required]<br><br>Judge:  Hon. Maxine M. Chesney |

*The sole purpose of the amendment is to add paragraph 7.

No. 07-6076 MMC (EMC)

[PROPOSED] ORDER SEALING MATERIAL IN HP'S PRETRIAL FILINGS

1   On February 1, 2010, Hewlett-Packard Company ("HP") filed an Administrative
2   Motion to Seal Material in HP's Pretrial Filings ("Administrative Motion") and a supporting
3   declaration ("Declaration") establishing that the designated material is subject to being sealed.
4   The Court, having considered the Administrative Motion and Declaration, finds
5   the following material in HP's pretrial filings subject to being sealed:

1. Portions of HP's Motion In Limine No. 1 To Exclude Evidence and Argument Regarding Allegations of Trade Secret Disclosure Through DMS; [Proposed] Order

2. Portions of HP's Motion *In Limine* No. 2 to Exclude Evidence and Argument Regarding Damages Irrelevant to Remaining Claims and Damages Not Calculated by Plaintiff's Damages Expert; [Proposed] Order

3. Portions of HP's Motion *In Limine* No. 3 To Exclude Evidence And Argument Regarding Luis Ortega's Employment Interviews; [Proposed] Order

4. Portions of HP's Motion *In Limine* No. 4 to Exclude Evidence and Argument Regarding Three Ethics Complaints; [Proposed] Order

5. Portions of HP's Motion *In Limine* No. 6 to Exclude Evidence and Argument Regarding Irrelevant, Unfairly Prejudicial, and Hearsay Evidence Regarding Alleged Relationships, Purported Pretexting, Employment Termination, Immigration Status and Alleged "Entrapment Seizures;" [Proposed] Order

6. Exhibits ~~1-4~~ 1, 3, 4 and 6-20 to the Declaration of Erin A. Smart in Support of HP's Motions *in Limine* and Motion for Reconsideration

7. Portions of HP's Motion In Limine No. 8 to Exclude Inadmissible and Parol Evidence Regarding the Master Services Agreement Between HP and MMCA; [Proposed] Order

23   ///
24   ///
25   ///
26   ///
27   ///
28   ///

1   No. 07-6076 MMC (EMC)

[PROPOSED] ORDER SEALING MATERIAL IN HP'S PRETRIAL FILINGS

1   Therefore, pursuant to Rule 79 of the Local Civil Rules of the Northern District of
2   California, the Administrative Motion is GRANTED.
3   HP is hereby DIRECTED to file in the public record, no later than March 8, 2010, Exhibits 2 and 5 to the Declaration of Erin A. Smart in Support of Hewlett-Packard's Motions
4   ~~IT IS HEREBY ORDERED:~~   in Limine and Motion for Reconsideration.
5   ~~Whenever filed, in whole or in part, with the Court in this case, the material~~
6   ~~referenced above shall be filed under seal.~~
7   IT IS SO ORDERED.
8   DATED: __March 1__, 2010   By: _____
9   Honorable Maxine M. Chesney
    United States District Judge

2                                                                        No. 07-6076 MMC (EMC)

[PROPOSED] ORDER SEALING MATERIAL IN HP'S PRETRIAL FILINGS