Frederick J. Geonetta (SBN 114824)
fred@geonetta-frucht.com
Kenneth N. Frucht (SBN 178881)
kfrucht@gmail.com
GEONETTA & FRUCHT, LLP
100 Montgomery Street, Suite 1600
San Francisco, CA 94104
Tel: 415.421.4785
Fax: 415.392.7973

Bruce E. Copeland (SBN 124888)
bcopeland@nixonpeabody.com
Robert A. Weikert (SBN 121146)
rweikert@nixonpeabody.com
Matthew J. Frankel (SBN 256633)
mfrankel@nixonpeabody.com
Sushila Chanana (SBN 254100)
schanana@nixonpeabody.com
NIXON PEABODY LLP
One Embarcadero Center, 18th Floor
San Francisco, CA 94111–3600
Tel.: 415.984.8200
Fax: 415.984.8300

R. Mark Halligan (admitted pro hac vice)
rmhalligan@nixonpeabody.com
NIXON PEABODY LLP
300 South Riverside Plaza, 16th Floor
Chicago, IL 60606
Tel: 312.425.3900
Fax: 312.425.3909

Attorneys for Plaintiff MMCA Group, LTD.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| MMCA GROUP, LTD., a Virginia corporation,<br><br>Plaintiff<br><br>v.<br><br>HEWLETT-PACKARD COMPANY, a Delaware corporation, PICA, an Ohio corporation,<br><br>Defendants. | Civil Action No. CV 06-07067-MMC (EMC)<br><br>**[PROPOSED]** ORDER GRANTING MMCA'S ADMINISTRATIVE MOTION TO SEAL DOCUMENTS LODGED RE: MOTION FOR RECONSIDERATION OF THE COURT'S ORDER ON UNJUST ENRICHMENT<br><br>Trial Date: March 1, 2010<br>Place: Courtroom 7, 19th Fl.<br>Judge: Hon. Maxine M. Chesney |

1

Plaintiff MMCA has lodged documents under seal with the Court and has filed an Administrative Motion to File Documents Under Seal in conjunction with its Supplemental Memorandum of Points and Authorities in Opposition to Defendants' Motions for Summary Judgment. Having considered MMCA's Administrative Motion to Seal, and the [Corrected] Declaration of Kenneth Frucht in Support of said motion, and good cause appearing, MMCA's Administrative Motion to Seal is hereby GRANTED as to the following:

1. Exhibit 1 to Declaration of Kenneth Frucht in Support of Motion for Reconsideration of the Court's Order on Unjust Enrichment.
2. Exhibit 2 to Declaration of Kenneth Frucht in Support of Motion for Reconsideration of the Court's Order on Unjust Enrichment.
3. Redacted portions of MMCA's Motion for Reconsideration of the Court's Order on Unjust Enrichment.

IT IS SO ORDERED

Dated: March 2, 2010

Honorable Maxine M. Chesney
Judge of the U.S. District Court

2
.S. DISTRICT COURT CASE NO: 06-07067
MOTION TO FILE DOCUJMENTS UNDER SEAL