Frederick J. Geonetta (SBN 114824)
fred@geonetta-frucht.com
Kenneth N. Frucht (SBN 178881)
kfrucht@gmail.com
GEONETTA & FRUCHT, LLP
100 Montgomery Street, Suite 1600
San Francisco, CA 94104
Tel: 415.421.4785
Fax: 415.392.7973

Robert A. Weikert (SBN 121146)
rweikert@nixonpeabody.com
Matthew J. Frankel (SBN 256633)
mfrankel@nixonpeabody.com
Sushila Chanana (SBN 254100)
schanana@nixonpeabody.com
NIXON PEABODY LLP
One Embarcadero Center, 18th Floor
San Francisco, CA 94111–3600
Tel.: 415.984.8200
Fax: 415.984.8300

R. Mark Halligan (admitted pro hac vice)
rmhalligan@nixonpeabody.com
NIXON PEABODY LLP
300 South Riverside Plaza, 16th Floor
Chicago, IL 60606
Tel: 312.425.3900
Fax: 312.425.3909

*Attorneys for Plaintiff MMCA Group, LTD.*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MMCA GROUP, LTD., a Virginia corporation,<br><br>Plaintiff,<br><br>v.<br><br>HEWLETT-PACKARD COMPANY, et al<br><br>Defendants. | Civil Action No. CV 06-07067-MMC (EMC)<br><br>[~~PROPOSED~~] ORDER SEALING PLAINTIFF MMCA GROUP, LTD.'S OPPOSITION TO DEFENDANT HP'S MOTION TO EXCLUDE THE TESTIMONY OF MMCA'S DAMAGES EXPERT, RANDY SUGARMAN; DIRECTIONS TO PLAINTIFF<br><br>[No Hearing Required]<br><br>Place: Courtroom 7, Floor 19<br>Judge: Hon. Maxine M. Chesney |

1

[PROPOSED] ORDER SEALING PLAINTIFF MMCA GROUP,
LTD.'S OPPOSITION TO DEFENDANT HP'S MOTION TO
EXCLUDE THE TESTIMONY OF MMCA'S DAMAGES
EXPERT, RANDY SUGARMAN

12870320.1

On January 29, 2010, Plaintiff MMCA Group, LTD. ("MMCA") filed an Administrative Motion to Seal its Opposition to Defendant HP's Motion to Exclude the Testimony of MMCA's Damages Expert, Randy Sugarman ("Opposition"), the declaration of K. Frucht, and exhibits in support thereof. In support of its Administrative Motion, MMCA submitted the Declaration of Sushila Chanana.

Having considered MMCA's Administrative Motion and Sushila Chanana's Declaration in Support thereof, and for good cause shown,

IT IS HEREBY ORDERED that, pursuant to Civil Local Rule 79-5, the following materials will be filed under seal:

1. Plaintiff MMCA's Opposition to Defendant HP's Motion to Exclude the Testimony of MMCA's Damages Expert, Randy Sugarman; and

2. Declaration of K. Frucht, in Support of MMCA's Opposition, and its accompanying exhibits (A – T):

    a. Exhibit A
    b. Exhibit B
    c. Exhibit C
    d. Exhibit D
    e. Exhibit E
    f. Exhibit F
    g. Exhibit G
    h. Exhibit H
    i. Exhibit I
    j. Exhibit J

[PROPOSED] ORDER SEALING PLAINTIFF MMCA GROUP, LTD.'S OPPOSITION TO DEFENDANT HP'S MOTION TO EXCLUDE THE TESTIMONY OF MMCA'S DAMAGES EXPERT, RANDY SUGARMAN

12870320.1

   k. Exhibit K

   l. Exhibit L

   m. Exhibit M

   n. Exhibit N

   o. Exhibit O

   p. Exhibit P

   q. Exhibit Q

   r. Exhibit R

   s. Exhibit S

   t. Exhibit T

Accordingly, Plaintiff's Administrative Motion is **GRANTED**.

FURTHER
IT IS ~~HEREBY~~ ORDERED: Plaintiff shall file in the public record, no later than March 9, 2010, a redacted version of its opposition to the motion to exclude. ~~Whenever filed, in whole or in part, with the Court in this case, the material referenced above shall be filed under seal~~:

Dated: March 2, 2010

                    *[signature]*

                Honorable Maxine M. Chesney
                United States District Court Judge

3

[PROPOSED] ORDER SEALING PLAINTIFF MMCA GROUP, LTD.'S OPPOSITION TO DEFENDANT HP'S MOTION TO EXCLUDE THE TESTIMONY OF MMCA'S DAMAGES EXPERT, RANDY SUGARMAN

12870320.1