1  Kate E. Manka (SBN 180651)
   PICA Corporation
2  One Embarcadero Center
   Suite 500
3  San Francisco, CA  94111
   Telephone: (415) 835-1217
4  Facsimile: (415) 433-5994

5  Gregory H. Melick (*pro hac vice*)
   Luper Neidenthal & Logan
6  1200 LeVeque Tower
   50 West Broad Street
7  Columbus, OH  43215-3374
   Telephone: (614) 221-7663
8  Facsimile:  (866) 345-4948

9  Attorneys for Defendant
   PICA Corporation

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                      SAN FRANCISCO DIVISION

13

14  MMCA GROUP LTD., a Virginia          No.  C-06-7067 MMC (EMC)
    corporation,
15                                        ORDER GRANTING
               Plaintiff,
16                                        **PICA CORPORATION'S**
                                          **ADMINISTRATIVE MOTION TO FILE**
17        v.                              **DOCUMENTS UNDER SEAL FILED IN**
                                          **CONNECTION WITH PICA**
18  HEWLETT-PACKARD COMPANY, a            **CORPORATION'S MOTIONS IN LIMINE**
    Delaware corporation, PICA            **NOS. 1-8**
19  CORPORATION, an Ohio corporation,
                                          [L.R. Civ. P. 79-5]
20             Defendants.                [No Hearing Required]

21                                        Judge: Hon. Maxine M. Chesney

22

23

24        Pursuant to Local Rules 7-11 and 79-5, and the Modified Stipulated Protective Order,

25  Defendant PICA Corporation ("PICA") hereby requests permission to file under seal the

26  following documents, or portions of documents:

27        1.     Exhibits B through F to the Declaration of Gregory Melick in Support of PICA

    Corporation's Motions in Limine ("Melick Declaration").  These exhibits contain information or

testimony that has been designated as Confidential or AEO by other parties, or which other parties may wish to designate as AEO.

2.  Portions of PICA Corporation's Motions in Limine, which have been redacted. These portions of PICA's motions reference testimony that has been designated as Confidential or AEO by other parties.

.

Civil Local Rule 79-5 provides where a party seeks to submit to the Court a document that has been designated by another party as confidential pursuant to a protective order, that party must file an Administrative Motion for a sealing order.  Thereafter, within five days, designating party must then file with the Court and serve a declaration establishing that the designated documents are sealable, and must lodge and serve a narrowly tailored proposed sealing order within five days of submission.  Civ. L.R. 79-5(d).

Based on the foregoing, Defendant PICA Corporation respectfully asks that the Court enter an order permitting PICA to file the above referenced documents, and/or portions of documents, under seal.

Dated:  February 1, 2010                                      /s/Gregory Melick
                                                                          By: Gregory Melick
                                                                          Attorney for Defendant PICA
                                                                          Corporation

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

On ~~February 2,~~ February 1, 2010, PICA Corporation ("PICA") filed an Administrative Motion to Seal Material in PICA's Motions in Limine. ~~The parties have filed~~ Plaintiff has filed a supporting declaration~~s~~ ("Declaration~~s~~") establishing that the designated material is subject to being sealed. The Court, having considered the Administrative Motion and Declaration~~s~~, finds that the following exhibits, or portions thereof, shall be filed under seal:

1.      Exhibits B through F to the Declaration of Gregory Melick in Support of PICA Corporation's Motions in Limine ("Melick Declaration"). These exhibits contain information or testimony that has been designated as Confidential or AEO by ~~other parties, or which other parties may wish to designate as AEO.~~ plaintiff.

2.      Portions of PICA Corporation's Motions in Limine, which have been redacted. These portions of PICA's motions reference testimony that has been designated as Confidential or AEO by ~~other parties~~ plaintiff.

Therefore, pursuant to Rule 79 of the Local Civil Rules of the Northern District of California, the ~~Amended~~ Administrative Motion is GRANTED.

IT IS HEREBY ORDERED:

DATED: ___March 2_____, 2010              By: _____
                                                  Hon. Maxine Chesney

-3-