1  Frederick J. Geonetta (SBN 114824)
   fred@geonetta-frucht.com
2  Kenneth N. Frucht (SBN 178881)
   kfrucht@gmail.com
3  GEONETTA & FRUCHT, LLP
   100 Montgomery Street, Suite 1600
4  San Francisco, CA 94104
   Tel: 415.421.4785
5  Fax: 415.392.7973

6  Robert A. Weikert (SBN 121146)
   rweikert@nixonpeabody.com
7  Matthew J. Frankel (SBN 256633)
   mfrankel@nixonpeabody.com
8  Sushila Chanana (SBN 254100)
   schanana@nixonpeabody.com
9  NIXON PEABODY LLP
   One Embarcadero Center, 18th Floor
10 San Francisco, CA 94111–3600
   Tel.: 415.984.8200
11 Fax: 415.984.8300

12 R. Mark Halligan (admitted pro hac vice)
   rmhalligan@nixonpeabody.com
13 NIXON PEABODY LLP
   300 South Riverside Plaza, 16th Floor
14 Chicago, IL 60606
   Tel: 312.425.3900
15 Fax: 312.425.3909

16 *Attorneys for Plaintiff MMCA Group, LTD.*

17

**IN THE UNITED STATES DISTRICT COURT**

18

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

19

**SAN FRANCISCO DIVISION**

20

| | |
|---|---|
| MMCA GROUP, LTD., a Virginia corporation, | Civil Action No. CV 06-07067-MMC (EMC) |
| Plaintiff, | IN PART<br>[PROPOSED] ORDER SEALING MMCA's OPPOSITIONS TO ^ |
| v. | TO HP'S MOTIONS *IN LIMINE* NOS. 1-4 & 6-8 AND SUPPORTING EVIDENCE; |
| HEWLETT-PACKARD COMPANY, et al | |
| Defendants. | [L.R. Civ. P. 79-5]<br>[No Hearing Required]<br>Judge:   Hon. Maxine M. Chesney |

26

27

28

1

On February 8, 2010, Plaintiff MMCA Group, Ltd. ("MMCA") filed an Administrative Motion to Seal ("Administrative Motion") and the Declaration of Matthew Frankel in Support of MMCA's Administrative Motion ("Declaration").

The Court, having considered the Administrative Motion and Declaration, finds the following information shall be filed under seal:

- PLAINTIFF MMCA'S OPPOSITION TO HP'S MOTION *IN LIMINE* NO. 1 TO EXCLUDE EVIDENCE AND ARGUMENT REGARDING ALLEGATIONS OF TRADE SECRET DISCLOSURE THROUGH DMS

- PLAINTIFF MMCA'S OPPOSITION TO HP'S MOTION *IN LIMINE* NO. 2 (DAMAGES IRRELEVANT TO REMAINING CLAIMS)

- PLAINTIFF MMCA'S OPPOSITION TO HP'S MOTION *IN LIMINE* NO. 3 TO EXCLUDE EVIDENCE AND ARGUMENT REGARDING LUIS ORTEGA'S EMPLOYMENT INTERVIEWS

- PLAINTIFF MMCA'S OPPOSITION TO HP'S MOTION *IN LIMINE* NO. 4 TO EXCLUDE EVIDENCE AND ARGUMENT REGARDING THREE ETHICS COMPLAINTS

- PLAINTIFF MMCA'S OPPOSITION TO HP'S MOTION *IN LIMINE* NO. 6 (VARIOUS)

- PLAINTIFF MMCA'S OPPOSITION TO HP'S MOTION *IN LIMINE* NO. 7 (COZZOLINA/HUNT EMAIL CHAIN)

- PLAINTIFF MMCA'S OPPOSITION TO HP'S MOTION *IN LIMINE* NO. 8 TO EXCLUDE INADMISSIBLE AND PAROL EVIDENCE REGARDING THE MASTER SERVICES AGREEMENT BETWEEN HP AND MMCA

- PLAINTIFF MMCA GROUP, LTD.'S OMNIBUS DECLARATION OF KENNETH FRUCHT IN SUPPORT OF PLAINTIFF MMCA GROUP, LTD.'S OPPOSITIONS TO DEFENDANT HP'S MOTIONS IN LIMINE, AND ACCOMPANYING EXHIBITS ~~A—FF.~~ A-N, P-V, X-FF.

Therefore, pursuant to Rule 79 of the Local Civil Rules of the Northern District of California, the Administrative Motion is GRANTED, to the extent set forth above.

FURTHER

**IT IS** ~~**HEREBY**~~ **ORDERED**: To the extent plaintiff seeks leave to file under seal Exhibits O and W to the Omnibus Declaration of Kenneth Frucht, the motion is denied, and the Clerk shall file said exhibits ~~Whenever filed, in whole or in part, with the Court in this case, the material referenced above~~ in the public record.

~~shall be filed under seal:~~

Dated: March 2, 2010

*Maxine M. Chesney*

Honorable Maxine M. Chesney
United States District Court Judge

2