UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MMCA GROUP, LTD., a Virginia corporation,<br><br>Plaintiff,<br><br>v.<br><br>HEWLETT-PACKARD COMPANY, a Delaware corporation, PINKERTON CONSULTING & INVESTIGATIONS, INC., a Delaware corporation; BUSINESS RISKS INTERNATIONAL, LIMITED, an United Kingdom corporation, d/b/a PINKERTON CONSULTING & INVESTIGATIONS – EUROPE, PICA, an Ohio corporation,<br><br>Defendants. | CASE NO. C06-7067 MMC (EMC)<br><br>[PROPOSED] ORDER MODIFYING FEBRUARY 17, 2010 ORDER [DOC. 858] TO GRANT HEWLETT-PACKARD COMPANY'S ADMINISTRATIVE MOTION TO FILE EXHIBITS M AND O UNDER SEAL [DOC. 737]<br><br>[Civ. L.R. 7-9, 7-11, 79-5]<br><br>[No Hearing Required]<br><br>Place:     Courtroom 7, Floor 19<br>Judge:    Hon. Maxine M. Chesney |

Gibson, Dunn & Crutcher LLP

[PROPOSED] ORDER MODIFYING FEBRUARY 17, 2010 ORDER TO GRANT HP'S ADMINISTRATIVE MOTION TO FILE EXHIBITS M AND O UNDER SEAL; CASE NO. C06-7067 MMC (EMC)

Defendant Hewlett-Packard Company ("HP") has filed a Motion for Reconsideration of this Court's February 17, 2010 order [Doc. 858], which denied in part HP's administrative motion to file documents under seal [Doc. 737]. Specifically, HP seeks reconsideration of the portion of the February 17, 2010 Order denying the motion to seal Exhibits M and O to the Declaration of Samuel Liversidge, filed in support of HP's Motion to Exclude the Testimony of MMCA's Damages Expert [Doc. 736-1], and the statements discussing Exhibits M and O in the Motion to Exclude [Doc. 734]. In support of the Motion for Reconsideration, HP submitted the Declaration of Samuel Liversidge, establishing that reconsideration is warranted. Pinkerton/BRI submitted the Declaration of Allison Lane Cooper, which establishes that the designated materials are subject to being sealed.

The Court, having considered HP's Motion for Reconsideration and the supporting declarations, finds the requested material, listed below, subject to being sealed:

1. Exhibits M and O to the Declaration of Samuel Liversidge in Support of HP's Motion to Exclude the Testimony of Plaintiff MMCA Group, Ltd.'s Damages Expert, Randy Sugarman.

Therefore, pursuant to Rule 79 of the Local Civil Rules of the Northern District of California, the Administrative Motion is GRANTED.

IT IS HEREBY ORDERED:

~~Whenever filed, in whole or in part, with the Court in this case, the material referenced above shall be filed under seal.~~

IT IS FURTHER ORDERED that Paragraphs 2 and 3 of the Court's February 17, 2010 Order shall be MODIFIED as follows:

2. To the extent that the administrative motion seeks leave to file under seal material designated by Pinkerton as confidential, specifically, Exhibits M and O to the Declaration of Samuel Liversidge, the motion is hereby GRANTED.

3. Hewlett-Packard is hereby DIRECTED to file in the public record, no later than March 17, 2010, redacted versions of the Motion to Exclude and the Declaration of Robert Cozzolina. Specifically, Hewlett-Packard is directed to file in the public record the portions of the above-

1  referenced documents that do not discuss material the Court has directed be filed under seal in the
2  instant order and in the February 1, 2010 order.

3
4  Dated: __March 10_____, 2010            _____
                                                Hon. Maxine M. Chesney
5                                               United States District Court Judge

Gibson, Dunn & Crutcher LLP

2

[PROPOSED] ORDER MODIFYING FEBRUARY 17, 2010 ORDER TO GRANT HP'S ADMINISTRATIVE MOTION TO FILE EXHIBITS M AND O UNDER SEAL; CASE NO. C06-7067 MMC (EMC)