Frederick J. Geonetta (SBN 114824)
fred@geonetta-frucht.com
Kenneth N. Frucht (SBN 178881)
kfrucht@gmail.com
GEONETTA & FRUCHT, LLP
100 Montgomery Street, Suite 1600
San Francisco, CA 94104
Tel: 415.421.4785
Fax: 415.392.7973

Bruce E. Copeland (SBN 124888)
bcopeland@nixonpeabody.com
Robert A. Weikert (SBN 121146)
rweikert@nixonpeabody.com
Matthew J. Frankel (SBN 256633)
mfrankel@nixonpeabody.com
Sushila Chanana (SBN 254100)
schanana@nixonpeabody.com
NIXON PEABODY LLP
One Embarcadero Center, 18th Floor
San Francisco, CA 94111–3600
Tel.: 415.984.8200
Fax: 415.984.8300

R. Mark Halligan (admitted pro hac vice)
rmhalligan@nixonpeabody.com
NIXON PEABODY LLP
300 South Riverside Plaza, 16th Floor
Chicago, IL 60606
Tel: 312.425.3900
Fax: 312.425.3909

*Attorneys for Plaintiff MMCA Group, LTD.*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| MMCA GROUP, LTD., a Virginia corporation,<br>　　　Plaintiff,<br>　　　v.<br>HEWLETT-PACKARD COMPANY, a Delaware corporation, PICA, an Ohio corporation,<br>　　　Defendants. | Civil Action No.  CV 06-07067-MMC (EMC)<br><br>ORDER APPROVING<br><br>**STIPULATION AND REQUEST OF PLAINTIFF MMCA AND DEFENDANT HEWLETT-PACKARD COMPANY FOR ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANT HEWLETT-PACKARD COMPANY** |
|---|---|

1

WHEREAS Plaintiff MMCA Group, Ltd. ("MMCA") has asserted claims against Defendant Hewlett-Packard Company ("Hewlett-Packard");

WHEREAS Hewlett-Packard has denied all material allegations by MMCA and asserted affirmative defenses thereto, but has not alleged any affirmative claim against any party; and

WHEREAS MMCA and Hewlett-Packard have agreed to resolve this matter without further litigation;

IT IS HEREBY STIPULATED TO by MMCA and Hewlett-Packard, and REQUESTED of the Court by MMCA and Hewlett-Packard, that the Court enter an Order directing that:

1. All claims that MMCA has asserted or asserts against Hewlett-Packard in the above-captioned action are dismissed with prejudice;

2. MMCA and Hewlett-Packard shall each bear their own fees and costs in this action.

DATED: April 16, 2010     By:    /s/ *Kenneth Frucht*
                                 Kenneth Frucht
                                 Attorney for Plaintiff MMCA

DATED: April 16, 2010     By:    /s/ *William F. Abrams*
                                 William F. Abrams
                                 David Cannon
                                 Attorneys for Defendant Hewlett-Packard

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: __April 20_____, 2010

_____
Hon. Maxine M. Chesney
United States District Judge

2