IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MMCA GROUP, LTD, | No. C-06-7067 MMC |
| Plaintiff, | **ORDER VACATING IN PART ORDER OF DISMISSAL** |
| v. | |
| HEWLETT-PACKARD COMPANY, et al., | |
| Defendants. | |

Plaintiff MMCA group, Ltd. Having filed, on April 16, 2010, a Certification of defendant PICA's failure to deliver the agreed upon consideration, the Order of Dismissal filed March 26, 2010 is hereby VACATED to the extent plaintiff's claims against said defendant were dismissed thereby.

Both MMCA Group, Ltd. and PICA shall appear at a Case Management Conference on Friday, April 30, 2010 at 10:30 a.m. A Joint Case Management Statement setting forth the status of the settlement and the status of any dispute concerning the terms thereof shall be filed no later than Tuesday, April 27, 2010.

**IT IS SO ORDERED.**

Dated: April 20, 2010

MAXINE M. CHESNEY
United States District Judge