| | |
|---|---|
| 1 | Kate E. Manka (SBN 180651) |
|   | PICA Corporation |
| 2 | One Embarcadero Center |
|   | Suite 500 |
| 3 | San Francisco, CA  94111 |
|   | Telephone: (415) 835-1217 |
| 4 | Facsimile: (415) 433-5994 |
| 5 | Gregory H. Melick (*pro hac vice*) |
|   | Luper Neidenthal & Logan |
| 6 | 1200 LeVeque Tower |
|   | 50 West Broad Street |
| 7 | Columbus, OH  43215-3374 |
|   | Telephone: (614) 221-7663 |
| 8 | Facsimile:  (866) 345-4948 |
| 9 | Attorneys for Defendant |
|   | PICA Corporation |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MMCA GROUP LTD., a Virginia corporation, | No.  C-06-7067 MMC (EMC) |
| Plaintiff, | [~~PROPOSED~~] **ORDER GRANTING PICA CORPORATION'S ADMINISTRATIVE MOTION REQUESTING PERMISSION FOR ITS PRO HAC VICE CO-COUNSEL TO APPEAR BY TELEPHONE AT THE CASE MANAGEMENT CONFERENCE SCHEDULED FOR FRIDAY, APRIL 30, 2010** ; DIRECTIONS TO PARTIES |
| v. | |
| HEWLETT-PACKARD COMPANY, a Delaware corporation, PICA CORPORATION, an Ohio corporation, | |
| Defendants. | |
| | Civ. L.R. 7-11 and 7-12 |
| | Judge:  Hon. Maxine M. Chesney |

-1-

C-06-7067 MMC (EMC)

On April 23, 2010, Defendant PICA Corporation filed an Administrative Motion Requesting Permission for its Pro Hac Vice Co-Counsel to Appear by Telephone at the Case Management Conference Scheduled for Friday, April 30, 2010 and filed a supporting declaration. No opposition has been filed.
For good cause shown:

IT IS HEREBY ORDERED that Defendant PICA Corporation's Pro Hac Vice Co-Counsel, Gregory H. Melick, ~~may~~ and Plaintiff MMCA Group Ltd.'s counsel shall appear by telephone before the Honorable Maxine M. Chesney on April 30, 2010, at 10:30 a.m. PDT at the Case Management Conference.

**IT IS SO ORDERED.**

Dated: April 28, 2010

_____
MAXINE M. CHESNEY
United States District Judge

-2-

C-06-7067 MMC (EMC)

[PROPOSED] ORDER GRANTING DEFENDANT PICA CORPORATION'S ADMINISTRATIVE MOTION REQUESTING PERMISSION FOR ITS PRO HAC VICE CO-COUNSEL TO APPEAR BY TELEPHONE AT THE CASE MANAGEMENT CONFERENCE SCHEDULED FOR FRIDAY, APRIL 30, 2010