United States District Court

For the Northern District of California

1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11    MMCA GROUP LTD.,                        No. C-06-7067 MMC

12            Plaintiff,                      **ORDER DIRECTING COUNSEL FOR**
                                              **DEFENDANT TO SUBMIT CHAMBERS**
13      v.                                    **COPY OF DOCUMENTS IN**
                                              **COMPLIANCE WITH GENERAL**
14    HEWLETT-PACKARD COMPANY, et al.,        **ORDER 45 AND THE COURT'S**
                                              **STANDING ORDERS**
15            Defendants.
      _____/

16

17          On May 11, 2010, Gregory H. Melick, co-counsel for defendant PICA Corporation,

18   electronically filed an application to withdraw as counsel, a memorandum in support

19   thereof, and an application for an order shortening time to hear the application to withdraw.

20   Counsel has violated General Order 45 and the Court's Standing Orders, however, by

21   failing to deliver to the Clerk's Office "no later than noon on the business day following the

22   day that the papers are filed electronically, one paper copy of each document that is filed

23   electronically . . . marked 'Chambers Copy' and . . . clearly marked with the judge's name,

24   case number, and 'Chambers Copy-Do Not File.'" See General Order 45 § VI.G; see also

25   Standing Orders for Civil Cases Assigned to the Honorable Maxine M. Chesney ¶ 2.

26          Counsel is hereby ORDERED to comply with General Order 45 and the Court's

27   Standing Orders by immediately submitting a chambers copy of the above-referenced

28   documents.  Counsel is hereby advised that if he fails in the future to comply with General

Order 45 and the Court's Standing Order to provide a chambers copy of each electronically-filed document, the Court may impose sanctions, including, but not limited to, striking from the record any electronically-filed document of which a chambers copy has not been timely provided to the Court.

**IT IS SO ORDERED.**

Dated:  May 13, 2010

_____
MAXINE M. CHESNEY
United States District Judge