1  Kate E. Manka (SBN 180651)
   PICA Corporation
2  One Embarcadero Center
   Suite 500
3  San Francisco, CA  94111
   Telephone: (415) 835-1217
4  Facsimile: (415) 433-5994

5  Gregory H. Melick (*pro hac vice*)
   Luper Neidenthal & Logan
6  1200 LeVeque Tower
   50 West Broad Street
7  Columbus, OH  43215-3374
   Telephone: (614) 221-7663
8  Facsimile:  (866) 345-4948

9  Attorneys for Defendant
   PICA Corporation

10

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MMCA GROUP LTD., a Virginia corporation,<br><br>               Plaintiff,<br><br>      v.<br><br>HEWLETT-PACKARD COMPANY, a Delaware corporation, PICA CORPORATION, an Ohio corporation,<br><br>               Defendants. | Case No.  C-06-7067 MMC<br><br>**[PROPOSED]** **ORDER GRANTING APPLICATION FOR ORDER SHORTENING TIME FOR HEARING ON APPLICATION TO WITHDRAW AS COUNSEL FOR DEFENDANT PICA CORPORATION** |

-1-   Case No.  C-06-7067 MMC

[PROPOSED] ORDER GRANTING APPLICATION FOR ORDER SHORTENING TIME
FOR HEARING ON APPLICATION TO WITHDRAW AS COUNSEL FOR DEFENDANT
PICA CORPORATION

The Application for Order Shortening Time ("OST Application") for the hearing on the Application to Withdraw as Counsel for Defendant PICA Corporation ("PICA") was filed by PICA's counsel of record Gregory H. Melick and the law firm of Luper Neidenthal & Logan, A Legal Professional Association, on May 11, 2010.  All parties received notice and an opportunity to be heard.   No opposition has been filed.

The Court, having considered the OST Application, and having further considered the Declaration of Gregory H. Melick filed in support of the OST Application, finds that pursuant to Civil Local Rule 6-3, good cause exists for the relief sought, and consequently, the OST Application is GRANTED.

**IT IS HEREBY ORDERED THAT:**

1. The hearing on the Application to Withdraw as Counsel for PICA file by Mr. Melick is set for hearing on Friday, May 28, 2010, at 9:00 a.m. in Courtroom 7, Floor 19 of this Court.

2. Any opposition to the Application to Withdraw as Counsel shall be filed by May 26, 2010 at 5:00 p.m.  If no opposition is filed, the matter will stand submitted on that date.

3. If opposition is filed, any reply in support of the Application to Withdraw as Counsel shall be filed by May 27, 2010 at 12:00 noon. ~~after which date the application will stand submitted and will be decided without a hearing, unless the Court subsequently determines that a hearing is necessary.~~  A courtesy copy of the opposition shall be provided no later than 9:00 a.m. the following date and a courtesy copy of the reply shall be provided no later than 1:00 p.m. on the date the reply is filed.

Dated:  May 18, 2010        By: _____
                              Honorable Maxine M. Chesney
                              United States District Court Judge

-2-    Case No.  C-06-7067 MMC
~~[PROPOSED]~~ ORDER GRANTING APPLICATION FOR ORDER SHORTENING TIME FOR HEARING ON APPLICATION TO WITHDRAW AS COUNSEL FOR DEFENDANT PICA CORPORATION