1  Kate E. Manka (SBN 180651)
   PICA Corporation
2  One Embarcadero Center
   Suite 500
3  San Francisco, CA 94111
   Telephone: (415) 835-1217
4  Facsimile: (415) 433-5994

5  Gregory H. Melick (*pro hac vice*)
   Luper Neidenthal & Logan
6  1200 LeVeque Tower
   50 West Broad Street
7  Columbus, OH 43215-3374
   Telephone: (614) 221-7663
8  Facsimile: (866) 345-4948

9  Attorneys for Defendant
   PICA Corporation

10

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MMCA GROUP LTD., a Virginia corporation,<br><br>          Plaintiff,<br><br>  v.<br><br>HEWLETT-PACKARD COMPANY, a Delaware corporation, PICA CORPORATION, an Ohio corporation,<br><br>          Defendants. | No. C-06-7067 MMC (EMC)<br><br>**AND**<br>**STIPULATION ~~FOR~~ ORDER GRANTING DEFENDANT PICA CORPORATION AND PLAINTIFF MMCA GROUP LTD.'S JOINT ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL FOR THE CASE MANAGEMENT CONFERENCE SCHEDULED FOR FRIDAY, APRIL 30, 2010; ~~[PROPOSED] ORDER~~**<br><br>L.R. Civ. P. 79-5<br><br>Judge: Hon. Maxine M. Chesney |

-1-

C-06-7067 MMC (EMC)
STIPULATION FOR ORDER GRANTING DEFENDANT PICA CORPORATION AND PLAINTIFF MMCA
GROUP LTD.'S JOINT ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL FOR THE CASE
MANAGEMENT CONFERENCE SCHEDULED FOR FRIDAY, APRIL 30, 2010; [PROPOSED] ORDER

Plaintiff MMCA Group, Ltd. ("MMCA") and Defendant PICA Corporation stipulate to the entry of an Order permitting PICA's Corporation filing the April 30, 2010, Joint Case Management Conference Statement under seal.  The Case Management Conference is set for Friday, April 30, 2010.

DATED:  April 30, 2010         /s/ Gregory H. Melick
                               Gregory H. Melick (*pro hac vice*)

                               Attorney for Defendant
                               PICA CORPORATION


DATED:  April 30, 2010         /s/ Frederick J. Geonetta by
                               Gregory Melick per phone authorization

                               Attorney for Plaintiff
                               MMCA GROUP, LTD.

-2-

C-06-7067 MMC (EMC)

STIPULATION FOR ORDER GRANTING DEFENDANT PICA CORPORATION AND PLAINTIFF MMCA GROUP LTD.'S JOINT ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL FOR THE CASE MANAGEMENT CONFERENCE SCHEDULED FOR FRIDAY, APRIL 30, 2010; [PROPOSED] ORDER

**[Proposed] Order**

IT IS HEREBY ORDERED that Defendant PICA Corporation and Plaintiff MMCA Group Ltd. may file the April 30, 2010, Joint Case Management Conference Statement under seal. The clerk is directed to file the Joint Case Management Conference Statement under seal.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: ~~April~~ May 19, ___, 2010

_____
Hon. Maxine M. Chesney
United States District Judge