IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| MMCA GROUP, LTD., a Virginia corporation, | Civil Action No. CV 06-07067-MMC (EMC) |
|---|---|
| Plaintiff, | [~~PROPOSED~~] ORDER SEALING PLAINTIFF MMCA'S MOTION *TO ENFORCE SETTLEMENT WITH PICA* |
| v. | |
| HEWLETT-PACKARD COMPANY, et al | Hearing Date: July 16, 2010 |
| Defendants. | Place:   Courtroom7, Floor 19<br>Judge:   Hon. Maxine M. Chesney |

On May 21, 2010, Plaintiff MMCA Group, LTD. ("MMCA") filed an Administrative Motion to Seal its Motion to Enforce Settlement with PICA. In support of its Administrative Motion, MMCA submitted the Declaration of ~~Matthew J. Frankel~~ Frederick J. Geonetta, its counsel of record.

Having considered MMCA's Administrative Motion and Mr. Geonetta's Declaration in support thereof, and for good cause shown,

IT IS HEREBY ORDERED that, pursuant to Civil Local Rule 79-5, the following materials will be filed under seal:

1. Motion To Enforce Settlement With PICA; and
2. Declaration of Robert Weikert in Support of MMCA's Motion to Enforce Settlement With PICA, and its accompanying Exhibit A.

1

[PROPOSED] ORDER SEALING PLAINTIFF MMCA GROUP, LTD.'S MOTION TO ENFORCE SETTLELENT WITH PICA AND THE SUPPORTING DECLARATION OF ROBERT WEIKERT AND EXHIBIT A ATTACHED THERETO

12872985.1

a. Exhibit A: February 26, 2010 email string between MMCA and PICA counsel.

Accordingly, Plaintiff's Administrative Motion is **GRANTED**.

IT IS HEREBY ORDERED:

Whenever filed, in whole or in part, with the Court in this case, the material referenced above shall be filed under seal.

Dated: May 25, 2010

_____
Honorable Maxine M. Chesney
United States District Court Judge

2

[PROPOSED] ORDER SEALING PLAINTIFF MMCA GROUP, LTD.'S MOTION *IN LIMINE* NO. 2 TO PRECLUDE CERTAIN TOPICS OF TESTIMONY BY HP'S DAMAGES EXPERT, SUZANNE STUCKWISCH AND THE SUPPORTING DECLARATION OF FREDERICK GEONETTA AND EXHIBITS A THROUGH C ATTACHED THERETO

12872985.1