Kate E. Manka (SBN 180651)
PICA Corporation
One Embarcadero Center
Suite 500
San Francisco, CA 94111
Telephone: (415) 835-1217
Facsimile: (415) 433-5994

Gregory H. Melick (*pro hac vice*)
Luper Neidenthal & Logan
1200 LeVeque Tower
50 West Broad Street
Columbus, OH 43215-3374
Telephone: (614) 221-7663
Facsimile: (866) 345-4948

Attorneys for Defendant
PICA Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MMCA GROUP LTD., a Virginia corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HEWLETT-PACKARD COMPANY, a Delaware corporation, PICA CORPORATION, an Ohio corporation,<br><br>　　　　　Defendants. | Case No. C-06-7067 MMC<br><br>[~~PROPOSED~~] ORDER GRANTING APPLICATION TO WITHDRAW AS COUNSEL FOR DEFENDANT PICA CORPORATION |

The Application to Withdraw as Counsel ("Application") for Defendant PICA Corporation ("PICA") was submitted by PICA's co-counsel of record Gregory H. Melick and the law firm of Luper Neidenthal & Logan, A Legal Professional Association, on May 11, 2010. Having considered all arguments and evidence in support of the Application, and PICA's non-opposition to the relief sought,[1] this Court finds that pursuant to Civil Local Rules 11-5, for good cause shown, the Application is GRANTED.

-1-   Case No. C-06-7067 MMC
[~~PROPOSED~~] ORDER GRANTING APPLICATION TO WITHDRAW AS COUNSEL
FOR DEFENDANT PICA CORPORATION

---

1. No other response to the Application has been filed.

**THEREFORE, IT IS HEREBY ORDERED THAT:**

1. The Application is GRANTED.

2. Mr. Melick and his law firm, Luper Neidenthal & Logan, are relieved as counsel of record for PICA.

Dated: ____May 26____, 2010          By: _____
                                          Honorable Maxine M. Chesney
                                          United States District Court Judge

-2-   Case No. C-06-7067 MMC

[PROPOSED] ORDER GRANTING APPLICATION TO WITHDRAW AS COUNSEL FOR DEFENDANT PICA CORPORATION