1  THE DECKARD LAW FIRM
   Diane C. Deckard (SBN 99632)
2  Jefferson T. Stamp (SBN 187975)
   96 N. 3rd Street, Suite 350
3  San Jose, CA 95112
   Telephone:  (408) 971-4359
4  Facsimile: (408) 971-4357
   diane@deckardlaw.com
5  jtstamp2002@yahoo.com

6

7  Attorneys for Defendant
   PICA CORPORATION

8

9                  **UNITED STATES DISTRICT COURT**

10                 **NORTHERN DISTRICT OF CALIFORNIA**

11                      **SAN FRANCISCO DIVISION**

12

13 | MMCA GROUP, LTD., a Virginia Corporation, | Case No.: 06-7067 MMC |
14 | | |
15 | Plaintiff, | **ORDER SEALING EXHIBITS A AND B TO THE DECLARATION OF GREGORY H. MELICK [Doc. No. 946-1]** |
16 | v. | **AND DIRECTIONS TO DEFENDANT** |
17 | HEWLETT-PACKARD COMPANY, a Delaware Corporation; PICA CORPORATION, an Ohio corporation, | Date:  July 16, 2010 |
18 | | Time:  10:30 a.m. |
19 | Defendants. | Place: Courtroom 7 (19th Floor) |
   | | Judge: Hon. Maxine M. Chesney |

20

21

22     Upon consideration of Defendant PICA Corporation's administrative motion and

23 counsel's supporting declaration, and good cause appearing:

24     IT IS HEREBY ORDERED that, pursuant to Civil Local Rule 79-5, the

25 administrative motion to file the following documents under seal is **GRANTED**.

26     ~~The following documents shall be deemed filed under seal:~~

27     1. Exhibit A of the Declaration of Gregory H. Melick in Opposition to the Motion to

28

                                    1
       DEFENDANT PICA'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL

Enforce Settlement [Doc. 946-1] filed June 4, 2010;

    2. Exhibit B of the Declaration of Gregory H. Melick in Opposition to the Motion to Enforce Settlement [Doc. No. 946-1] filed June 4, 2010;

No later than June 22, 2010, Defendant PICA shall file said documents under seal. <u>See</u> General Order No. 62.

IT IS SO ORDERED.

Dated: June 15, 2010

                                    Hon. Maxine M. Chesney
                                    United States District Court Judge