IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MMCA GROUP, LTD.,<br><br>    Plaintiff,<br>  v.<br><br>HEWLETT-PACKARD COMPANY, et al.<br><br>    Defendants.<br>_____/ | No. C 06-7067 MMC<br><br>**ORDER OF DISMISSAL** |

Magistrate Judge Joseph C. Spero having advised the Court that the remaining parties reached a settlement of the claims in above-titled action at the settlement conference conducted on June 23, 2010,

IT IS HEREBY ORDERED that plaintiff MMCA Group, Ltd.'s claims alleged herein against defendant PICA Corporation be dismissed without prejudice; provided, however, that if any party hereto shall certify to this Court, within thirty (30) days, that the agreed consideration for the settlement has not been delivered, the foregoing order shall stand vacated and the action shall forthwith be restored to the calendar to be set for trial.

**IT IS SO ORDERED.**

Dated: July 14, 2010

/s/ Vaughn R Walker
_____
VAUGHN R WALKER for
MAXINE M. CHESNEY
United States District Judge